# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

---

AbbVie Inc. (a Delaware corporation);
Allergan, Inc. (a Delaware corporation);
Durata Therapeutics, Inc. (a Delaware
corporation); AbbVie Products LLC (a Georgia
limited liability company); Pharmacyclics LLC
(a Delaware limited liability company);
Allergan Sales, LLC (a Delaware limited
liability company),

     *Plaintiffs*,

 v.

Nick Brown, in his official capacity as
Attorney General for the State of Washington;
and Ryan Moran, in his official capacity as
Director of the Washington State Health Care
Authority,
     *Defendants*.

---

**Expert Report of Alice Chen, Ph.D.**

**March 25, 2026**

**Table of Contents**

I.   INTRODUCTION ...........................................................................................................1

   A.   **Qualifications**............................................................................................................1

   B.   **Allegations**................................................................................................................2

   C.   **Assignment and Approach** ......................................................................................3

II.   SUMMARY OF CONCLUSIONS .............................................................................4

III.  BACKGROUND ON THE 340B PROGRAM............................................................5

   A.   **Participants in the 340B Program** ..........................................................................6

   B.   **How the 340B Program Works** .............................................................................14

   C.   **Growth in the 340B Program Over Time** .............................................................20

      1.   *Covered Entities*...............................................................................................*20*

      2.   *Contract Pharmacies*........................................................................................*21*

      3.   *Drug Purchases*.................................................................................................*23*

      4.   *Insurance Premiums and Costs* ........................................................................*24*

   D.   **Potential Areas of Abuse**......................................................................................25

IV.  CHARACTERISTICS OF THE 340B PROGRAM IN WASHINGTON ....................31

   A.   **Covered Entities in Washington** ...........................................................................32

      1.   *Characteristics of Covered Entities in Washington* .........................................*32*

      2.   *Growth of Covered Entities in Washington*.......................................................*34*

      3.   *Locations of Covered Entities in Washington*....................................................*38*

   B.   **Contract Pharmacies in Washington**....................................................................40

      1.   *Characteristics of Contract Pharmacies in Washington* ..................................*40*

      2.   *Growth of Contract Pharmacies in Washington*................................................*41*

      3.   *Locations of Contract Pharmacies in Washington*.............................................*44*

V.   REVIEW OF LITERATURE ON THE 340B PROGRAM ...........................................45

   A.   **Literature Review Methodology** ...........................................................................46

   B.   **Summary of 340B Literature** ...............................................................................47

   C.   **Literature on the Growth and Evolution of the 340B Program Over Time** ........48

   D.   **Literature on the Safety Net Engagement of Participating Entities**....................55

      1.   *Uncompensated Care and Similar Metrics*.......................................................*55*

      2.   *Patient Health Outcomes* .................................................................................*57*

      3.   *Services Offered and Drug Utilization* .............................................................*60*

## I.    INTRODUCTION

### A.    Qualifications

1.    I am an Associate Professor of Public Policy at the University of Southern California ("USC") Sol Price School of Public Policy, and the Director of the Value of Life Sciences Innovation research program in the USC Schaeffer Center for Health Policy and Economics. I earned my A.B. and S.M. from Harvard University in 2008, and my M.B.A. and Ph.D. in Business Economics from the University of Chicago Booth School of Business in 2014.

2.    I am an expert in the field of healthcare economics. I have taught undergraduate- and graduate-level courses on health policy, health economics, and health finance. In these courses, I have covered topics such as the pharmaceutical supply chain, policies governing drug development and drug pricing, and policies affecting safety-net providers (i.e., healthcare organizations and providers that deliver a significant level of services to uninsured and Medicaid patients), including the 340B Program.

3.    My research has focused on both physician and pharmaceutical markets, and I have written on topics such as the costs of pharmaceutical research and development, patient access to pharmaceutical innovation, and competition in the pharmaceutical industry. In addition to publishing in top economics journals such as the *American Economic Journal: Economic Policy*, the *Journal of Health Economics*, and the *Journal of Policy Analysis and Management*, I have published in leading medical journals aimed towards clinical researchers, including the *American Journal of Managed Care*, *Health Affairs*, *Journal of the American Medical Association (JAMA) Internal Medicine*, *JAMA Network Open*, *Journal of the National Cancer Institute,* and *Value in Health*.

4.    I have received research funding from the Agency for Healthcare Research Quality and the National Institutes of Health. My research has been cited in major media outlets, such as CBS News, CNN, *Forbes*, *The Atlantic*, *The New York Times*, and *The Washington Post*, among others.

5.    I have been invited to present my research at the Congressional Budget Office, Federal Trade Commission, and the Office of the Assistant Secretary for Planning and Evaluation's advisory

committee meetings. I have also delivered congressional testimony on pharmaceutical pricing to the U.S. House Energy and Commerce Subcommittee on Health.

6.  I serve as a Co-Editor of the *Journal of Policy Analysis and Management* and an Associate Editor of the *American Journal of Health Economics* where I review health economics papers. I also regularly provide peer reviews for manuscripts submitted to economics, health policy, and medical journals.

7.  My curriculum vitae is attached as **Appendix A**. My previous experiences testifying as an expert witness in the last four years are attached as **Appendix B**.

### B.    Allegations

8.  Plaintiffs AbbVie Inc. and its subsidiaries, AbbVie Products LLC, Allergan, Inc., Allergan Sales, LLC, Durata Therapeutics, Inc., and Pharmacyclics LLC, which I refer to collectively as "AbbVie," are pharmaceutical companies that are engaged in the research and development, manufacturing, and commercialization of pharmaceuticals in multiple therapeutic areas, including immunology, oncology, and eye care, among others.[1] The Defendants in this matter include Nick Brown, in his official capacity as the Attorney General for the State of Washington; and Ryan Moran, in his official capacity as the Director of the Washington State Health Care Authority.[2]

9.  On March 9, 2026, the Washington Legislature passed Washington Senate Bill 5981 of 2026 ("S.B. 5981").[3] The law states that pharmaceutical manufacturers shall not "deny, restrict, or prohibit the acquisition of a 340B drug by, or delivery of a 340B drug to, a covered entity, a pharmacy that is under contract with a covered entity to receive and dispense a 340B drug on

---

[1]  AbbVie, "2024 Annual Report on Form 10-K and 2025 Proxy Statement," 2025, available at https://investors.abbvie.com/static-files/62df4b7e-2544-4d8b-88cd-c863e8f23003, p. 1.

[2]  Complaint for Declaratory and Injunctive Relief, *AbbVie Inc., et al. v. Brown and Moran*, March 25, 2026 ("Complaint"), ¶¶ 24-25.

[3]  The bill was initially passed by the Senate in February 2026 and by the House in March 2026, and it was repassed by the Senate on March 9, 2026. Washington State Legislature, "SB 5981 - 2025-26," March 17, 2026, available at https://app.leg.wa.gov/billsummary?BillNumber=5981&Year=2025&Initiative=false.

behalf of the covered entity, or any location authorized by a covered entity to receive such 340B drug, unless federal law prohibits receipt of the 340B drug."[4]

10. It is my understanding that AbbVie is alleging that S.B. 5981 is unconstitutional as it violates the Supremacy, Takings, and Commerce Clauses; and the First Amendment of the U.S. Constitution.[5]

### C. Assignment and Approach

11. I have been retained by counsel for AbbVie to (i) document how the 340B Drug Pricing Program ("the 340B Program" or "the Program") has evolved over time in Washington; and (ii) evaluate existing evidence from the academic literature regarding whether the growth in the 340B Program has been directed towards vulnerable, low-income patient populations, and associated with increased safety-net engagement by covered entities and their contract pharmacies.

12. The remainder of my report is organized as follows:

- **Section II** provides a summary of my conclusions based on my analysis of the 340B

---

[4] Washington State Legislature, Senate, *An Act Relating to Protecting the Integrity of the 340B Drug Pricing Program; Amending RCW 43.71C.010, 43.71C.050, 43.71C.090, and 43.71C.100; Adding New Sections to Chapter 43.71C RCW; Adding a New Chapter to Title 69 RCW; and Prescribing Penalties*, 69th Legislature, 2026 Regular Session, WA S.B. 5981.

[5] Complaint, ¶ 1 ("AbbVie brings this lawsuit to challenge the constitutionality of S.B. 5981—a recently enacted Washington law that requires, among other things, AbbVie to transfer its pharmaceutical products to certain hospitals and commercial pharmacies at substantially discounted prices on pain of civil penalties. In so doing, Washington's statute violates the Supremacy Clause by, among other things, impermissibly changing the terms of and increasing the cost of participation in a federal drug-pricing regime—the federal 340B Program. In addition, S.B. 5981 effects an unconstitutional taking in violation of the Takings Clause of the Fifth Amendment, unlawfully discriminates against or unduly burdens interstate commerce in violation of the Commerce Clause, as established by Dormant Commerce Clause principles, and compels speech in violation of the First Amendment."). The Supremacy Clause of the U.S. Constitution "refers to the foundational principle that, in general, federal law takes precedence over any conflicting state law." Wex Definitions Team, "Supremacy Clause," *Legal Information Institute, Cornell Law School*, June 2024, available at https://www.law.cornell.edu/wex/supremacy_clause. The Takings Clause of the U.S. Constitution prohibits the government from taking private property from citizens without providing "just compensation." Wex Definitions Team, "Takings," *Legal Information Institute, Cornell Law School*, June 2024, available at https://www.law.cornell.edu/wex/takings. The Commerce Clause of the U.S. Constitution gives Congress the power to "'regulate commerce with foreign nations, among states, and with the Indian tribes.'" Wex Definitions Team, "Commerce Clause," *Legal Information Institute, Cornell Law School*, June 2024, available at https://www.law.cornell.edu/wex/commerce_clause. The First Amendment protects "the right to speak, write, and share ideas and opinions without facing punishment from the government." Wex Definitions Team, "Freedom of Speech," *Legal Information Institute, Cornell Law School*, June 2021, available at https://www.law.cornell.edu/wex/freedom_of_speech.

3

Program in Washington and review of the academic literature on the Program.

- **Section III** provides background information about the 340B Program, including its key participants; how it operates—such as the role of drug discounts and tracking of the 340B discounted drugs; how the Program has grown over time at the national level; and Program rules and potential areas of abuse.

- **Section IV** presents descriptive analyses of the 340B Program in Washington, focusing on the growth and geographic distribution of covered entities—including parent and child sites—and contract pharmacies over time.

- **Section V** summarizes the relevant academic literature on the 340B Program and describes the evidence that this literature provides with respect to (i) the growth of the Program over time; and (ii) the safety net engagement of participants in the Program.

13.    A list of materials I considered in forming my opinions is attached as **Appendix C**. I reserve the right to supplement and/or amend my report if and as new evidence becomes available.

14.    I have been assisted by professional staff at Analysis Group, Inc. in preparing this report. I am being compensated for my work in this case at the rate of $1,050 per hour. This compensation is not contingent on the nature of my findings and opinions or on the outcome of this litigation.

## II.    SUMMARY OF CONCLUSIONS

15.    *The 340B Program in Washington has expanded over time both with respect to the number of covered entities (i.e., certain tax-exempt hospitals, health center programs, and several specialized clinics) and the number of contract pharmacies participating in the Program.* The growth in the Program has been especially pronounced since 2010, after policy changes that extended 340B eligibility to four new hospital types (critical access hospitals, sole community hospitals, freestanding cancer hospitals, and rural referral centers), expanded Medicaid coverage (a factor in 340B eligibility for hospitals), and allowed covered entities to use an unlimited number of contract pharmacies. As of 2010, there were over 300 covered entities participating in the Program in Washington, which together had relationships with fewer than 30 contract pharmacies. In contrast, in 2025, nearly 1,400 covered entities had relationships with more than 750 contract pharmacies—a more than 350 percent increase in covered entities

4

and a 2,400 percent increase in contract pharmacies since 2010. Neither the growth in covered entities nor the growth in contract pharmacies has been uniform with respect to covered entity type. Growth in hospital-affiliated child sites has outpaced that of hospitals participating in the 340B Program, and two types of 340B hospitals—disproportionate share hospitals ("DSH hospitals") and children's hospitals—contracted with more pharmacies, on average, relative to other types of covered entities.

16.    *Much of the 340B Program's recent growth in Washington has been occurring within the state's geographic areas that are more affluent.* The hospital-affiliated child sites and contract pharmacies participating in the Program have increasingly been located outside socioeconomically disadvantaged areas within the state, as measured by both the poverty rate and median income.

17.    *The academic literature on the 340B Program has documented similar growth at the national level, finding that both child sites and contract pharmacies have been increasingly concentrated in more affluent and less socioeconomically vulnerable communities.* Studies have also found that participation in the Program is not consistently associated with increased safety net engagement, as measured by uncompensated care, patient health outcomes, or specific service offerings. Together, the findings of the studies I reviewed suggest that the growth in the 340B Program has not consistently been directed towards vulnerable, low-income patient populations or associated with greater safety-net engagement.

## III.    BACKGROUND ON THE 340B PROGRAM

18.    The 340B Program was created by Congress in 1992 and is managed by the U.S. Health Resources and Services Administration ("HRSA").[6] The Program requires that drug manufacturers allow certain healthcare facilities known as "covered entities" to purchase

---

[6]    United States Government Accountability Office, "Drug Discount Program | Federal Oversight of Compliance at 340B Contract Pharmacies Needs Improvement," June 2018, available at https://www.gao.gov/assets/700/693080.pdf, p. 1. HRSA is part of the U.S. Department of Health and Human Services (HHS). The 340B Program is named for section 340B of the Public Health Service Act.

5

outpatient drugs at a discounted price as a precondition for coverage of their drugs by Medicaid and Medicare Part B.[7]

### A.    Participants in the 340B Program

19.    Broadly speaking, there are four types of participants in the 340B Program: (i) covered entities (ii) patients, (iii) pharmacies, and (iv) drug manufacturers.

20.    *Covered entities*: The healthcare facilities that are eligible for 340B discounts, known as "covered entities," include certain types of tax-exempt hospitals,[8] health center programs (i.e., federally qualified health centers and their lookalikes, hereafter collectively referred to as "FQHCs"),[9] and several types of specialized clinics.[10] An off-site outpatient facility of a hospital participating in the 340B Program, such as a drug infusion clinic or physical therapy clinic,[11] may qualify for program discounts if it is "listed as a reimbursable facility on [the 340B hospital's] most recently filed Medicare cost report and has associated outpatient costs

---

[7]    "Section 340B: Public Health Service Act," *Code of Federal Regulations,* Title 42 (2025), available at https://www.hrsa.gov/sites/default/files/hrsa/rural-health/phs-act-section-340b.pdf ("[…] shall require that the manufacturer offer each covered entity covered outpatient drugs for purchase at or below the applicable ceiling price if such drug is made available to any other purchaser at any price."); 340B Health, "340B Drug Pricing Program Overview," available at https://www.340bhealth.org/members/340b-program/overview ("Section 340B requires pharmaceutical manufacturers to enter into an agreement, called a pharmaceutical pricing agreement (PPA), with the HHS Secretary in exchange for having their drugs covered by Medicaid and Medicare Part B.").

[8]    Eligible hospitals include children's hospitals, critical access hospitals, disproportionate share hospitals, free-standing cancer hospitals, rural referral centers, and sole community hospitals. See Health Resources and Services Administration, "340B Eligibility," available at https://www.hrsa.gov/opa/eligibility-and-registration.

[9]    Federally qualified health centers include community-based healthcare providers that either are recipients of HRSA's Health Center Program award or meet the requirements for such funding but do not receive it; Native Hawaiian health centers; and tribal and urban Indian health centers. See Health Resources and Services Administration, "340B Eligibility," available at https://www.hrsa.gov/opa/eligibility-and-registration; Health Resources and Services Administration, "Health Center Program Look-Alikes," June 2024, available at https://www.hrsa.gov/opa/eligibility-and-registration/health-centers/fqhc-look-alikes. FQHCs "provide comprehensive community-based primary and preventative care to medically underserved populations." United States Government Accountability Office, "Drug Discount Program | Federal Oversight of Compliance at 340B Contract Pharmacies Needs Improvement," June 2018, available at https://www.gao.gov/assets/700/693080.pdf, p. 7.

[10]    Other types of covered entities include Ryan White Program grantees (clinics specializing in the treatment of HIV/AIDS), black lung clinics, hemophilia treatment centers, family planning clinics, sexually transmitted disease clinics, and tuberculosis clinics. See Health Resources and Services Administration, "340B Eligibility," available at https://www.hrsa.gov/opa/eligibility-and-registration.

[11]    For example, Swedish Medical Center is a registered 340B hospital in Seattle, Washington, with registered child sites, including Swedish First Hill Ambulatory Infusion Center and Outpatient Physical Therapy. See backup calculation.

6

and charges."[12] In such cases, the off-site outpatient facility is referred to as a "child site" (or "child entity") whereas the 340B hospital is referred to as a "parent site" (or "parent entity").[13]

21. According to HRSA, hospital parent sites accounted for four percent of all 340B covered entities in the United States in 2025, while hospital-affiliated child sites accounted for 58 percent of all 340B covered entities.[14] Health center programs and specialized clinics, referred to collectively as "federal grantees," accounted for the remaining 38 percent of covered entities.[15] The largest category of covered entity as measured by 340B drug purchases is DSH hospitals, which "serve low-income patients and receive payments from the Centers for Medicare & Medicaid Services to cover the costs of providing care to uninsured patients."[16] While DSH hospital parent sites represent less than half of all hospitals enrolled in the 340B Program and only two percent of total covered entities, they and their child sites accounted for 45.2 percent of covered entities and $64.1 billion in 340B drug purchases—nearly 80 percent of total 340B drug purchases in 2024 (see **Figure 1**).[17] Health center programs, the next largest category of covered entity by 340B drug purchases, accounted for just six percent of total 340B drug purchases in 2024 ($4.7 billion out of $81.4 billion).[18]

---

[12] Health Resources and Services Administration, "How should a hospital determine if an off-site outpatient facility is eligible for 340B as a child site and should be added to the 340B OPAIS?," June 2024, available at https://www.hrsa.gov/about/faqs/how-should-hospital-determine-if-site-outpatient-facility-eligible-340b-child-site-should-be-added.

[13] Office of Pharmacy Affairs 340B OPAIS, "340B Glossary," available at https://340bopais.hrsa.gov/help/Links/340B_Glossary.htm.

[14] See backup calculation.

[15] See backup calculation. See also United States Government Accountability Office, "Drug Pricing Program | HHS Uses Multiple Mechanisms to Help Ensure Compliance with 340B Requirements," December 2020, available at https://www.gao.gov/assets/720/711409.pdf, p. 6.

[16] Health Resources and Services Administration, "Disproportionate Share Hospitals," June 2024, available at https://www.hrsa.gov/opa/eligibility-and-registration/hospitals/disproportionate-share-hospitals.

[17] See backup to **Figure 1** and Health Resources and Services Administration, "2024 340B Covered Entity Purchases," December 2025, available at https://www.hrsa.gov/opa/updates/2024-340b-covered-entity-purchases.

[18] Health Resources and Services Administration, "2024 340B Covered Entity Purchases," December 2025, available at https://www.hrsa.gov/opa/updates/2024-340b-covered-entity-purchases.

**Figure 1**
**DSH Hospitals (Including Child Sites) as a Share of**
**340B Covered Entities and 340B Drug Spending, 2024[19]**



**Notes:**

[1] DSH hospitals and child sites as a share of 340B covered entities is calculated as the number of parent and child sites with an "Entity Type" of "Disproportionate Share Hospital" divided by the total number of parent and child sites in the OPAIS Covered Entity Data.

[2] Parent entities are counted as the number of unique values in the "CE ID" field that meet either of the following criteria: (1) the entity is the parent of another entity (i.e., the value in the "CE ID" field appears as a value in the "Parent CE ID" field corresponding to a different value in the "CE ID" field), or (2) the entity is neither the parent of another entity as described in (1) nor the child of another entity (i.e., the "CE ID" never has a corresponding "Parent CE ID").

[3] Child sites are counted for each parent as the number of unique values in the "CE ID" field associated with each value in the "Parent CE ID" field and then summed across parents at the annual level.

[4] DSH hospitals and child sites as a share of 340B drug spending is calculated as the total purchases from "Disproportionate Share Hospitals" divided by the total purchases from all covered entities reported by the Health Resources and Services Administration.

22. Since the inception of the 340B Program, there have been several expansions with respect to the types of healthcare providers eligible to participate as covered entities. In 1998, the U.S.

---

[19] Sources: Office of Pharmacy Affairs 340B OPAIS, Public Covered Entity Daily Report (340B_CoveredEntity_Daily_20260220_094346.xlsx), available at https://340bopais.hrsa.gov/Reports; Office of Pharmacy Affairs 340B OPAIS, "340B OPAIS User Guide for Public Users," 2025, available at https://340bopais.hrsa.gov/help/Resources/PDFUserGuides/340BPublicUserGuide.pdf; Health Resources and Services Administration, "2024 340B Covered Entity Purchases," December 2025, available at https://www.hrsa.gov/opa/updates/2024-340b-covered-entity-purchases.

government expanded eligibility to include family planning clinics.[20] In 2006, eligibility was further expanded to include certain children's hospitals, and in 2010, eligibility was again expanded as part of the Affordable Care Act ("ACA") to include critical access hospitals, sole community hospitals, freestanding cancer hospitals, and rural referral centers.[21,22] Additionally, the ACA broadened 340B eligibility indirectly by expanding Medicaid coverage.[23] By increasing national enrollment in Medicaid, the ACA increased the number of Medicaid patients treated by hospitals, which is one of the factors that determines 340B eligibility under the DSH designation.[24]

---

[20]   Mulcahy, Andrew W., et al., "The 340B Prescription Drug Discount Program," *RAND Corporation*, 2014, available at https://www.rand.org/content/dam/rand/pubs/perspectives/PE100/PE121/RAND_PE121.pdf, Figure 3.

[21]   Department of Health and Human Services, Health Resources and Services Administration, "Notice Regarding the 340B Drug Pricing Program; Children's Hospitals," *Federal Register* 72, No. 130 (2007): 37250-37252, available at https://www.govinfo.gov/content/pkg/FR-2007-07-09/pdf/E7-13239.pdf; Mulligan, Karen, "The 340B Drug Pricing Program: Background, Ongoing Challenges, and Recent Developments," *Leonard D. Schaeffer Center for Health Policy and Economics*, October 2021, available at https://schaeffer.usc.edu/wp-content/uploads/2024/10/USC_Schaeffer_340BDrugPricingProgram_WhitePaper.pdf, p. 1.

[22]   Children's hospitals are "[h]ospitals with inpatients predominantly age 18 or younger." Critical access hospitals are "[s]mall, rural hospitals with no more than 25 inpatient beds." Sole community hospitals are "[g]eographically isolated hospitals," based on factors such as "isolated location, weather conditions, travel conditions, or the absence of other like hospitals." Freestanding cancer hospitals are "[i]ndependent, nonprofit hospitals that treat patients with cancer." Rural referral centers are "[h]igh-volume acute care rural hospitals that treat a large number of complicated cases." Rosenberg, Michelle B., "340B Drug Discount Program: Information about Hospitals That Received an Eligibility Exception as a Result of COVID-19," *United States Government Accountability Office*, May 11, 2023, available at https://www.gao.gov/assets/830/820127.pdf, pp. 3-4.

[23]   Cosgrove, James, "Drug Discount Program: Characteristics of Hospitals Participating and Not Participating in the 340B Program," *United States Government Accountability Office*, June 18, 2018, available at https://www.gao.gov/assets/700/692886.pdf, p. 3 ("PPACA [the Patient Protection and Affordable Care Act] also permitted states to expand their Medicaid programs beginning January 1, 2014, to cover nearly all adults with incomes at or below 133 percent of the federal poverty level. Prior to PPACA, state Medicaid programs were limited in their ability to provide Medicaid coverage to nonelderly and nonpregnant adults who were not eligible for Medicare.").

[24]   To qualify for the 340B Program as a DSH hospital, a hospital must be either nonprofit or government-owned and have a DSH adjustment percentage greater than 11.75 percent. One study found that "[f]rom 2012 to 2016, hospital participation in the 340B Program among general acute care hospitals (340B DSH) increased in Medicaid expansion states but did not increase in non-expansion states. This may be explained in part by an increase in the number of hospitals in expansion states that met the minimum Medicare DSH adjustment percentage required for 340B participation, as it identifies hospitals that treat a disproportionate number of low-income Medicare and Medicaid inpatients." See Cosgrove, James, "Drug Discount Program: Characteristics of Hospitals Participating and Not Participating in the 340B Program," *United States Government Accountability Office*, June 18, 2018, available at https://www.gao.gov/assets/700/692886.pdf, pp. 1-3, 7.

9

23.   *Patients*: The 340B statute does not specify what types of patients are eligible to receive drugs purchased through the 340B Program beyond prohibiting the transfer of such drugs "to a person who is not a patient of the covered entity."[25] While there is no formal definition in the federal statute, HRSA has issued guidance on what it means for an individual to be a "patient" of a covered entity.[26] According to the guidance, an individual is considered a patient of a covered entity if (i) the facility maintains health records for that patient; and (ii) the individual receives care from a provider who is either employed by the facility or has a contractual arrangement with the facility.[27] In the case of FQHCs and some specialized clinics, the guidance states that the individual must also receive healthcare services for which the facility has received federal grant funding.[28] The guidance further clarifies that an individual is not considered a patient of a covered entity if the facility only dispenses outpatient drugs to the individual.[29]

24.   *Pharmacies*: All pharmacies can dispense drugs to patients of covered entities, but only some have contracts with covered entities ("contract pharmacies"). Pharmacies that *do not* contract

[25]   "Part 10–340B Drug Pricing Program," *Code of Federal Regulations,* Title 42 (2025), available at https://www.ecfr.gov/current/title-42/chapter-I/subchapter-A/part-10, §10.21(a)(2).

[26]   Health Resources and Services Administration, "Notice Regarding Section 602 of the Veterans Health Care Act of 1992 Patient and Entity Eligibility," *Federal Register* 61, No. 207 (1996): 55156-55158, available at https://www.hrsa.gov/sites/default/files/hrsa/opa/patient-entity-eligibility-10-24-96.pdf.

[27]   Health Resources and Services Administration, "Notice Regarding Section 602 of the Veterans Health Care Act of 1992 Patient and Entity Eligibility," *Federal Register* 61, No. 207 (1996): 55156-55158, available at https://www.hrsa.gov/sites/default/files/hrsa/opa/patient-entity-eligibility-10-24-96.pdf, p. 55157 ("An individual is a 'patient' of a covered entity (with the exception of State-operated or funded AIDS drug purchasing assistance programs) only if: 1. the covered entity has established a relationship with the individual, such that the covered entity maintains records of the individual's health care; and 2. the individual receives health care services from a health care professional who is either employed by the covered entity or provides health care under contractual or other arrangements (e.g., referral for consultation) such that responsibility for the care provided remains with the covered entity; and […].").

[28]   Health Resources and Services Administration, "Notice Regarding Section 602 of the Veterans Health Care Act of 1992 Patient and Entity Eligibility," *Federal Register* 61, No. 207 (1996): 55156-55158, available at https://www.hrsa.gov/sites/default/files/hrsa/opa/patient-entity-eligibility-10-24-96.pdf, pp. 55157-55158 ("[…] 3. the individual receives a health care service or range of services from the covered entity which is consistent with the service or range of services for which grant funding or Federally-qualified health center look-alike status has been provided to the entity. Disproportionate share hospitals are exempt from this requirement.").

[29]   Health Resources and Services Administration, "Notice Regarding Section 602 of the Veterans Health Care Act of 1992 Patient and Entity Eligibility," *Federal Register* 61, No. 207 (1996): 55156-55158, available at https://www.hrsa.gov/sites/default/files/hrsa/opa/patient-entity-eligibility-10-24-96.pdf, p. 55158 ("An individual will not be considered a 'patient' of the entity for purposes of 340B if the only health care service received by the individual from the covered entity is the dispensing of a drug or drugs for subsequent self-administration or administration in the home setting.").

with a covered entity may still dispense drugs to patients of a covered entity, but the covered entity would not be able to claim a 340B discount on the drugs dispensed. For contract pharmacies, the covered entity can claim a 340B discount on the drugs dispensed to patients of a covered entity. Since 1996, covered entities have been allowed to contract with outside pharmacies as an alternative to dispensing 340B drugs through an on-site or in-house pharmacy.[30] Until 2010, HRSA guidelines recommended that a covered entity dispense drugs through one pharmacy—either an in-house pharmacy or an outside contract pharmacy. In 2010, HRSA published new guidelines that permitted covered entities to contract with an unlimited number of outside pharmacies and to enter comprehensive agreements with pharmacy chains such that a covered entity could utilize multiple pharmacy locations under a single contract.[31] Since then, certain manufacturers have instituted their own policies limiting covered entities' use of contract pharmacies. Those policies were subsequently challenged by HRSA, and while two circuit courts have issued rulings concluding that the 340B statute permits manufacturers to adopt those policies, certain states have enacted laws prohibiting them (including S.B. 5981 in Washington).[32]

---

[30] Department of Health and Human Services, Health Resources and Services Administration, "Notice Regarding 340B Drug Pricing Program—Contract Pharmacy Services," *Federal Register* 75, No. 43 (2010): 10272-10279, available at https://www.govinfo.gov/content/pkg/FR-2010-03-05/pdf/2010-4755.pdf, pp. 10272-10273 ("In 1996, HRSA issued guidelines that permitted covered entities participating in the 340B Drug Pricing Program to contract with a pharmacy to provide services to the covered entity's patients […]. Those guidelines permitted a covered entity to use a single point for pharmacy services, either an in-house pharmacy or an individual contract pharmacy.").

[31] Department of Health and Human Services, Health Resources and Services Administration, "Notice Regarding 340B Drug Pricing Program—Contract Pharmacy Services," *Federal Register* 75, No. 43 (2010): 10272-10279, available at https://www.govinfo.gov/content/pkg/FR-2010-03-05/pdf/2010-4755.pdf, p. 10277. The 2010 guidelines stated that "[i]n addition to contracting with a single pharmacy for each clinical site, covered entities may pursue more complex arrangements that include multiple pharmacies" if certain conditions are met. These conditions required that "(a) There is a written agreement and procedures that meet the requirements outlined [in the guidance] between the covered entity each pharmacy; (b) the written agreement includes, and fully addresses all of the elements outlined in [the guidance] and a full listing of all pharmacy locations that may be utilized under that agreement; (c) the operation under the contract continues to meet all 340B Drug Pricing Program requirements and does not create diversion of covered drugs or duplicate discounts; (d) the arrangements are one of the two following inventory models either individually or in combination: (i) [t]he use of multiple contract pharmacy service sites, and/or (ii) the utilization of a contract pharmacy(ies) to supplement in-house pharmacy services […]; and (e) the arrangement involves a single identifiable 340B covered entity and does not include a network, or other similar arrangement, of more than one covered entity unless specifically authorized in writing by HRSA […]."

[32] Opinion of the Court, *Sanofi Aventis US LLC v. United States Department of Health and Human Services*, Nos. 21-3167, 21-3379, January 30, 2023 ("Sanofi Aventis v. HHS"), p. 18 ("These three drug makers' restrictions on delivery to contract pharmacies do not violate Section 340B. And we will enjoin HHS from enforcing

11

25. *Drug manufacturers*: As noted above, drug manufacturers must participate in the 340B Program and significantly discount their outpatient drugs sold to participating healthcare facilities for their drugs to be covered by Medicaid and Medicare Part B.[33] In recent years, some drug manufacturers have implemented policies limiting the sale of discounted 340B drugs to eligible healthcare facilities when dispensed through contract pharmacies. For example, in 2020, the pharmaceutical company Novartis announced a policy to honor pharmacy contracts—relationships between contract pharmacies and covered entities—only if the contract pharmacy was located within 40 miles of the associated 340B hospital.[34] The same year, United Therapeutics implemented a policy of accepting contract pharmacy orders for 340B drugs only if the contract pharmacies were already contracting with the associated covered entity as of 2020.[35] For covered entities without in-house pharmacies and no contract pharmacy relationships in 2020, United Therapeutics would allow the covered entity to designate a single contract pharmacy to accept 340B orders.[36]

---

against them its reading of Section 340B as requiring delivery of discounted drugs to an unlimited number of contract pharmacies."); Sullivan, Ali, "DC Circ. Says Drugmakers Can Limit Pharmacy Discounts," *Law360*, May 21, 2024, https://www.law360.com/articles/1839418/dc-circ-says-drugmakers-can-limit-pharmacy-discounts; Opinion of the Court, *Novartis Pharmaceuticals Corporation v. Johnson et al.*, No. 21-5299 (D.C. Cir. 2024), May 21, 2024 ("Novartis v. Johnson et al."), p. 12 ("We reject HRSA's position that section 340B prohibits drug manufacturers from imposing any conditions on the distribution of discounted drugs to covered entities.").

[33] United States Government Accountability Office, "Drug Discount Program | Federal Oversight of Compliance at 340B Contract Pharmacies Needs Improvement," June 2018, available at https://www.gao.gov/assets/700/693080.pdf, p. 1 (The 340B program "requires drug manufacturers to sell outpatient drugs at discounted prices to covered entities—certain hospitals and recipients of federal grants—to have their drugs covered by Medicaid"); Health Resources and Services Administration, "340B Drug Pricing Program," August 2025, available at https://www.hrsa.gov/opa ("Manufacturers participating in Medicaid agree to provide outpatient drugs to covered entities at significantly reduced prices.").

[34] Novartis, "New policy related to the 340B program," October 30, 2020, available at https://www.novartis.com/us-en/node/76081/printable/print.

[35] For example, if a covered entity contracted with a new pharmacy in 2021 or later, United Therapeutics would not offer 340B discounts on sales to that pharmacy. Gray, Kevin, "United Therapeutics Corporation 340B Contract Pharmacy Policy Phase 2 Effective Date Delayed from September 1, 2021 to December 1, 2021," *United Therapeutics Corporation*, July 23, 2021, available at https://www.amerisourcebergen.com/-/media/assets/amerisourcebergen/340b/manf-letters/7556211f-a13e-4855-8a44-948f8b6dac06.pdf.

[36] Gray, Kevin, "United Therapeutics Corporation 340B Contract Pharmacy Policy Phase 2 Effective Date Delayed from September 1, 2021 to December 1, 2021," *United Therapeutics Corporation*, July 23, 2021, available at https://www.amerisourcebergen.com/-/media/assets/amerisourcebergen/340b/manf-letters/7556211f-a13e-4855-8a44-948f8b6dac06.pdf. The second phase of United Therapeutic's new limitations on contract pharmacies, which was scheduled to take effect in December 2021, required that the prescribing covered entity "provid[e] on an ongoing basis, claims data associated with all 340B contract pharmacy orders of

26. In March 2023, AbbVie announced that "hospital covered entities will no longer be permitted to direct delivery of AbbVie's 340B priced medicines to contract pharmacies."[37] AbbVie included an exception to this policy, noting that a "hospital covered entity without an in-house outpatient pharmacy may designate one contract pharmacy location […] provided that, (i) the covered entity submits limited claims data on 340B utilization for such contract pharmacy location and (ii) the one contract pharmacy is located within 40 miles of the HRSA registered covered entity parent site."[38] In February 2025, AbbVie introduced limitations for federal grantee covered entities, which required that grantees "submit requested claims data" in order to receive 340B-discounted AbbVie products at contract pharmacy locations.[39]

27. Claims data refers to administrative data that are generated as part of the healthcare billing process.[40] When a patient receives a healthcare service or fills a prescription, the healthcare provider or pharmacy submits a claim for reimbursement by the patient's insurer.[41] Claims data may therefore include information about the patient, his/her insurer (i.e., the payer of the claim), his/her healthcare provider, the service or product provided, and its cost.[42] Based on my experience, despite being generated as part of the ordinary course of business, the sensitive

---

United Therapeutics Corporation's covered outpatient drugs […]." However, HRSA issued a letter in 2021 stating that these limitations by United Therapeutics "have resulted in overcharges and are in direct violation of the 340B statute." Espinosa, Diana, "HRSA Letter to United Therapeutics," *Health Resources and Services Administration*, May 17, 2021, available at https://www.hrsa.gov/sites/default/files/hrsa/opa/hrsa-letter-united-therapeutics-covered-entities.pdf, p. 1.

[37] Compisi, Chris, "Letter on 340B Program Integrity Initiative," *AbbVie*, March 29, 2023, available at https://www.amerisourcebergen.com/-/media/assets/amerisourcebergen/340b/manf-letters/abbvie-letter-340b-integrity-initiative-3292023.pdf, p. 1.

[38] Compisi, Chris, "Letter on 340B Program Integrity Initiative," *AbbVie*, March 29, 2023, available at https://www.amerisourcebergen.com/-/media/assets/amerisourcebergen/340b/manf-letters/abbvie-letter-340b-integrity-initiative-3292023.pdf, p. 1.

[39] According to AbbVie's policy announced February 27, 2025, federal grantee covered entities that "register and provide data will be able to use an unlimited number of contract pharmacies" to receive 340B-priced AbbVie products. Scheidler, Edward, "Letter on 340B Program Integrity Initiative," *AbbVie*, February 27, 2025, available at https://www.amerisourcebergen.com/-/media/assets/amerisourcebergen/340b/manf-letters/20250227-abbvie-addition-of-elahere-and-vyalev-and-maryalnd-to-cp-policy-eff-20250227.pdf, p. 1.

[40] Browdie, Megan, et al., *Pharmaceutical Industry Antitrust Handbook* Second Ed., Chicago, Illinois, American Bar Association, 2018 ("Pharmaceutical Industry Antitrust Handbook"), p. 405.

[41] Pharmaceutical Industry Antitrust Handbook, p. 405.

[42] Birnbaum, Howard G., et al., "Using Healthcare Claims Data for Outcomes Research and Pharmacoeconomic Analyses," *Pharmacoeconomics*, Vol. 16, No. 1, 1999, pp. 1-8 ("Birnbaum et al. (1999)"); Pharmaceutical Industry Antitrust Handbook, p. 405.

nature of claims data means that such data are generally *not* made available to the public in a similarly routine fashion. While claims data are available from some private and public payers, such data are often deidentified and subject to other important limitations.[43] For example, the data may be available for only a sample of patients, limited to certain fields, or updated with a significant lag.[44] In addition, some claims databases are also only available for research purposes.[45]

### B.   How the 340B Program Works

28.   **Figure 2** illustrates the flow of drugs and payments between the different 340B Program participants when an individual fills a prescription at a contract pharmacy.

---

[43]   See, e.g., Merative, "Merative MarketScan Research Databases," available at https://www.merative.com/documents/merative-marketscan-research-databases; Optum, "Optum Claims Data," available at https://business.optum.com/en/data-analytics/life-sciences/real-world-data/claims-data.html?selectedTab=De-identified,%20diverse%20data.

[44]   See, e.g., Pharmaceutical Industry Antitrust Handbook, p. 405 ("Medicare claims data are typically available as standard analytic files for a 5 percent sample of Medicare beneficiaries"); Chen, Alice, et al., "Data Resources on Health Care Encounter Data," *American Society of Health Economists*, 2021, available at https://www.ashecon.org/newsletter/newsletter-20211/data-resources-on-health-care-encounter-data/ ("While the [MarketScan claims data] do include information on provider specialization as well as site of care, they lack physician, physician group, or hospital identifiers."); Baser, Onur, et al., "Use of Open Claims vs Closed Claims in Health Outcomes Research," *Journal of Health Economics and Outcomes Research*, Vol. 10, No. 2, 2023, pp. 45-52 ("Baser et al. (2023)") ("Most commercial closed claims sources have a lag time of 6 months. The latest available Medicaid data from the Centers for Medicare and Medicaid Services has a 3-year lag time, and Medicare data has a 2-year lag.").

[45]   See, e.g., Centers for Medicare and Medicaid Services, "Data Available to Researchers," January 14, 2025, available at https://www.cms.gov/data-available-researchers ("CMS exclusively discloses [Research Identifiable Files] for research purposes in compliance with the HIPAA Privacy Rule."); Research Data Assistance Center, "Part D Event (PDE) File," 2025, available at https://resdac.org/cms-data/files/pde ("Privacy Level: Research Identifiable Files").

**Figure 2**
**Drug Distribution and Payment Flows Under the 340B Program**
**When Contract Pharmacies Are Involved[46]**



29.    As shown in the upper left corner of **Figure 2**, covered entities purchase drugs from pharmaceutical manufacturers at the 340B discounted price.[47] The 340B Program sets discounts on outpatient drugs by establishing maximum prices that manufacturers can charge covered entities.[48] Maximum prices are referred to as "340B ceiling prices" and are specific to each drug and each manufacturer. 340B ceiling prices are calculated as the drug's average manufacturer price ("AMP") for the previous quarter minus the unit rebate amount ("URA").[49]

---

[46]    This figure has been adapted from Figure 1 in Knox, Ryan P., et al., "Outcomes of the 340B Drug Pricing Program: A Scoping Review," *JAMA Health Forum*, Vol. 4, No. 11, 2023, pp. 1-12, p. 2.

[47]    Contract pharmacies may also order drugs in accordance with their inventory levels. See Health Resources and Services Administration, "Notice Regarding Section 602 of the Veterans Health Care Act of 1992; Contract Pharmacy Services," *Federal Register* 61, No. 165 (1996): 43549-43556, available at https://www.govinfo.gov/content/pkg/FR-1996-08-23/pdf/96-21485.pdf, p. 43552 ("Because the covered entity will have no knowledge of the inventory levels of the pharmacy, it would be unrealistic to include a provision that the covered entity will order 340B drugs.").

[48]    Office of Pharmacy Affairs 340B OPAIS, "Pricing Formulas," available at https://340bpricingsubmissions.hrsa.gov/Help/Manufacturer/Pricing%20Formulas/Pricing%20Formulas.htm.

[49]    For branded drugs, the unit rebate amount is equal to the greater of either (i) 23.1 percent of AMP or (ii) AMP minus the best price, which is defined as the lowest manufacturer price paid by wholesalers, retailers and providers, excluding certain governmental purchasers and government programs like 340B. For generic and

For drugs with a 340B ceiling price less than $0.01, the manufacturer charges $0.01.[50] While the actual prices paid under the 340B Program are not publicly reported by HRSA, a recent study estimated that discounts on 340B drugs are about 55 percent of wholesale acquisition costs ("WAC").[51],[52] For certain specialty drugs, discounts may be as high as 70 percent to 100 percent.[53]

30. By lowering the drug acquisition costs, the 340B Program increases the net revenues that covered entities can earn when they bill patients and/or insurers amounts that exceed those acquisition costs.[54] Further, the use of contract pharmacies allows covered entities to dispense more prescriptions, thereby expanding opportunities to generate 340B-related net revenues.[55]

---

over-the-counter drugs, the unit rebate amount is 13 percent of AMP. For clotting factors and exclusively pediatric drugs, the unit rebate amount equals the greater of either (i) 17.1 percent of AMP or (ii) AMP minus the best price. Further, for branded drugs, clotting factors, and pediatric drugs, an additional discount is applied to AMP if the AMP has grown faster than the rate of inflation. See Medicare Payment Advisory Commission, "Overview of the 340B Drug Pricing Program," May 2015, available at https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/may-2015-report-to-the-congress-overview-of-the-340b-drug-pricing-program.pdf, pp. 6-7; Apexus, "340B Glossary of Terms," 2024, available at https://www.340bpvp.com/Documents/Public/340B%20Tools/340b-glossary-of-terms.pdf, p. 1.

[50] Apexus, "340B Glossary of Terms," 2024, available at https://www.340bpvp.com/Documents/Public/340B%20Tools/340b-glossary-of-terms.pdf, p. 12.

[51] Wholesale acquisition costs are prices paid to manufacturers by wholesalers and direct purchasers. See Martin, Rory and Harish Karne, "The 340B Drug Discount Program Grew to $124B in 2023," *IQVIA*, May 2024, available at https://www.iqvia.com/-/media/iqvia/pdfs/us/white-paper/2024/iqvia-update-on-size-of-340b-program-report-2024.pdf, p. 2.

[52] Covered entities may pay less than the ceiling price by electing to participate in HRSA's Prime Vendor Program ("PVP"), one goal of which is to negotiate below-ceiling prices on 340B drugs with manufacturers by pooling covered entities' purchasing power. HRSA contracts with a company called Apexus to manage the PVP. Medicare Payment Advisory Commission, "Overview of the 340B Drug Pricing Program," May 2015, available at https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/may-2015-report-to-the-congress-overview-of-the-340b-drug-pricing-program.pdf, pp. 6-7; Apexus, "340B Community," available at https://www.apexus.com/.

[53] Hall, Howard, "Understanding The 340B Program Requirements," *ProxsysRx*, November 8, 2021, available at https://www.proxsysrx.com/2021/11/08/understanding-the-340b-program-requirements/ ("Today, hospitals and other 340B covered entities can acquire many specialty drugs for as little as 1¢. Many other specialty drugs — including Epclusa, Harvoni, Imbruvica, Iressa, Gilenya, Revlimid and Stelara — offer 340B discounts of 70% to 100%.").

[54] Medicare Payment Advisory Commission, "Overview of the 340B Drug Pricing Program," May 2015, available at https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/may-2015-report-to-the-congress-overview-of-the-340b-drug-pricing-program.pdf, p. 8.

[55] Consider a patient who is prescribed a drug by a provider of a 340B covered entity and chooses to fill the prescription at his/her local pharmacy. If that pharmacy is a contract pharmacy of the 340B covered entity, the drug is purchased by the covered entity at the 340B discounted price and the reimbursement the pharmacy receives for dispensing that prescription is passed onto the covered entity. If that pharmacy is *not* a contract

16

In **Figure 2**, these net revenues are equal to the difference between the "pharmacy reimbursement" (i.e., the total billed amount) and the 340B price.

31.    Covered entities can purchase most outpatient drugs at the 340B price, including both self-administered and physician-administered medications. However, 340B discounts do not apply to vaccines and, for some covered entities, 340B-discounts do not apply to "orphan drugs" designated to treat rare diseases and conditions.[56] In 2021, cancer drugs, anti-infective agents, and immunosuppressants represented the three largest categories of 340B purchases, accounting for 41 percent, 15 percent, and 14 percent of 340B drug spending, respectively.[57]

32.    The remainder of **Figure 2** illustrates how drugs purchased by covered entities ultimately reach individuals. When a covered entity uses a contract pharmacy, the drug is dispensed through that contract pharmacy. In exchange, the contract pharmacy receives a fee from the covered entity. The structure and amount of fees paid from covered entities to contract pharmacies may vary depending on the specific contract terms negotiated between the covered entity and contract pharmacy.[58]

33.    Contract pharmacies can use one of two inventory management models—the pre-purchased inventory model or the replenishment inventory model—though contract pharmacies typically use the replenishment inventory model.[59] Under the pre-purchased inventory model, a covered

---

pharmacy of the 340B covered entity, the drug is purchased by the pharmacy at a higher, non-discounted price and the reimbursement the pharmacy receives for dispensing that prescription is retained in full by the pharmacy. Absent contract pharmacies, covered entities would only be able to generate 340B revenues from prescriptions dispensed through in-house pharmacies.

[56]    Critical access hospitals, sole community hospitals, freestanding cancer hospitals, and rural referral centers cannot purchase orphan drugs using 340B discounts. See, for example, Apexus, "340B Glossary of Terms," 2024, available at https://www.340bpvp.com/Documents/Public/340B%20Tools/340b-glossary-of-terms.pdf, p. 11. See also Mulligan, Karen, "The 340B Drug Pricing Program: Background, Ongoing Challenges, and Recent Developments," *Leonard D. Schaeffer Center for Health Policy and Economics*, October 2021, available at https://schaeffer.usc.edu/wp-content/uploads/2024/10/USC_Schaeffer_340BDrugPricingProgram_WhitePaper.pdf, p. 2.

[57]    Sachs, Rebecca and Joshua Varcie, "Spending in the 340B Drug Pricing Program, 2010 to 2021," *Congressional Budget Office*, June 17, 2024, available at https://www.cbo.gov/system/files/2024-06/60339-340B-Drug-Pricing-Program.pdf, p. 4.

[58]    United States Government Accountability Office, "Drug Discount Program | Federal Oversight of Compliance at 340B Contract Pharmacies Needs Improvement," June 2018, available at https://www.gao.gov/assets/700/693080.pdf, pp. 24-27.

[59]    Wright, Stuart, "Memorandum Report: Contract Pharmacy Arrangements in the 340B Program, OEI-05-13-00431," *Department of Health and Human Services, Office of Inspector General*, February 4, 2014, available at

17

entity's in-house or contract pharmacy maintains a designated stock of 340B drugs and dispenses from that inventory when filling prescriptions on behalf of the covered entity. For non-340B prescriptions, the pharmacy uses inventory purchased outside the Program.

34.    Most pharmacies use the replenishment inventory model, in which the pharmacy does not maintain a designated stock of 340B-purchased drugs.[60] Instead, when a contract pharmacy fills a prescription for a patient of a covered entity, the contract pharmacy dispenses the drug from its own non-340B inventory. The pharmacy then "replenishes" its inventory by arranging for the covered entity to purchase the appropriate quantity of drugs at the 340B-discounted price for delivery to the contract pharmacy.[61] Often, the contract pharmacy works with a third-party administrator ("TPA") to facilitate replenishment calculation and ordering.[62] Once a replenishment order arrives at a pharmacy, the new inventory is not designated as 340B inventory because it replaces non-340B inventory used to fill prescriptions for both 340B-eligible and non-340B-eligible prescriptions.[63] In practice, prescriptions are frequently deemed 340B-eligible and assigned to covered entities *after* they are filled, based on factors such as "inpatient or outpatient status, patient and prescriber eligibility, clinic location, Medicaid status, drug identifier, and quantity dispensed."[64]

---

https://www.govinfo.gov/content/pkg/GOVPUB-HE-PURL-gpo67419/pdf/GOVPUB-HE-PURL-gpo67419.pdf, p. 5. See also AmerisourceBergen, "How are retail prescriptions captured into the 340B program?," *AmerisourceBergen*, January 6, 2023, available at https://www.amerisourcebergen.com/insights/pharmacies/how-are-retail-prescriptions-captured-into-the-340b-program ("Most contract pharmacies use a [replenishment] inventory model in which the TPA captures claims retrospectively and then replenishes the product, as opposed to manually maintaining a physically separate inventory requiring staff-intensive point-of-sale qualification.").

[60]    AmerisourceBergen, "How are retail prescriptions captured into the 340B program?," *AmerisourceBergen*, January 6, 2023, available at https://www.amerisourcebergen.com/insights/pharmacies/how-are-retail-prescriptions-captured-into-the-340b-program.

[61]    Wright, Stuart, "Memorandum Report: Contract Pharmacy Arrangements in the 340B Program, OEI-05-13-00431," *Department of Health and Human Services, Office of Inspector General*, February 4, 2014, available at https://www.govinfo.gov/content/pkg/GOVPUB-HE-PURL-gpo67419/pdf/GOVPUB-HE-PURL-gpo67419.pdf, p. 5.

[62]    Wright, Stuart, "Memorandum Report: Contract Pharmacy Arrangements in the 340B Program, OEI-05-13-00431," *Department of Health and Human Services, Office of Inspector General*, February 4, 2014, available at https://www.govinfo.gov/content/pkg/GOVPUB-HE-PURL-gpo67419/pdf/GOVPUB-HE-PURL-gpo67419.pdf, p. 5.

[63]    Apexus, "340B Glossary of Terms," 2024, available at https://www.340bpvp.com/Documents/Public/340B%20Tools/340b-glossary-of-terms.pdf, p. 13.

[64]    Apexus, "NDC Change Notification Best Practices and Template for Communication," 2024, available at

35. To determine which outpatient prescriptions will ultimately be processed as 340B drugs, covered entities, contract pharmacies, and TPAs use various prescription screening templates.[65] One such template used is a "winners only" model, which stipulates that a prescription should be processed as 340B-eligible *only* if doing so would generate a profit for the covered entity.[66] Alternatively, a "brand prescriptions only" model may be used, which processes all branded prescriptions as 340B drugs, forgoing 340B discounts on all generic prescriptions.[67] Because prescription screening rules can be specific to a covered entity's contract with a pharmacy, it is possible for determinations to vary depending on the pharmacy utilized by a covered entity's patient.[68] The decision to use prescription screening—and which model to use—can benefit the financial results of covered entities.[69]

---

https://www.340bpvp.com/Documents/Public/340B%20Tools/ndc-change-notification-best-practices-template.docx.

[65] Houston, Julie and Heather Easterling, "340B Contract Pharmacy Considerations," *The 340B Program Handbook*, August 2, 2025, available at https://publications.ashp.org/display/book/9781585287505/chapter9.pdf, p. 135; Hardman, David and Jason Atlas, "Understanding Your 340B Contract Pharmacy Agreement: Five Areas Worth Negotiating," *AmerisourceBergen*, August 30, 2021, available at https://amerisourcebergen-uat-cd.cmsmartech.com/insights/pharmacies/understanding-your-340b-contract-pharmacy-agreement.

[66] Houston, Julie and Heather Easterling, "340B Contract Pharmacy Considerations," *The 340B Program Handbook*, August 2, 2025, available at https://publications.ashp.org/display/book/9781585287505/chapter9.pdf, p. 135; Mallett, Tim, et al., "340B 101," *340B Grantees Conference*, May 2, 2023, available at https://rwc340b.org/wp-content/uploads/2023/05/1.-340B-101-Slides.pdf, p. 30; Hardman, David and Jason Atlas, "Understanding Your 340B Contract Pharmacy Agreement: Five Areas Worth Negotiating," *AmerisourceBergen*, August 30, 2021, available at https://amerisourcebergen-uat-cd.cmsmartech.com/insights/pharmacies/understanding-your-340b-contract-pharmacy-agreement.

[67] Houston, Julie and Heather Easterling, "340B Contract Pharmacy Considerations," *The 340B Program Handbook*, August 2, 2025, available at https://publications.ashp.org/display/book/9781585287505/chapter9.pdf, p. 135; Mallett, Tim, et al., "340B 101," *340B Grantees Conference*, May 2, 2023, available at https://rwc340b.org/wp-content/uploads/2023/05/1.-340B-101-Slides.pdf, p. 30.

[68] Mallett, Tim, et al., "340B 101," *340B Grantees Conference*, May 2, 2023, available at https://rwc340b.org/wp-content/uploads/2023/05/1.-340B-101-Slides.pdf, p. 30; Houston, Julie and Heather Easterling, "340B Contract Pharmacy Considerations," *The 340B Program Handbook*, August 2, 2025, available at https://publications.ashp.org/display/book/9781585287505/chapter9.pdf, p. 135.

[69] Hardman, David and Jason Atlas, "Understanding Your 340B Contract Pharmacy Agreement: Five Areas Worth Negotiating," *AmerisourceBergen*, August 30, 2021, available at https://amerisourcebergen-uat-cd.cmsmartech.com/insights/pharmacies/understanding-your-340b-contract-pharmacy-agreement ("The claims model is the methodology a TPA uses to determine which prescriptions are captured into the 340B program. The inclusion of a financial filter, which is a profitability check on each individual prescription, is often incorporated to benefit a [covered entity]. TPAs determine which claims are captured by analyzing copay, third-party reimbursement, 340B cost of goods, and dispense fees to ensure profitability for the [covered entity]. […]

### C.    Growth in the 340B Program Over Time

#### 1.  Covered Entities

36.  Covered entity participation in the 340B Program has increased substantially over time, consistent with the expansions discussed in **Section III.A**. Between 2010 and 2025, the number of covered entities participating in the 340B Program increased more than sixfold, from fewer than 11,000 to more than 66,000.[70] Over the same period, the average number of 340B-registered child sites per 340B hospital increased more than tenfold from 1.2 to 13.5.[71] Child sites of 340B hospitals represented over two thirds of the covered entities that joined the Program between 2010 and 2025, with three quarters of the child sites affiliated with DSH hospitals.[72] In 2023, approximately 45 percent of U.S. hospitals that treat Medicare patients participated in the 340B program compared to just 22 percent in 2011.[73]

---

As you can see, the type of claims model can have an impact on the total number of prescriptions captured and included in your 340B program. This decision has the potential to exacerbate other choices, so it is good practice to evaluate in total.").

[70]  I define annual participation in the 340B Program as the number of unique covered entities participating in the Program for at least one day during the calendar year. I identify covered entities using the "CE ID" field in the OPAIS Covered Entity Data and consistent with studies of the 340B Program in the academic literature, I rely on the "Participating Start Date" and "Termination Date" fields in the OPAIS Covered Entity Data to identify each covered entity's dates of participation in the Program. See, for example, Horn, Danea, "The Incentive to Treat: Physician Agency and the Expansion of the 340B Drug Pricing Program," *Journal of Health Economics*, Vol. 101, May 2025, pp. 1-30 ("Horn (2025)"), p. 8 ("Each covered entity site listing includes a unique 340B identification number, entity type, participating start date, termination date, Medicare provider number (if applicable), and address among other information. […] I merged the covered entities' participating start date and termination dates from OPAIS with physician NPIs by year and full address (street address, suite number(s), city, state, zip code)."). If a given healthcare facility switches covered entity types within a given calendar year (for example, from a rural referral center to a DSH hospital), it is assigned a new "CE ID" and therefore counted as two participating covered entities in that year. See backup calculation.

[71]  See backup calculation.

[72]  The number of covered entities increased by approximately 56,000 between 2010 and 2025. Of these, over 37,000 were the child sites of 340B-covered hospitals and approximately 28,000 were the child sites of DSH hospitals. See backup calculation.

[73]  These proportions are estimated using CMS Hospital Provider Cost Report data, which are available for all Medicare-certified hospitals regardless of 340B Program participation (certain types of hospitals are excluded, including hospitals operated by the Department of Veterans Affairs and Indian Health Service, as well as some children's and emergency hospitals). As of 2011, there were 1,311 hospitals participating in the 340B Program nationally, all of which were Medicare-certified hospitals represented in the CMS Hospital Provider Cost Report data. These 1,311 hospitals represented 22 percent of the 6,097 Medicare-certified hospitals in the U.S. in 2011. As of 2023—the most recent year for which the CMS Hospital Provider Cost Report data are available—Medicare-certified 340B hospitals represented 99 percent of all 340B hospitals in the U.S. (2,694/2,722) and 45 percent of all Medicare-certified hospitals in the U.S. (2,694/6,040). See backup calculation; Centers for Medicare and Medicaid Services, "Hospital Provider Cost Report," January 8, 2026,

### 2. Contract Pharmacies

37.    Contract pharmacy usage has increased substantially in recent years as well, with the number of 340B contract pharmacies increasing from nearly 1,200 in 2010 to over 33,000 in 2025, an increase of more than 2,600 percent.[74] The number of contract pharmacy-covered entity relationships increased from nearly 2,400 to more than 250,000 over the same period, an increase of more than 10,000 percent.[75] The increase in contract pharmacy-covered entity relationships reflects not only an increase in the average number of contract pharmacies per covered entity, which increased from 1.6 to 20.9 between 2010 and 2025, but also an increase in the average number of covered entities served by each contract pharmacy, which increased from 2.0 to 7.6 between 2010 and 2025.[76] Contract pharmacy agreements are heavily concentrated among the largest national pharmacy chains, with CVS Health, Walgreens, Walmart, Express Scripts, and OptumRx accounting for 75 percent of total 340B contract pharmacy-covered entity agreements.[77] As of 2022, approximately 46 percent of all pharmacies in the United States had at least one 340B contract.[78]

38.    Contract pharmacies can collect substantial revenues through participation in the Program. These earnings may come from pharmacy dispensing fees and TPA fees.[79] The pharmacy

---

[74]    available at https://data.cms.gov/provider-compliance/cost-reports/hospital-provider-cost-report; Asper, Faith, "Introduction to Medicare Cost Reports," *Research Data Assistance Center*, August 14, 2013, available at https://resdac.org/videos/introduction-medicare-cost-reports-0.

[74]    See backup calculation.

[75]    See backup calculation. Because covered entities can contract with multiple pharmacies and pharmacies can contract with multiple covered entities, I report the number of contract pharmacy-covered entity relationships.

[76]    See backup calculation.

[77]    Fein, Adam J., "EXCLUSIVE: For 2023, Five For-Profit Retailers and PBMs Dominate an Evolving 340B Contract Pharmacy Market," *Drug Channel*, July 11, 2023, available at https://www.drugchannels.net/2023/07/exclusive-for-2023-five-for-profit.html.

[78]    McGlave, Claire, et al., "340B Contract Pharmacy Growth by Pharmacy Ownership: 2009-2022," *Health Affairs Scholar*, Vol. 2, No. 1, 2024, pp. 1-4 ("McGlave et al. (2024)"), p. 3. Calculated based on Table 1.

[79]    The 340B fees charged by major retail pharmacies, including CVS Health and Walgreens, "vary by payment source (i.e., third-party insurer or self-pay), pharmacy category (i.e., retail, specialty, mail-order), type and amount of drug (i.e., brand, generic, or specialty, number of days), and method of fee calculation (i.e., set amount, percentage of drug reimbursement, or a combination)." See Senate Committee on Health Education Labor and Pensions, "Congress Must Act to Bring Needed Reforms to the 340B Pricing Program | Majority Staff Report," April 2025, available at https://www.help.senate.gov/imo/media/doc/final_340b_majority_staff_reportpdf1.pdf, p. 18; Senate Committee on Health Education Labor and Pensions, "Congress Must Act to Bring Needed Reforms to the 340B Pricing Program | Majority Staff Report," April 2025, available at

---

dispensing fees can vary from a flat dollar amount per prescription (e.g., $35 for a 1 to 30 day supply of a brand drug dispensed through a retail pharmacy) to a percentage fee per prescription (e.g., 13 percent of the negotiated reimbursement rate for a branded drug dispensed through a specialty pharmacy).[80] The TPA fees can be required by the pharmacy as part of the contract pharmacy relationship for services such as inventory management, eligibility determination, drug replenishment for eligible prescriptions, and assistance with HRSA audit preparation, among others.[81] Similar to the dispensing fees, these TPA fees can vary from flat dollar amounts to percentage amounts.[82] These fees can also increase over time, as specified by the contract.[83]

39.    In total, these fees generate hundreds of millions of dollars for contract pharmacies annually. For example, one industry analyst estimated that contract pharmacies can earn 25 percent to 35 percent of total 340B discounts, with the five largest contract pharmacy operators earning $3.2 billion in gross profits through the 340B Program in 2021.[84] As another example, CVS reportedly earned $1.6 billion in revenues through its 340B-related TPA fees between 2019 and 2023.[85] Rising contract pharmacy fees can create increasing financial pressure on covered

---

https://www.help.senate.gov/imo/media/doc/final_340b_majority_staff_reportpdf1.pdf, pp. 25-26.

[80]    Senate Committee on Health Education Labor and Pensions, "Congress Must Act to Bring Needed Reforms to the 340B Pricing Program | Majority Staff Report," April 2025, available at https://www.help.senate.gov/imo/media/doc/final_340b_majority_staff_reportpdf1.pdf, p. 24.

[81]    Senate Committee on Health Education Labor and Pensions, "Congress Must Act to Bring Needed Reforms to the 340B Pricing Program | Majority Staff Report," April 2025, available at https://www.help.senate.gov/imo/media/doc/final_340b_majority_staff_reportpdf1.pdf, p. 25.

[82]    Senate Committee on Health Education Labor and Pensions, "Congress Must Act to Bring Needed Reforms to the 340B Pricing Program | Majority Staff Report," April 2025, available at https://www.help.senate.gov/imo/media/doc/final_340b_majority_staff_reportpdf1.pdf, pp. 25-26.

[83]    Senate Committee on Health Education Labor and Pensions, "Congress Must Act to Bring Needed Reforms to the 340B Pricing Program | Majority Staff Report," April 2025, available at https://www.help.senate.gov/imo/media/doc/final_340b_majority_staff_reportpdf1.pdf, p. 25.

[84]    Fein, Adam J., "EXCLUSIVE: For 2023, Five For-Profit Retailers and PBMs Dominate an Evolving 340B Contract Pharmacy Market," *Drug Channel*, July 11, 2023, available at https://www.drugchannels.net/2023/07/exclusive-for-2023-five-for-profit.html.

[85]    These fees were earned by CVS's TPA, Wellpartner. Senate Committee on Health Education Labor and Pensions, "Congress Must Act to Bring Needed Reforms to the 340B Pricing Program | Majority Staff Report," April 2025, available at https://www.help.senate.gov/imo/media/doc/final_340b_majority_staff_reportpdf1.pdf, p. 27.

entities, making it more challenging for those entities to provide services and care for patients.[86]

### 3. Drug Purchases

40. The amount of spending on drugs purchased through the 340B Program has also increased substantially over time. From 2010 to 2024, spending by covered entities on 340B discounted drugs increased more than fifteenfold—from $5.3 billion to $81.4 billion.[87] Notably, from 2023 to 2024 alone, there was a 22.8 percent increase in covered entity spending on 340B discounted drugs.[88] The $81.4 billion spent on 340B drugs in 2024 accounted for more than 10 percent of the $805.9 billion in national prescription drug purchases that year.[89]

41. Hospitals and their affiliated child sites have contributed substantially to 340B spending growth, increasing their 340B purchases from $4.2 billion in 2010 to $70.7 billion in 2024 and increasing their share of total 340B purchases from 80 percent to 87 percent over the same period.[90] While these figures represent covered entities' after-discount spending on 340B drugs,

---

[86] Senate Committee on Health Education Labor and Pensions, "Congress Must Act to Bring Needed Reforms to the 340B Pricing Program | Majority Staff Report," April 2025, available at https://www.help.senate.gov/imo/media/doc/final_340b_majority_staff_reportpdf1.pdf, pp. 27-28.

[87] Medicare Payment Advisory Commission, "Overview of the 340B Drug Pricing Program," May 2015, available at https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/may-2015-report-to-the-congress-overview-of-the-340b-drug-pricing-program.pdf, p. 11; Health Resources and Services Administration, "2024 340B Covered Entity Purchases," December 2025, available at https://www.hrsa.gov/opa/updates/2024-340b-covered-entity-purchases. One industry analyst estimated the value of these purchases at list prices at $15 billion in 2010 and $148 billion in 2024. Fein, Adam J., "340B Hit $81 Billion in 2024 (+23%): Why CMS and the IRA Are Poised to Cool the Program's Runaway Growth," *Drug Channels*, December 15, 2025, available at https://www.drugchannels.net/2025/12/340b-hit-81-billion-in-2024-23-why-cms.html.

[88] Health Resources and Services Administration, "2024 340B Covered Entity Purchases," December 2025, available at https://www.hrsa.gov/opa/updates/2024-340b-covered-entity-purchases; Health Resources and Services Administration, "2023 340B Covered Entity Purchases," October 2024, available at https://www.hrsa.gov/opa/updates/2023-340b-covered-entity-purchases.

[89] ASHP News Center, "U.S. Drug Spending Up 10.2% in 2024, with Weight Loss Drugs Remaining Top Driver," April 24, 2025, available at https://news.ashp.org/news/ashp-news/2025/04/24/us-drug-spending-up-10-in-2024-with-weight-loss-drugs-remaining-top-driver.

[90] Sachs, Rebecca and Joshua Varcie, "Spending in the 340B Drug Pricing Program, 2010 to 2021," *Congressional Budget Office*, June 17, 2024, available at https://www.cbo.gov/system/files/2024-06/60339-340B-Drug-Pricing-Program.pdf, p. 10, indicating hospitals were associated with $5.3 billion out of $6.6 billion in total 340B purchases in 2010 in inflation-adjusted 2021 dollars (approximately 80 percent); Medicare Payment Advisory Commission, "Overview of the 340B Drug Pricing Program," May 2015, available at https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/may-2015-report-to-the-congress-overview-of-the-340b-drug-pricing-program.pdf, p. 11, indicating total 340B purchases

23

estimates from IQVIA based on wholesale acquisition costs suggest the pre-discount value of 340B drug sales amounted to $147.8 billion in 2024, with 340B sales increasing at more than three times the rate of non-340B sales between 2018 and 2024.[91]

### 4. Insurance Premiums and Costs

42. Finally, as the 340B Program has grown over time, it has displaced manufacturer rebates on the drugs being purchased and dispensed to patients who have employer-sponsored health insurance.[92] Typically, commercial rebates—paid by manufacturers to commercial insurers— serve to lower insurance costs and premiums to employers providing health plans to their workers. However, commercial rebates are generally not paid on 340B-discounted claims.[93] As a result, the loss of manufacturer rebates can raise costs for employers and workers that pay for insurance.[94] IQVIA has estimated that the 340B Program cost U.S. insurers, employers, and insured beneficiaries over $6.6 billion in 2023, as drug claims that would typically be subject to commercial rebates were displaced by 340B discounts. The portion of this cost borne in Washington was estimated to be $218 million.[95] IQVIA has also estimated that state laws allowing more contract pharmacies per covered entity will impose an additional cost of $1.8

---

in 2010 in nominal terms amounted to $5.3 billion ($4.2 billion = (80 percent) x ($5.3 billion)); Health Resources and Services Administration, "2024 340B Covered Entity Purchases," December 2025, available at https://www.hrsa.gov/opa/updates/2024-340b-covered-entity-purchases, indicating hospitals—including DSH hospitals, children's hospitals, rural referral centers, critical access hospitals, sole community hospitals, and free-standing cancer centers—were associated with $70.7 billion out of $81.4 billion in total 340B purchases in 2024 (approximately 87 percent).

[91] Martin, Rory and Harish Karne, "The Size and Growth of the 340B Program in 2024," *IQVIA*, 2025, available at https://www.iqvia.com/-/media/iqvia/pdfs/us/white-paper/2025/iqvia-update-on-340b-growth-in-2024-white-paper-2025.pdf, p. 2.

[92] Sun, Chuan, et al., "The Cost of the 340B Program to States," *IQVIA*, 2025, available at https://www.iqvia.com/-/media/iqvia/pdfs/us/white-paper/2025/iqvia-cost-of-340b-to-states-whitepaper-2025.pdf, p. 1.

[93] Sun, Chuan, et al., "The Cost of the 340B Program Part 1: Self-Insured Employers," *IQVIA*, 2024, available at https://www.iqvia.com/-/media/iqvia/pdfs/us/white-paper/iqvia-cost-of-340b-part-1-white-paper-2024.pdf, p. 4.

[94] See, for example, Teachout, Sara and Tom Weigel, "Blue Cross VT 340B Testimony," *Blue Cross Blue Shield of Vermont*, available at https://legislature.vermont.gov/Documents/2026/Workgroups/House%20Health%20Care/Bills/H.266/Witness%20Documents/H.266~Sara%20Teachout~BCBS%20Testimony~2-26-2025.pdf, pp. 3, 9 ("Rebates are not available for 340B drugs[.]"); ("[Blue Cross Blue Shield Vermont] members pay more (full price) for 340B drugs[.] Higher drug costs result in higher insurance premiums.").

[95] Sun, Chuan, et al., "The Cost of the 340B Program to States," *IQVIA*, 2025, available at https://www.iqvia.com/-/media/iqvia/pdfs/us/white-paper/2025/iqvia-cost-of-340b-to-states-whitepaper-2025.pdf, p. 15.

billion for all employer-sponsored plans nationally, including $44 million for Washington plans.[96]

### D.    Potential Areas of Abuse

43.    Although the 340B Program has grown substantially in recent years, the structure of the Program does not imply a corresponding increase in safety net engagement. HRSA does not impose any requirements for how covered entities use 340B revenues, nor does HRSA track how 340B revenues are spent.[97] As such, covered entities may generally "use revenue generated through the program without restriction."[98] Most studies, which I discuss further in **Section V**, have found no clear link between 340B participation and hospitals' spending on uncompensated care and other measures of charity care.

44.    While HRSA does not impose specific requirements for how covered entities use 340B revenues, it does acknowledge that the 340B statute contains certain prohibitions. Covered entities are required to prevent 340B drugs from being given to anyone other than their own patients—a practice known as "diversion" of 340B-purchased drugs.[99]

45.    Diversion has been observed at hospitals that offer both inpatient and outpatient services, as 340B discounts apply solely for outpatient drugs.[100] Additionally, 340B hospitals with off-

---

[96]    Sun, Chuan, et al., "The Cost of the 340B Program to States," *IQVIA*, 2025, available at https://www.iqvia.com/-/media/iqvia/pdfs/us/white-paper/2025/iqvia-cost-of-340b-to-states-whitepaper-2025.pdf, p. 15.

[97]    Medicare Payment Advisory Commission, "Overview of the 340B Drug Pricing Program," May 2015, available at https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/may-2015-report-to-the-congress-overview-of-the-340b-drug-pricing-program.pdf, p. 8.

[98]    Medicare Payment Advisory Commission, "Overview of the 340B Drug Pricing Program," May 2015, available at https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/may-2015-report-to-the-congress-overview-of-the-340b-drug-pricing-program.pdf, pp. 8, 18 ("Although there are no requirements under the 340B statute for how 340B revenue can be used, covered entities that are federal grantees (such as federally qualified health centers) may be required to use 340B revenue in ways that are consistent with their grant requirements."). See also "Definitions," *Code of Federal Regulations,* Title 45, Part 75.2 (2014), available at https://www.ecfr.gov/current/title-45/subtitle-A/subchapter-A/part-75/subpart-A/section-75.2, definition of "program income" and "Program Income," *Code of Federal Regulations,* Title 45, Part 75.307 (2014), available at https://www.ecfr.gov/current/title-45/subtitle-A/subchapter-A/part-75/subpart-D/subject-group-ECFR911e5e1a30bfbcb/section-75.307, "use of program income."

[99]    Health Resources and Services Administration, "Program Requirements," June 2024, available at https://www.hrsa.gov/opa/program-requirements.

[100]    Health Resources and Services Administration, "Program Integrity: FY24 Audit Results," available at https://www.hrsa.gov/opa/program-integrity/fy-24-audit-results.

campus locations risk diversion if they dispense 340B drugs at clinics that are not officially registered as child sites. Even if the hospital is 340B-eligible, patients seen at unregistered clinics are ineligible to receive 340B drugs.[101]

46.    In addition to unregistered child sites, the proliferation of contract pharmacies raises the potential for program violations because under the replenishment inventory model, prescriptions are identified as 340B-eligible prescriptions only *after* they have already been dispensed. A report by the Office of Inspector General found that covered entities employed varying methods to identify 340B-eligible prescriptions, resulting in differing determinations of eligibility for similar types of prescriptions.[102] This inconsistency could lead to the inappropriate replenishment with 340B drugs for prescriptions that may not qualify under the Program's guidelines.

47.    Contract pharmacies also increase the potential for "duplicate discounts," which are prohibited by the 340B Program.[103] "Duplicate discounts" can occur if a 340B prescription is used to receive a manufacturer rebate to the state under the Medicaid Drug Rebate Program.[104] Additionally, manufacturers' contracts with pharmacy benefit managers ("PBMs"), who negotiate rebates on behalf of commercial payers, may also prohibit receiving rebates and 340B discounts on the same pharmacy claim.[105]

---

[101]    Mulligan, Karen, "The 340B Drug Pricing Program: Background, Ongoing Challenges, and Recent Developments," *Leonard D. Schaeffer Center for Health Policy and Economics*, October 2021, available at https://schaeffer.usc.edu/wp-content/uploads/2024/10/USC_Schaeffer_340BDrugPricingProgram_WhitePaper.pdf, pp. 2-3.

[102]    Wright, Stuart, "Memorandum Report: Contract Pharmacy Arrangements in the 340B Program, OEI-05-13-00431," *Department of Health and Human Services, Office of Inspector General*, February 4, 2014, available at https://www.govinfo.gov/content/pkg/GOVPUB-HE-PURL-gpo67419/pdf/GOVPUB-HE-PURL-gpo67419.pdf, pp. 1-2.

[103]    "Section 340B: Public Health Service Act," *Code of Federal Regulations,* Title 42 (2025), available at https://www.hrsa.gov/sites/default/files/hrsa/rural-health/phs-act-section-340b.pdf, p. 3. See also Health Resources and Services Administration, "Program Integrity," February 2026, available at https://www.hrsa.gov/opa/program-integrity.

[104]    Health Resources and Services Administration, "Duplicate Discount Prohibition," July 2020, available at https://www.hrsa.gov/opa/program-requirements/medicaid-exclusion.

[105]    Litow, Micah, "More Than a Feeling: Five Key Challenges When Walking Away From Commercial/340B Duplicate Payments," *Drug Channels*, September 29, 2023, available at https://www.drugchannels.net/2023/09/more-than-feeling-five-key-challenges.html.

48.   The lack of prescription-level reporting (i.e., information on individual prescriptions) on 340B discounts makes identifying potential abuse difficult. HRSA conducts audits of covered entities to prevent potential abuse, where auditors review covered entities' relevant policies, internal controls, and 340B drug transaction records.[106,107] As applicable, audits also assess compliance of covered entities' child sites and contract pharmacies. However, the overall audit rate is low, as seen in **Figure 3**. Starting in 2015, HRSA began conducting approximately 200 audits per year of parent entities and their child sites.[108] From 2020 to 2024, this amounted to audits of less than one percent of the total number of 340B parent entities each year.[109]

---

[106]   Health Resources and Services Administration, "Program Integrity," February 2026, available at https://www.hrsa.gov/opa/program-integrity.

[107]   Audits aim to validate compliance with eligibility requirements and rules prohibiting duplicate discounts, as well as ensure compliance with the 340B Program requirement that hospitals do not acquire "covered outpatient drugs through a group purchasing organization or other group purchasing arrangement." See "Section 340B: Public Health Service Act," *Code of Federal Regulations,* Title 42 (2025), available at https://www.hrsa.gov/sites/default/files/hrsa/rural-health/phs-act-section-340b.pdf, p. 2. See also Health Resources and Services Administration, "Program Integrity," February 2026, available at https://www.hrsa.gov/opa/program-integrity.

[108]   United States Government Accountability Office, "Drug Pricing Program | HHS Uses Multiple Mechanisms to Help Ensure Compliance with 340B Requirements," December 2020, available at https://www.gao.gov/assets/720/711409.pdf, p. 12. See also United States Government Accountability Office, "Drug Discount Program | Federal Oversight of Compliance at 340B Contract Pharmacies Needs Improvement, Accessible Version," June 2018, available at https://www.gao.gov/assets/gao-18-480.pdf, p. 15; Health Resources and Services Administration, "Program Integrity," February 2026, available at https://www.hrsa.gov/opa/program-integrity. A single audit may involve the review of multiple covered entities if a hospital covered entity has registered outpatient clinic child sites for the 340B Program, if a provider has registered for the 340B Program under multiple covered entity type designations, or if a provider registers one or more non-hospital sites (e.g., multiple community health centers). See, for example, Health Resources and Services Administration, "Program Integrity: FY15 Audit Results," Updated February 25, 2020, available at https://www.hrsa.gov/opa/program-integrity/fy-15-audit-results.

[109]   See backup to **Figure 3**.

27

**Figure 3**
**Share of Parent Entities Audited Annually, 2020-2024[110]**



■ Audited Annually    ■ Not Audited Annually

0.8%

99.2%

**Note:** Parent entities are counted at the annual level as the number of unique values in the "CE ID" field of the OPAIS Covered Entity Data that meet either of the following criteria: (1) the entity is the parent of another entity (i.e., the value in the "CE ID" field appears as a value in the "Parent CE ID" field corresponding to a different value in the "CE ID" field), or (2) the entity is neither the parent of another entity as described in (1) nor the child of another entity (i.e., the "CE ID" never has a corresponding "Parent CE ID").

49.     From these audits, HRSA has identified high rates of noncompliance. As shown in **Figure 4**, between fiscal years 2012 and 2019, the percentage of audits resulting in noncompliance (i.e., at least one violation) ranged from 50 percent to 79 percent. HRSA lowered its audit standards in fall 2019, reporting that the Agency would "require covered entities to take corrective action only when audit information presents a clear and direct violation of the requirements outlined in the 340B Program statute" and "would no longer issue findings based solely on

---

[110]    Sources: Office of Pharmacy Affairs 340B OPAIS, Public Covered Entity Daily Report (340B_CoveredEntity_Daily_20260220_094346.xlsx), available at https://340bopais.hrsa.gov/Reports; Health Resources and Services Administration, "Program Integrity," February 2026, available at https://www.hrsa.gov/opa/program-integrity.

noncompliance with [Program] guidance."[111] Following this policy change, findings of noncompliance decreased, but the percentage of audits resulting in findings of noncompliance remained relatively high, ranging from 39 percent to 65 percent between fiscal years 2020 and 2024.

**Figure 4**
**HRSA Audit Noncompliance Rates, 2012-2024[112]**



**Note:** The noncompliance rate is defined as the share of audits resulting in at least one diversion, duplicate discount, or incorrect 340B record violation recorded in the "OPA Findings" field.

50.     Evaluating the types of violations found by HRSA, over the 2012 to 2019 fiscal year period 15.0 percent of audits identified diversion violations alone, 6.0 percent of audits identified duplicate discount violations alone,[113] 14.5 percent of audits identified incorrect 340B record

---

[111]   United States Government Accountability Office, "Drug Pricing Program | HHS Uses Multiple Mechanisms to Help Ensure Compliance with 340B Requirements," December 2020, available at https://www.gao.gov/assets/720/711409.pdf, p. 16.

[112]   Source: Health Resources and Services Administration, "Program Integrity," February 2026, available at https://www.hrsa.gov/opa/program-integrity.

[113]   These figures are based on HRSA's audit results for covered entities. See Health Resources and Services Administration, "Program Integrity," February 2026, available at https://www.hrsa.gov/opa/program-integrity.

violations alone (which include noncompliance issues such as failing to register outpatient sites, submitting incorrect registration information, dispensing 340B drugs through contract pharmacies without a written agreement, and failing to maintain auditable medical records) and 29.9 percent of the audits identified two or more of these different violation types occurring. **Figure 5** illustrates these high rates of noncompliance.

**Figure 5**
**HRSA Audit Results, 2012-2019 and 2020-2024[114]**



**Note:** Diversion, duplicate discount, and incorrect 340B record violations reported in the "OPA Findings" field indicate audit noncompliance. An audit resulting in "2+ violations" is an audit resulting in at least two of these three different types of violations.

51.    Between fiscal years 2020 and 2024, 55.0 percent of audits identified noncompliance, with 2.5 percent of audits identifying diversion violations alone, 6.0 percent of audits identifying duplicate discount violations alone, 33.1 percent of audits identifying incorrect 340B record

---

[114]    Source: Health Resources and Services Administration, "Program Integrity," February 2026, available at https://www.hrsa.gov/opa/program-integrity.

violations alone, and 13.4 percent of audits identifying two or more of these different violation types occurring.[115]

52.    Following an audit, covered entities may be required to make repayments to manufacturers if auditors identified violations.[116] HRSA may also request a corrective action plan ("CAP") from a covered entity based on the audit results.[117] HRSA approves all CAPs and may require documentation of implementation. However, a review by the Government Accountability Office ("GAO") found that 12 of 19 covered entities that were re-audited after initial findings of noncompliance "had similar findings of noncompliance in their second audits."[118]

## IV.    CHARACTERISTICS OF THE 340B PROGRAM IN WASHINGTON

53.    Consistent with the growth of the 340B Program nationally, the number of covered entity child sites and contract pharmacies in Washington has increased substantially since 2010. The increase in child sites has been driven by DSH hospitals. Similarly, the number of contract pharmacies in Washington has increased substantially since 2010, with children's hospitals and DSH hospitals experiencing the largest increase in the average number of contract pharmacies per parent entity during that time period.[119] As discussed below, the hospital-affiliated child sites participating in the Program have less frequently been located in socioeconomically disadvantaged areas within the state relative to hospitals and federal grantees, as measured by both the poverty rate and median income. Further, pharmacies that began contracting with covered entities in 2010 or later were also located in less

---

[115]    In Washington, HRSA has identified numerous instances of noncompliance involving both duplicate discounts and diversion. For example, in 2022, HRSA found a diversion violation at Kittitas County Public Hospital District #1 and, in 2021, HRSA found a duplicate discount violation at Jefferson Healthcare Medical Center. See backup files.

[116]    Health Resources and Services Administration, "Program Integrity," February 2026, available at https://www.hrsa.gov/opa/program-integrity.

[117]    Health Resources and Services Administration, "Program Integrity," February 2026, available at https://www.hrsa.gov/opa/program-integrity.

[118]    United States Government Accountability Office, "Drug Discount Program | Federal Oversight of Compliance at 340B Contract Pharmacies Needs Improvement, Accessible Version," June 2018, available at https://www.gao.gov/assets/gao-18-480.pdf, p. 42.

[119]    See backup calculation.

socioeconomically vulnerable areas of Washington than those that began contracting before 2010.

### A.   Covered Entities in Washington

#### 1.   Characteristics of Covered Entities in Washington

54.   In 2025, there were 1,384 340B covered entities in Washington. As shown in **Figure 6**, 74 of these covered entities were five different types of parent hospitals—DSH hospitals (29), critical access hospitals (36), children's hospitals (two), rural referral centers (five), and sole community hospitals (two). The hospitals participating in the Program represent approximately two thirds of all hospitals that treat Medicare patients in the state.[120]

55.   In 2025, there were 756 child sites affiliated with the 74 340B hospitals in Washington, for an average of 10.2 child sites per hospital.[121] However, the number of child sites was not evenly distributed across these hospitals. In 2025, Washington children's hospitals had an average of 19.5 child sites per hospital, DSH hospitals had an average of 19, sole community hospitals had an average of 12, rural referral centers had an average of 6.2, and critical access hospitals had an average of 3.1.[122] The Washington hospital with the largest number of child sites was the University of Washington Medical Center, with 111 child sites, while there were 10 hospitals without any child sites.[123]

---

[120]   This proportion is estimated using CMS Hospital Provider Cost Report data, as described in **Section III.C.1**. As of 2023, there were 72 hospitals participating in the 340B Program in Washington, all of which are Medicare-certified hospitals represented in the CMS Hospital Provider Cost Report data. These 72 hospitals represented 69 percent of the 104 total Medicare-certified hospitals in the state that year. See backup calculation.

[121]   See backup calculation.

[122]   See backup calculation.

[123]   See backup calculation.

**Figure 6**
**Number of 340B Hospital Covered Entities in Washington, 2025[124]**



**Notes:**

[1] Covered entities are limited to Washington using the "Street State" field.

[2] Parent entities are counted as the number of unique values in the "CE ID" field that meet either of the following criteria: (1) the entity is the parent of another entity (i.e., the value in the "CE ID" field appears as a value in the "Parent CE ID" field corresponding to a different value in the "CE ID" field), or (2) the entity is neither the parent of another entity as described in (1) nor the child of another entity (i.e., the "CE ID" never has a corresponding "Parent CE ID").

[3] Child sites are counted for each parent as the number of unique values in the "CE ID" field associated with each value in the "Parent CE ID" field, and then summed across parents.

56.   As shown in **Figure 7**, the remaining 554 of the 1,384 340B covered entities in Washington in 2025 were other types of clinics—FQHCs (417), STD clinics (91), and other specialty clinics (46), of which 36 were tuberculosis clinics, five were clinics specializing in the treatment of HIV/AIDS, three were family planning clinics, and two were hemophilia clinics.

---

[124]   Sources: Office of Pharmacy Affairs 340B OPAIS, Public Covered Entity Daily Report (340B_CoveredEntity_Daily_20260220_094346.xlsx), available at https://340bopais.hrsa.gov/Reports; Office of Pharmacy Affairs 340B OPAIS, "340B OPAIS User Guide for Public Users," 2025, available at https://340bopais.hrsa.gov/help/Resources/PDFUserGuides/340BPublicUserGuide.pdf.

**Figure 7**
**Number of 340B Non-Hospital Covered Entities in Washington, 2025[125]**



Covered Entities

**Notes**:

[1]  Covered entities are limited to Washington using the "Street State" field and counted according to the number of unique values of the "CE ID" field.

[2]  Covered entity types are identified using the "Entity Type" field. The "Federally Qualified Health Center" category includes covered entities classified as "Federally Qualified Health Center," "Consolidated Health Center Program," "Native Hawaiian Health Center," "Urban Indian Health Center," or "Tribal Contract/Compact with Indian Health Service," as applicable. The "Ryan White HIV/AIDS Program Grantee" category includes covered entities with type descriptions containing "Ryan White."

## 2.  Growth of Covered Entities in Washington

57.  Similar to the national trends,[126] the number of 340B covered entities in Washington has increased over time, with notable growth since 2010. The total number of covered entities in Washington increased from 15 in 1992 to 306 in 2010 and 1,384 in 2025.[127] The number of hospital-affiliated child sites has grown significantly faster than the number of hospitals

---

[125]  Sources: Office of Pharmacy Affairs 340B OPAIS, Public Covered Entity Daily Report (340B_CoveredEntity_Daily_20260220_094346.xlsx), available at https://340bopais.hrsa.gov/Reports; Office of Pharmacy Affairs 340B OPAIS, "340B OPAIS User Guide for Public Users," 2025, available at https://340bopais.hrsa.gov/help/Resources/PDFUserGuides/340BPublicUserGuide.pdf.

[126]  See **Section III.C**.

[127]  See backup to **Figures 8** and **10**.

participating in the 340B Program. **Figure 8** shows the growth in the number of 340B hospitals from 1992 (the first year with a 340B hospital in Washington) to 2025. The solid lines show the number of parent entities, whereas the dotted lines show the number of parent entities and child sites combined (i.e., the total number of covered entities). Among DSH hospitals, the number of child sites (the difference between the blue solid line and the blue dotted line) increased from zero in 1992 (the first year with a DSH hospital in Washington) to one in 2004 (the first year in which a Washington DSH hospital had an affiliated child site), and then to 552 in 2025.[128]

---

[128]   See backup to **Figure 8.**

35

**Figure 8**
**Number of 340B Hospitals in Washington, 1992-2025[129]**



**Notes:**

[1] Covered entities are limited to hospitals in Washington using the "Entity Type" and "Street State" fields.

[2] Shown in the solid lines, parent entities are counted at the annual level as the number of unique values in the "CE ID" field that meet either of the following criteria: (1) the entity is the parent of another entity (i.e., the value in the "CE ID" field appears as a value in the "Parent CE ID" field corresponding to a different value in the "CE ID" field), or (2) the entity is neither the parent of another entity as described in (1) nor the child of another entity (i.e., the "CE ID" never has a corresponding "Parent CE ID").

[3] Shown in the dotted lines, total entities include child sites, which are counted for each parent as the number of unique values in the "CE ID" field associated with each value in the "Parent CE ID" field, and then summed across parents at the annual level.

58.    As shown in **Figure 8**, from 1992 to 2025, the number of 340B hospitals in Washington increased gradually, while the child sites affiliated with those hospitals increased rapidly. Therefore, the increase in the number of child sites was primarily due to an increase in the average number of child sites per hospital. As shown in **Figure 9**, the average number of child sites per 340B hospital increased from zero in 1992 to more than 10 in 2025.

---

[129]    Sources: Office of Pharmacy Affairs 340B OPAIS, Public Covered Entity Daily Report (340B_CoveredEntity_Daily_20260220_094346.xlsx), available at https://340bopais.hrsa.gov/Reports; Office of Pharmacy Affairs 340B OPAIS, "340B OPAIS User Guide for Public Users," 2025, available at https://340bopais.hrsa.gov/help/Resources/PDFUserGuides/340BPublicUserGuide.pdf.

**Figure 9**
**Average Number of Child Sites per 340B Hospital in Washington, 1992-2025[130]**



**Notes**:

[1] Covered entities are limited to hospitals in Washington using the "Entity Type" and "Street State" fields.

[2] Parent entities are counted at the annual level as the number of unique values in the "CE ID" field that meet either of the following criteria: (1) the entity is the parent of another entity (i.e., the value in the "CE ID" field appears as a value in the "Parent CE ID" field corresponding to a different value in the "CE ID" field), or (2) the entity is neither the parent of another entity as described in (1) nor the child of another entity (i.e., the "CE ID" never has a corresponding "Parent CE ID").

[3] Child sites are counted for each parent as the number of unique values in the "CE ID" field associated with each value in the "Parent CE ID" field, and then summed across parents at the annual level.

[4] Child sites per parent are calculated at the annual level as the total number of child sites divided by the total number of parent entities.

59.    The number of 340B covered entities that were FQHCs also increased from 125 in 2010 to 417 in 2025. This growth is illustrated in **Figure 10**, and it stands in contrast to more stable and sometimes declining trends in the number of other non-hospital types of covered entities.

---

[130]    Source: Office of Pharmacy Affairs 340B OPAIS, Public Covered Entity Daily Report (340B_CoveredEntity_Daily_20260220_094346.xlsx), available at https://340bopais.hrsa.gov/Reports.

**Figure 10**
**Number of 340B Non-Hospital Covered Entities in Washington, 1992-2025[131]**



**Notes**:

[1]  Covered entities are limited to Washington using the "Street State" field and counted according to the number of unique values of the "CE ID" field.

[2]  Covered entity types are identified using the "Entity Type" field. The "Federally Qualified Health Center" category includes covered entities classified as "Federally Qualified Health Center," "Consolidated Health Center Program," "Native Hawaiian Health Center," "Urban Indian Health Center," or "Tribal Contract/Compact with Indian Health Service," as applicable. The "Ryan White HIV/AIDS Program Grantee" category includes covered entities with type descriptions containing "Ryan White."

### 3.  Locations of Covered Entities in Washington

60.  As the 340B Program in Washington has grown over time, the geographical distribution of covered entities within the state has shifted. This shift has been driven largely by the rapid increase in the number of child sites entering the Program, particularly in recent years. Among the 1,003 child sites that joined the Program as of 2024, 991 (98.8 percent) joined in 2010 or later—after the ACA expanded eligibility for covered entities and HRSA permitted covered

---

131    Sources: Office of Pharmacy Affairs 340B OPAIS, Public Covered Entity Daily Report (340B_CoveredEntity_Daily_20260220_094346.xlsx), available at https://340bopais.hrsa.gov/Reports; Office of Pharmacy Affairs 340B OPAIS, "340B OPAIS User Guide for Public Users," 2025, available at https://340bopais.hrsa.gov/help/Resources/PDFUserGuides/340BPublicUserGuide.pdf.

entities to contract with an unlimited number of pharmacies.[132] **Figure 11** indicates that 39 percent of child sites have been located in counties with poverty rates above the state average as of the year of entry into the Program. In contrast, the corresponding share among the 806 hospitals and federal grantees that joined between 1992 and 2024 is 48 percent. Similarly, when measured by median income, child sites are less likely than hospitals and federal grantees to be located in socioeconomically disadvantaged counties (48 percent compared to 56 percent).[133]

**Figure 11**
**Share of Covered Entities in Washington Located in Counties**
**with High Poverty Rates and Low Median Income[134]**



**Notes**:
[1] Covered entities are classified according to the poverty rate or median income of the county in which they are located. County characteristics are as of the year of entry into the 340B Program in Washington.
[2] Counties with high poverty rates are defined as counties with poverty rates above the Washington state-wide poverty rate in the relevant year. Counties with low median income are defined as counties with median income below the Washington state-wide median income in the relevant year.

---

[132]   See backup calculation.

[133]   I note that the reported differences between hospitals and federal grantees and child sites are statistically significant ($p < 0.05$). See backup calculation.

[134]   Sources: Office of Pharmacy Affairs 340B OPAIS, Public Covered Entity Daily Report

B.    **Contract Pharmacies in Washington**

1.    **Characteristics of Contract Pharmacies in Washington**

61.    Covered entities in Washington contracted with 753 contract pharmacies in 2025, including 565 contract pharmacies in Washington and 188 out-of-state contract pharmacies.[135] Because contract pharmacies often contract with more than one covered entity, these 753 contract pharmacies were part of over 3,000 contracts with covered entities in Washington.[136] In 2025, the average contract pharmacy in Washington contracted with approximately 2.7 covered entities in Washington.[137]

62.    The average number of contract pharmacies per parent entity varies by covered entity type. In 2025, children's hospitals and DSH hospitals contracted with more pharmacies than other types of covered entities, with an average of 43 and 42 contract pharmacies per children's hospital and DSH hospital, respectively.[138] Family planning clinics did not contract with any pharmacies that year.[139]

63.    Covered entities in Washington also contracted with pharmacies in other states. In 2025, 188 pharmacies outside Washington had contracts with covered entities in Washington.[140] While 27 percent of these out-of-state contract pharmacies were in neighboring states, the remaining 73 percent of pharmacies were not, with 22 pharmacies in California, 17 in Florida, 12 in Arizona, and 87 in 27 other states.[141] Like in-state contract pharmacies, out-of-state contract pharmacies may dispense 340B drugs on behalf of a covered entity.

---

(340B_CoveredEntity_Daily_20260220_094346.xlsx), available at https://340bopais.hrsa.gov/Reports; United States Census Bureau, "SAIPE State and County Estimates: 1995, 1997-2024," available at https://www.census.gov/programs-surveys/saipe/data/datasets.html; Office of Policy Development and Research, "HUD USPS ZIP Code Crosswalk Files," available at https://www.huduser.gov/apps/public/uspscrosswalk/home.

[135]    See backup calculation.

[136]    See backup to **Figure 12**.

[137]    See backup calculation.

[138]    See **Figure 13**.

[139]    See **Figure 13**.

[140]    See backup calculation.

[141]    There is slight variation in the extent to which different types of covered entities contract with out-of-state pharmacies. For example, in 2025, 100 percent of the five comprehensive hemophilia treatment center contract

64. Similar to the national level, the pharmacy contracts among covered entities in Washington are heavily concentrated among the nation's largest pharmacy chains. For example, in 2025, the parent entity with the most pharmacy contracts, Sea Mar Community Health Centers, had more pharmacy contracts than any other parent entity in Washington: of their 312 pharmacy contracts, 294 (94 percent) were with the 15 largest U.S. pharmacy chains, such as CVS, Walgreens, and Walmart.[142]

### 2. Growth of Contract Pharmacies in Washington

65. Similar to the growth in child sites in Washington over time, the number of contract pharmacies and their contracts with covered entities located in Washington have also increased over time. As shown in **Figure 12**, the total number of contract pharmacies in Washington increased from two to 28 between 2002 (the first year with a contract pharmacy in Washington) and 2010, and reached 753 by 2025.[143] Between 2002 and 2025, the number of pharmacy contracts increased at a faster rate than the number of contract pharmacies. There was a notable increase in the

---

pharmacies were out-of-state pharmacies; 73 percent of the 85 children's hospital contract pharmacies were out-of-state pharmacies; 73 percent of the 77 rural referral center contract pharmacies were out-of-state pharmacies; 69 percent of the 36 sole community hospital contract pharmacies were out-of-state pharmacies; 64 percent of the 56 Ryan White HIV/AIDS program grantee contract pharmacies were out-of-state pharmacies; 57 percent of the 227 critical access hospital contract pharmacies were out-of-state pharmacies; 52 percent of the 1,177 DSH hospital contract pharmacies were out-of-state pharmacies; 45 percent of the 74 STD clinic contract pharmacies were out-of-state pharmacies; 40 percent of the 1,274 FQHC contract pharmacies were out-of-state pharmacies; and none the five tuberculosis clinic contract pharmacies were out-of-state pharmacies. See backup calculation.

[142] See backup files. See also Fein, Adam J., "The Top 15 U.S. Pharmacies of 2024: Market Shares and Revenues at the Biggest Chains, PBMs, and Specialty Pharmacies," *Drug Channels*, March 11, 2025, available at https://www.drugchannels.net/2025/03/the-top-15-us-pharmacies-of-2024-market.html; Omnicare, "Omnicare: The Partner You Can Rely On," available at https://www.omnicare.com/; CVS Health, "CVS Pharmacy Completes Acquisition of Rite Aid Assets Nationwide," October 15, 2025, available at https://www.cvshealth.com/news/retail/cvs-pharmacy-completes-acquisition-of-rite-aid-assets-nationwide.html; Cigna, "Home Delivery Pharmacy," available at https://www.cigna.com/individuals-families/member-guide/home-delivery-pharmacy; UnitedHealth Group, "Diplomat, OptumRx Combining to Advance Access to Specialty Pharmacy Care and Infusion Services, Improve Health Outcomes," December 9, 2019, available at https://www.unitedhealthgroup.com/newsroom/2019/2019-12-9-optumrx-diplomat-combination.html; Fred Meyer, "Kroger Health," available at https://www.fredmeyer.com/health/about; Quality Food Centers, "Kroger Health," available at https://www.qfc.com/health/about; PPRSX, "The PPRSX Promise," available at https://www.ppsrx.com/health/pps/why-choose-ppsrx; CenterWell, "Home," available at https://www.centerwell.com/; Albertsons, "Home," available at https://www.albertsonscompanies.com/home/default.aspx; Ahold Delhaize USA, "Home," available at https://www.adusa.com/.

[143] See backup to **Figure 12**.

number of pharmacy contracts after 2010 when HRSA updated its guidance to allow covered entities to contract with multiple pharmacies.[144]

**Figure 12**
**Number of 340B Contract Pharmacies and Pharmacy Contracts**
**with Covered Entities in Washington, 2002-2025[145]**



**Notes**:

[1] Contract pharmacies and pharmacy contracts (i.e., covered entity-contract pharmacy arrangements) are counted in each year as the number of unique values in the "Pharmacy ID" and "Contract ID" fields, respectively.

[2] Data for each year are limited to observations where the "Street State" field equals "WA," the date recorded in the "Contract Begin Date" is before or during the given year, and the date recorded in the "Contract Termination Date" field is either (1) during or after the given year, or (2) missing (i.e., assumed to be in effect through present).

66. As shown in **Figure 13**, the average number of contract pharmacies per covered entity has increased for almost every type of covered entity, with children's hospitals and DSH hospitals contracting with the most pharmacies on average.

---

[144] See **Section III.A**.

[145] Source: Office of Pharmacy Affairs 340B OPAIS, Public Covered Entity Daily Report (340B_CoveredEntity_Daily_20260220_094346.xlsx), available at https://340bopais.hrsa.gov/Reports.

**Figure 13**
**Average Number of Contract Pharmacies**
**per Parent Entity in Washington, 2010-2025[146]**

| Entity Type | '10 | '11 | '12 | '13 | '14 | '15 | '16 | '17 | '18 | '19 | '20 | '21 | '22 | '23 | '24 | '25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Hospitals* | | | | | | | | | | | | | | | | |
| Disproportionate Share Hospitals | 1 | 6 | 8 | 8 | 12 | 17 | 18 | 25 | 31 | 38 | 47 | 53 | 56 | 59 | 54 | 42 |
| Critical Access Hospitals | 0 | 1 | 2 | 2 | 2 | 3 | 3 | 4 | 5 | 5 | 5 | 6 | 7 | 7 | 7 | 8 |
| Rural Referral Centers | - | - | - | - | - | 0 | 0 | 0 | 19 | 22 | 8 | 33 | 34 | 31 | 19 | 15 |
| Sole Community Hospitals | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 9 | 18 | 18 | 19 | 20 | 18 |
| Children's Hospitals | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 31 | 102 | 104 | 105 | 164 | 85 | 43 |
| | | | | | | | | | | | | | | | | |
| *Other Entities* | | | | | | | | | | | | | | | | |
| FQHCs | 1 | 1 | 2 | 6 | 6 | 7 | 8 | 11 | 12 | 13 | 15 | 18 | 21 | 22 | 10 | 11 |
| STD Clinics | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 3 |
| Tuberculosis Clinics | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Ryan White HIV/AIDS Program Grantees | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 10 | 5 | 7 | 7 | 3 | 4 | 6 | 14 |
| Family Planning Clinics | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | 0 | 0 | 0 |
| Comprehensive Hemophilia Treatment Centers | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 4 | 4 | 4 | 5 | 8 | 8 | 8 | 3 |

**Notes**:

[1] Covered entities are limited to Washington using the "Street State" field.

[2] Covered entity types are identified using the "Entity Type" field. The "Federally Qualified Health Center" category includes covered entities classified as "Federally Qualified Health Center," "Consolidated Health Center Program," "Native Hawaiian Health Center," "Urban Indian Health Center," or "Tribal Contract/Compact with Indian Health Service," as applicable. The "Ryan White HIV/AIDS Program Grantee" category includes covered entities with type descriptions containing "Ryan White."

[3] Parent entities are counted at the annual level as the number of unique values in the "CE ID" field that meet either criteria: (1) the entity is the parent of another entity (i.e., the value in the "CE ID" field appears as a value in the "Parent CE ID" field corresponding to a different value in the "CE ID" field), or (2) the entity is neither the parent of another entity as described in (1) nor the child of another entity (i.e., the "CE ID" never has a corresponding "Parent CE ID").

[4] Contract pharmacies are counted for each parent in each year as the number of unique values in the "Pharmacy ID" field, limiting to observations where the date recorded in the "Contract Begin Date" is before or during the given year and the date recorded in the "Contract Termination Date" field is either (1) during or after the given year, or (2) missing (i.e., assumed to be in effect through present).

[5] Contract pharmacies per parent entity are counted at the annual level as the total number of parent entity-contract pharmacy combinations divided by the total number of parent entities with at least one contract pharmacy.

[6] Zeros indicate no use of contract pharmacies by the given type of covered entity in the year. Dashes indicate no covered entities of the given type in the year.

---

[146] Sources: Office of Pharmacy Affairs 340B OPAIS, Public Covered Entity Daily Report (340B_CoveredEntity_Daily_20260220_094346.xlsx), available at https://340bopais.hrsa.gov/Reports; Office of Pharmacy Affairs 340B OPAIS, "340B OPAIS User Guide for Public Users," 2025, available at https://340bopais.hrsa.gov/help/Resources/PDFUserGuides/340BPublicUserGuide.pdf.

43

### 3. Locations of Contract Pharmacies in Washington

67.   The geographical distribution of contract pharmacies in Washington has seen a shift similar to that of child sites. As noted in **Section III.A**, covered entities were permitted to contract with an unlimited number of outside pharmacies starting in 2010. **Figure 14** shows that on average, contract pharmacies that joined the Program in 2010 or later—after covered entities were permitted to contract with an unlimited number of outside pharmacies—were located in more affluent counties compared to contract pharmacies that joined the Program prior to this policy change (i.e., before 2010). Specifically, 62 percent of entrants before the policy change were located in counties with poverty rates above the state poverty rate as of the year they joined, and 69 percent were located in counties with a median income below the state median income as of the year they joined. In contrast, only 38 percent of entrants after the policy change were located in counties with poverty rates above the state poverty rate as of the year they joined, and only 57 percent were located in counties with a median income below the state median income as of the year they joined.[147] Given the overall growth in the number of pharmacies over this period, the rising share of contract pharmacies in more affluent areas translates into a disproportionately large increase in their absolute presence in those communities.

---

[147]  I note that these reported differences between contract pharmacies that joined the Program before and after the policy change—both with respect to the poverty rate and median income—are not statistically significant. The lack of statistical significance is likely attributable to the small number of contract pharmacies participating in the Program prior to 2010 (N = 13). See backup calculation.

**Figure 14**
**Share of Contract Pharmacies in Washington Located in**
**Counties with High Poverty Rates and Low Median Income**
**by Year of Entry into the 340B Program [148]**



**Notes**:

[1] Contract pharmacies are classified according to the poverty rate or median income of the county in which they are located. County characteristics are as of the year of entry into the 340B Program in Washington.

[2] Counties with high poverty rates are defined as counties with poverty rates above the Washington state-wide poverty rate in the relevant year. Counties with low median income are defined as counties with median income below the Washington state-wide median income in the relevant year.

## V.     REVIEW OF LITERATURE ON THE 340B PROGRAM

68.     As the 340B Program has grown in scale, its impact has increasingly become the focus of academic research. In this section, I review and evaluate this academic literature to assess the evidence on how the 340B Program is functioning, as well as the quality of that evidence. In the remainder of this section, I first describe the methodology I employed for choosing the literature that I reviewed (**Section V.A**). Then, I provide a summary of what the academic literature suggests about the participation of covered entities and contract pharmacies in the

---

[148]     Sources: Office of Pharmacy Affairs 340B OPAIS, Public Covered Entity Daily Report (340B_CoveredEntity_Daily_20260220_094346.xlsx), available at https://340bopais.hrsa.gov/Reports; United States Census Bureau, "SAIPE State and County Estimates: 1995, 1997-2024," available at https://www.census.gov/programs-surveys/saipe/data/datasets.html; Office of Policy Development and Research, "HUD USPS ZIP Code Crosswalk Files," available at https://www.huduser.gov/apps/public/uspscrosswalk/home.

340B Program (**Section V.B**). I conclude with a summary of the studies that examine each of the two topics I analyzed in my review—the growth and evolution of the 340B Program (**Section V.C**) and the relationship between 340B participation and safety net engagement (**Section V.D**).

### A.    Literature Review Methodology

69.    To identify academic literature related to the 340B Program, I began with an approach used in Levengood et al. (2024), where the authors reviewed 44 studies related to the 340B Program that had been published between January 1, 2003 and March 27, 2023. The 44 studies described in Levengood et al. (2024) (i) were written in English; (ii) were peer reviewed; (iii) contained an empirical study; (iv) included an outcome variable related to the effect of the 340B Program; and (v) were "not funded by an interest group directly engaged in lobbying regarding the 340B program."[149]

70.    I then supplemented the Levengood et al. (2024) literature review by searching the database Ovid for papers published between 2023 and March 16, 2026 that included the term "340B" in the title, abstract, or subject heading.[150] This resulted in 136 additional studies;[151] after removing studies with only an abstract available, studies not peer reviewed, and non-original empirical research, 59 studies remained. Between these 59 studies and the 44 studies in Levengood et al. (2024), there were 103 studies that I reviewed further.

71.    Of the 103 studies that I reviewed in more detail, I excluded studies that examined outcome variables unrelated to 340B entities' safety-net engagement or engagement with vulnerable, low-income patient populations; studies that were purely qualitative in nature; studies that examined only a single site; and studies that were funded by 340B advocacy groups or

---

[149]    Levengood, Timothy W., et al., "Assessing the Impact of the 340B Drug Pricing Program: A Scoping Review of the Empirical, Peer-Reviewed Literature," *Milbank Quarterly*, Vol. 102, No. 2, June 2024, pp. 429-462 ("Levengood et al. (2024)"), p. 434.

[150]    Ovid is a medical research platform from Wolters Kluwer that provides access to medical, scientific, and academic content, including journal articles, books, and databases. Ovid states that "[b]y default, Ovid looks for your keywords in the default multi-purpose (.mp) set of fields. The set varies by database but usually includes Title, Original Title, Abstract, and Subject Heading." See Ovid, "Documentation | Advanced Search," available at https://site.ovid.com/site/help/documentation/osp/en/Content/advanced.htm.

[151]    Duplicates and studies included in Levengood et al. (2024) are excluded from this count.

pharmaceutical companies.[152] As a result, I summarize 31 studies that focus on hospitals, child sites, and contract pharmacies in the remainder of this section.[153] **Appendix D** includes the abstracts for these studies and **Appendix E** includes a summary table of these studies including participants studied, years covered, data sources used, empirical methods employed, and a description of the results.

### B. Summary of 340B Literature

72. Consistent with the Washington-specific analyses above, peer-reviewed studies on the 340B Program have found that the growth of 340B child sites and contract pharmacies has been increasingly concentrated in more affluent and less socioeconomically vulnerable communities. Studies have also found that participation in the Program is not necessarily associated with improved care or with higher levels of uncompensated care. While some studies have found that the 340B Program has been associated with an increase in the provision of certain services—particularly in oncology care—studies on health outcomes have generally found no evidence of improvement. The studies further suggest that the *growth* of the 340B Program has not consistently translated into increased provision of uncompensated care or community benefits.

73. Together, these findings raise questions about the degree to which the 340B Program is being directed towards vulnerable, low-income patient populations or increasing safety-net engagement by covered entities and contract pharmacies.

---

[152] See backup materials for a table summarizing the reason for each of the 149 unique studies that were either included Levengood et al. (2024) or captured by Ovid but excluded from the summary in this section.

[153] I also reviewed four studies on federal grantees, which provided evidence that the entities have been directing care towards vulnerable, low-income patient populations or that 340B participation has been associated with increased safety-net engagement. See Castellon, Yelba M., et al., "The Impact of Patient Assistance Programs and the 340B Drug Pricing Program on Medication Cost," *American Journal of Managed Care*, Vol. 20, No. 2, 2014, pp. 146-150; Malouin, Rebecca A., et al., "Impact of the 340B Pharmacy Program on Services and Supports for Persons Served by Hemophilia Treatment Centers in the United States," *Maternal and Child Health Journal*, Vol. 22, 2018, pp. 1240-1246; Shi, Lizheng, et al., "Ensuring Access to Prescription Medications in the Post-ACA Healthcare Access Landscape: The Essential Role of FQHCs in the Safety Net for the Underinsured," *American Journal of Managed Care*, Vol. 24, No. 5, Suppl., 2018, pp. 567-573; McGlave et al. (2024). I have excluded these four studies from the summary in this section given their similar results, which are consistent with the obligation of certain federal grantees to dedicate 340B revenues towards purposes consistent with their federal grants, as discussed in **Section III.D**.

### C.    Literature on the Growth and Evolution of the 340B Program Over Time

74.    I identified 12 peer-reviewed studies that examined either the growth in the 340B Program over time or the evolving characteristics of hospitals, their child sites, and contract pharmacies. These studies have analyzed incentives for growth in the Program and also evaluated whether growth in the Program has been more pronounced in certain geographic areas, within certain communities, or among certain types of providers. Overall, the studies suggest that as the 340B Program has grown, contract pharmacies and child sites may be expanding into more affluent communities relative to hospitals and federal grantees.[154]

75.    Studies on the growth and evolution of 340B-participating hospitals and child sites are summarized in **Figure 15**. Two studies—Conti and Bach (2014) and Liu et al. (2025)— examined child sites and found that newer participating child sites were more likely to be located in affluent communities relative to earlier participating child sites. For example, Conti and Bach (2014) found that child sites that joined the Program before 2004 were located in communities that were poorer and had lower insurance rates than child sites that joined after 2004.[155] Liu et al. (2025) found that more recent child site participants tended to be located "in areas of greater socioeconomic advantage" as measured by the Social Deprivation Index.[156]

---

[154]    Different studies use different variables to measure the socioeconomic vulnerability of the communities where participants are located. For example, Conti, Rena M. and Peter B. Bach, "The 340B Drug Discount Program: Hospitals Generate Profits By Expanding To Reach More Affluent Communities," *Health Affairs*, Vol. 33, No. 10, October 2014, pp. 1786-1792 ("Conti and Bach (2014)") considered unemployment rate, uninsured rate, percentage of the population below the federal poverty level, and both median and mean household income. Nikpay, Sayeh, et al., "Diversity of Participants in the 340B Drug Pricing Program for US Hospitals," *JAMA Internal Medicine*, Vol. 178, No. 8, 2018, pp. 1124-1127 ("Nikpay et al. (2018)") used county-level poverty and uninsured rates. Lin, John K., et al., "Assessment of US Pharmacies Contracted With Health Care Institutions Under the 340B Drug Pricing Program by Neighborhood Socioeconomic Characteristics," *JAMA Health Forum*, Vol. 3, No. 6, 2022, pp. 1-4 ("Lin et al. (2022)") included median household income, racial and ethnic composition, rural-urban classification, and the Social Deprivation Index (a composite measure where higher scores indicate greater disadvantage).

[155]    Conti and Bach (2014), p. 1789, Exhibit 3 ("Clinics affiliated with 340B entities that registered for the 340B program in 2004 or later served wealthier communities with higher levels of insurance (p < 0.01), compared to clinics that registered before 2004.").

[156]    Liu, Benjamin Y., et al., "Expansion of 340B Disproportionate Share Hospitals in the United States From 2010 to 2022," *Health Services Research*, March 14, 2025 ("Liu et al. (2025)") measured socioeconomic vulnerability using social deprivation indices, which comprise seven socioeconomic indicators, including "(1) percent of the population with income below 100% of the federal poverty level; (2) percent of the population aged 25 years or older with less than 12 years of education; (3) percent of the population aged 18-64 who are unemployed; (4) percent of households in renter-occupied housing units; (5) percent of households in crowded housing units; (6) percent of single parent families with dependents < 18 years of age; and (7) percent of

Conti and Bach (2014) also found that as of 2012, child sites were located in more affluent communities than hospitals and that this difference had grown over time.[157] This finding is consistent with the results in **Section IV.A.3**, which show that, on average, child sites are located in more affluent counties, as measured by both the poverty rate and median income, compared to hospitals and federal grantees in Washington.

households with no vehicle." See Liu et al. (2025), pp. 2, 5; Liu, Benjamin Y., et al., "Supplemental Appendix, Expansion of 340B Disproportionate Share Hospitals in the United States From 2010 to 2022," *Health Services Research*, March 14, 2025 ("Liu et al. (2025), Supplemental Appendix"), pp. 2-3.

[157] Conti and Bach (2014), p. 1788 ("In 2012 health uninsurance rates were lower ($p < 0.0001$) in communities with affiliated clinics, compared to communities with 340B DSH hospitals (Exhibit 2). Communities with 340B DSH hospitals had significantly higher poverty rates and lower unemployment and mean and median household incomes, compared to national averages ($p < 0.01$). The socioeconomic characteristics of communities with affiliated clinics were significantly more similar to national averages ($p < 0.01$). The differences between communities with 340B DSH hospitals and those with affiliated clinics were also significant ($p < 0.01$)."); ("Notably, differences with clinics' parent 340B hospitals in terms of socioeconomic characteristics of the communities served were increasingly stark for clinics that joined the 340B program in 2011 and 2012, compared to those that joined before 2004 ($p < 0.01$ […]).").

**Figure 15**
**Studies Evaluating the Growth and Evolution of**
**Hospitals and Child Sites Participating in the 340B Program**

| Study | Participant Type(s) Studied | Year(s) Covered | Helps Vulnerable Patients/Safety-Net Access? | Description of Results |
|---|---|---|---|---|
| Conti and Bach (2014) | DSH hospitals and affiliated clinics | 1992-2012 | ☐ | • Newer participating child sites in more affluent communities than earlier participants |
| | | | ☐ | • Newer participating hospitals in more affluent communities than earlier participants according to some measures but not others |
| | | | ☐ | • Child sites in more affluent communities than hospitals |
| | | | ✓ | • Hospitals and child sites in less affluent communities than national average according to some measures but not others |
| Nikpay et al. (2018) | Nonprofit and public general acute care hospitals | 1992-2015 | ☐ | • Newer participating hospitals more financially stable and located in more affluent communities than earlier participants |
| Chang et al. (2023b) | Hospitals | 2007-2019 | ✓ | • New 340B participants more likely to be small, located in rural areas, and discharge more Medicaid patients |
| Owsley and Karim (2024) | Rural general acute care and critical access hospitals | 2018-2019 | ☐ | • Critical access hospitals in less affluent areas less likely to participate in 340B |
| | | | ☐ | • Critical access hospitals with higher operating margins and not in multi-hospital systems more likely to participate in 340B |
| | | | ☐ | • No significant association between shares of Medicaid or Medicare patients and the likelihood of 340B participation |
| Owsley et al. (2024) | Non-federal general acute care hospitals | 2010-2019 | ✓ | • Participating hospitals more likely to be located in rural areas and Medicaid expansion states with higher Medicaid patient shares |
| Liu et al. (2025) | DSH hospitals, affiliated clinics, and contract pharmacies | 2010-2022 | ☐ | • Newer participating child sites in more affluent areas than earlier participants |
| | | | ☐ | • No change in the average affluence of communities with DSH hospitals |
| | | | ☐ | • Newly-registered DSH hospitals located in more affluent areas compared with DSH hospitals that registered earlier |

76.   The studies that examined hospitals have found mixed results regarding how hospital characteristics have changed over time. Nikpay et al. (2018) found that more recent participants were more likely than earlier participants to be financially stable and located in affluent communities;[158] Conti and Bach (2014), found similar differences using some measures but

---

[158]   Nikpay et al. (2018), pp. 1125-1126 ("Important differences were noted between early and later participants in the 340B program. Early participants were […] located in counties with lower income levels (18% vs 15%) and higher levels of uninsured patients (14% vs 12%) when compared with intermediate and late participants (P < .001)."); ("[L]ater participants […] were more financially stable compared with earlier participants.").

not others;[159] and another study using more recent data, Liu et al. (2025), found no change in the average affluence of communities with DSH hospitals between 2010 and 2022.[160]

77.    Studies on other characteristics of 340B-participating hospitals have yielded mixed results. Chang et al. (2023b) found that hospitals participating in the 340B Program were more likely to have fewer beds, be located in rural areas, and discharge more Medicaid patients than nonparticipants.[161] Owsley et al. (2024) found that 340B-participating hospitals were more likely than non-participants to be located in rural areas and Medicaid expansion states with a higher share of Medicaid patients.[162] However, Owsley and Karim (2024) found that in 2019, critical access hospitals in less affluent areas were less likely to participate in the 340B Program compared to critical access hospitals in more affluent areas.[163] Owsley and Karim (2024) also

---

[159]    Conti and Bach (2014), pp. 1788-1789 ("Generally, DSH hospitals that registered for the 340B program in 2004 or later served communities with fewer low-income people […] compared to DSH hospitals that registered before 2004 […]. Communities with hospitals that registered before 2004 and those with hospitals that registered in later years did not differ significantly in terms of uninsurance rates or mean and median household incomes.").

[160]    Liu et al. (2025), p. 4 ("The [Social Deprivation Index] of newly registered DSHs remained stable during the study period […].").

[161]    Chang, Jessica, et al., "Association Between New 340B Program Participation and Commercial Insurance Spending on Outpatient Biologic Oncology Drugs," *JAMA Health Forum*, Vol. 4, No. 6, 2023, pp. 1-10 ("Chang et al. (2023b)"), p. 5 ("Treated 340B hospitals in the sample were smaller, with 17.4% of hospitals having bed sizes between 0 to 49 compared with just 4.2% of control hospitals, and treated hospitals were more likely in rural settings compared with non-340B control hospitals (15.8% vs 6.4%; P = .005) (Table)."); ("However, treated hospitals had more Medicaid discharges than control hospitals, as would be expected (mean annual discharges, 1697.35 vs 1375.47; *P* = .59).").

[162]    Owsley, Kelsey M., et al., "US Hospital Service Availability and New 340B Program Participation," *JAMA Health Forum*, Vol. 5, No. 5, 2024, pp. 1-12 ("Owsley et al. (2024)"), p. 5, Table 1 ("New 340B hospitals were also more likely to be in rural areas (389 [51.0%] vs 214 [23.3%]; P < .001) and in states that expanded Medicaid compared with nonparticipating nonprofit hospitals (542 [71.1%] vs 604 [65.7%]; P = .02). Among public hospitals, new 340B hospitals were more likely to be in rural areas (237 [76.0%] vs 98 [62.0%]; P = .002) and in expansion states (166 [53.2%] vs 55 [34.8%]; P < .001).").

[163]    Owsley, Kelsey M. and Saleema A. Karim, "Community Social Vulnerability and the 340B Drug Pricing Program: Evaluating Predictors of 340B Participation Among Critical Access Hospital," *Journal of Rural Health*, Vol. 40, No. 4, September 2024, pp. 720-727 ("Owsley and Karim (2024)"), p. 722 ("Participating CAHs were generally located in more affluent communities relative to nonparticipants. Participating hospitals had a significantly lower proportion of the population that was unemployed (4.3% vs. 4.7%, p < 0.01) and uninsured (10.8% vs. 12.0%, p < 0.01) […]. The social vulnerability indices were also significantly lower for hospitals that participated in the program than those that did not. Participants had lower composite scores (i.e., less vulnerability) for overall SVI (43.8 vs. 48.7, p < 0.10), socioeconomic status (43.6 vs. 47.9, p < 0.10), and minority status (43.2 vs. 50.1, p < 0.01).").

found that critical access hospitals with higher operating margins were more likely to participate in the Program than other types of hospitals.[164]

78.     Studies on the growth of contract pharmacies, which are summarized in **Figure 16**, show that as the number of contract pharmacies has increased, this growth has occurred primarily in more affluent communities. Liu et al. (2025) found that newer participating contract pharmacies were located in more affluent areas than earlier participants.[165] Nikpay et al. (2022) found that counties with higher uninsured rates and those designated by HRSA as medically underserved areas were less likely to gain pharmacies contracting with 340B hospitals, though no association with county poverty rates was observed.[166]

---

[164]   Owsley and Karim (2024), p. 724 ("Operating margin was positively associated with program participation $(0.163, p = 0.019)$.").

[165]   Liu et al. (2025), p. 4 ("[T]he [Social Deprivation Index] of newly registered contract pharmacies decreased from a median of 72 in 2010 to 53 in 2022 […], suggesting expansion into areas of lower social deprivation over time […].").

[166]   Nikpay, Sayeh, et al., "Association of 340B Contract Pharmacy Growth With County-Level Characteristics," *American Journal of Managed Care*, Vol. 28, No. 3, 2022, pp. 133-136 ("Nikpay et al. (2022)"), pp. 134-135 ("The odds of gaining a pharmacy contract with a 340B hospital were lower among counties with higher uninsured rates than those with lower ones (OR, 0.19; 95% CI, 0.04-0.90). […] In contrast, there was no association between the odds of gaining a pharmacy contract with a hospital and the county-level poverty rate in the previous year."); ("The odds of gaining a contract with a 340B hospital were significantly lower among medically underserved areas (MUAs) than non-MUAs (OR, 0.84; 95% CI, 0.77-0.92).").

**Figure 16**
**Studies Evaluating the Growth and Evolution of**
**Pharmacies Participating in the 340B Program**

| Study | Participant Types Studied | Years Covered | Helps Vulnerable Patients/Safety-Net Access? | Description of Results |
|---|---|---|---|---|
| Lin et al. (2022) | Pharmacies | 2006-2019 | ☐ | • Share of pharmacies contracting with 340B entities increased |
| | | | ☐ | • Growth in 340B pharmacy participation concentrated in more affluent and predominantly White areas |
| | | | ☐ | • Share of pharmacies contracting with 340B entities decreased in less affluent areas |
| Nikpay et al. (2022) | Contract Pharmacies | 2009-2019 | ☐ | • Counties with high uninsured rates and medically underserved areas less likely to gain pharmacies contracting with 340B hospitals |
| | | | ☐ | • No association between poverty rate and likelihood of gaining pharmacies contracting with 340B hospitals |
| Nikpay et al. (2023) | Pharmacies | 2009-2022 | ☐ | • The share of pharmacies contracting with 340B entities increased |
| | | | ☐ | • The average number of contracts per pharmacy increased |
| | | | ☐ | • Pharmacies contracted with covered entities increasingly far away |
| | | | ☐ | • Share of pharmacies contracting with safety-net providers declined |
| Dickson et al. (2023) | Covered entities, affiliated clinicians, and pharmacies | 2013-2020 | ☐ | • The share of prescriptions written by 340B-affiliated physicians that were filled by 340B contract pharmacies more than doubled |
| | | | ☐ | • The share of all prescriptions written by 340B-affiliated physicians and dispensed by 340B contract pharmacies increased more than five-fold |
| McGlave et al. (2024) | Contract pharmacies | 2009-2022 | ☐ | • Rate of 340B participation was highest among large retail pharmacy chains, even though those pharmacies are less likely to serve in the safety net role |
| | | | ☐ | • Large retail pharmacy chains had more contracts per pharmacy and contracts with more distant covered entities than institutional or independent pharmacies |
| | | | ☐ | • Large retail pharmacy chains and independent pharmacies have similar proportions of safety-net contracts |
| Liu et al. (2025) | DSH hospitals, affiliated clinics, and contract pharmacies | 2010-2022 | ☐ | • Newer participating contract pharmacies located in more affluent areas than earlier participants |
| Nikpay and McGlave (2026) | Contract pharmacies | 2010-2021 | ☐ | • Share of retail pharmacies with at least one 340B contract increased |
| | | | ☐ | • Contract pharmacy growth positively correlated with county-level Medicare and Medicaid drug coverage and concentrated in states that allow covered entities to dispense 340B drugs to Medicaid patients through contract pharmacies |
| | | | ☐ | • Contract pharmacy growth negatively correlated with the county-level share of uninsured individuals and share of individuals with commercial drug coverage |

79. Consistent with the trends described in **Section III.C.2**, four studies—Lin et al. (2022), Nikpay et al. (2023), McGlave et al. (2024), and Nikpay and McGlave (2026)—found that the share of retail pharmacies contracting with 340B entities has increased over time.[167] Lin et al. (2022)

---

[167] Lin et al. (2022), p. 1 ("The percentage of pharmacies contracting with a 340B institution pre-expansion (2006-2009) grew minimally (1.2% to 1.7%) (Figure). Postexpansion (2011-2019) growth accelerated overall (5.9% to

53

found that this growth was "concentrated in affluent and predominantly White neighborhoods, whereas the share of 340B pharmacies in socioeconomically disadvantaged and primarily non-Hispanic Black and Hispanic/Latino neighborhoods declined";[168] Nikpay et al. (2023) found that this growth was associated with an increasing number of contracts per pharmacy, contracts with more distant covered entities, and a lower share of contracts with safety-net providers;[169] and McGlave et al. (2024) found that "[p]harmacy participation in 340B varies widely by chain but is dominated by large chains"—Walgreens, CVS, Walmart, and Rite Aid—even though these pharmacies are less likely to serve in a safety-net role.[170] McGlave et al. (2024) also found that these four chains and independent pharmacies held a similar proportion of contracts with safety-net providers.[171] Nikpay and McGlave (2026) found that, at the county level, contract pharmacy growth was positively correlated with Medicare and Medicaid drug

---

29.9%) and among retail (5.7% to 32.6%), specialty (5.3% to 24.7%), and mail-order (4.5% to 20.5%) pharmacies."); Nikpay, Sayeh, et al., "Trends in 340B Drug Pricing Program Contract Growth Among Retail Pharmacies From 2009 to 2022," *JAMA Health Forum*, Vol. 4, No. 8, 2023, pp. 1-3 ("Nikpay et al. (2023)"), p. 1 ("The number of retail pharmacies participating in 340B increased from 789 in 2009 to 25,775 in 2022 or from 1.3% to 40.9% of all retail pharmacies, respectively (Figure 1)."); McGlave et al. (2024), p. 1 ("340B contract pharmacy arrangements have grown significantly over the past 13 years. In 2010, less than 1% of pharmacies participated in contract arrangements, expanding to over 40% by 2022."); Nikpay, Sayeh and Claire McGlave, "Association Between 340B Contract Pharmacy Growth and Payer-Specific Drug Coverage," *American Journal of Managed Care*, Vol. 32, No. 2, 2026, pp. 108-112 ("Nikpay and McGlave (2026)"), p. 110 ("On average, the share of retail pharmacies in the county with at least one 340B contract increased between 2010 and 2021 (from 1.5% to 43.7%).").

168   Lin et al. (2022), p. 2.

169   Nikpay et al. (2023), pp. 1-2 ("We found that as the proportion of pharmacies with at least 1 contract increased, so did the number of contracts per pharmacy and the distance between contract pharmacies and [covered entities]. However, the proportion of contracts with core safety-net practices decreased."); ("In 2009, 81% of contract pharmacies had only 1 contract, and by 2022, 40% had 1, 23% had 2, 27% had 3 to 5, 7% had 6 to 9, and 3% had 10 or more ($P < .001$)."); ("In 2009, the farthest [covered entity] was within the same f for 48% of pharmacies […] and 16 miles or more for 16%. By 2022, only 9% of the farthest [covered entities] were in the same zip code, and for 51% of pharmacies it was 16 miles away or more ($P < .001$)."); ("In 2009, 95% of pharmacies contracted exclusively with safety-net hospitals and clinics. By 2022, only 54% of pharmacies contracted exclusively with safety-net facilities, and 16% contracted with no safety-net facilities ($P < .001$).").

170   McGlave et al. (2024), pp. 2-3 ("In 2009, there were a total of 601 retail pharmacies participating in the program—9% of these were owned by Walgreens. By 2022, the number of pharmacies participating was 26 885, and the majority were still pharmacies owned by Walgreens (26%), closely followed by CVS (25%), Walmart (11%), and Rite Aid (8%) (Figure 1). Grocery store chains accounted for 13%, institutional pharmacies accounted for 5%, independent pharmacies 10%, and small chains accounted for 2% of pharmacies participating in 340B in 2022."); ("Among these chains, Walgreens and CVS have a disproportionately large role in the program relative to their share of total retail pharmacies: Walgreens and CVS hold 33% and 30% of 340B pharmacy contracts, respectively, yet represented only 15% and 17% of all retail pharmacies in 2022."); ("Independent, rural pharmacies are also more likely to serve in a safety-net role[.]").

171   McGlave et al. (2024), p. 3 ("[T]he top 4 chains and independent pharmacies were similar in the proportion of contracts with core safety-net providers.").

54

coverage and negatively correlated with the share of uninsured individuals and the share of individuals with commercial drug coverage. The study also found that contract pharmacy growth was concentrated in states that allow covered entities to dispense 340B drugs to Medicaid patients through contract pharmacies.[172] Meanwhile, one study—Dickson et al. (2023)—found that the share of all prescriptions written by 340B-affiliated physicians that were subsequently dispensed by 340B contract pharmacies more than doubled between 2013 and 2020.[173]

### D.   Literature on the Safety Net Engagement of Participating Entities

80.   I reviewed 22 studies that examined the relationship between participation in the 340B Program and safety net engagement, including (i) uncompensated care and similar metrics, (ii) patient health outcomes, and (iii) services offered and drug utilization. Overall, the studies suggest that participation in the Program is not necessarily associated with improved care or with higher levels of uncompensated care.

### 1.   Uncompensated Care and Similar Metrics

81.   I identified four studies, summarized in **Figure 17**, that examined the relationship between 340B participation and the provision of uncompensated care or other charity care and community benefit programs. The studies suggest that the growth of the 340B Program has not consistently translated into increased provision of uncompensated care or community benefits.

---

[172]   Nikpay and McGlave (2026), p. 109 ("County-level Medicare and Medicaid drug coverage are positively correlated with contract pharmacy growth. […] Contract pharmacy growth is concentrated in counties in states where Medicaid agencies allow the use of contract pharmacies compared with states where the use of contract pharmacy is not allowed by Medicaid agencies. […] County-level uninsured and commercial drug coverage were negatively correlated with contract pharmacy growth.").

[173]   Dickson, Sean, et al., "Trends in Proportion of Medicare Part D Claims Subject to 340B Discounts, 2013-2020," *JAMA Health Forum*, Vol. 4, No. 11, 2023, pp. 1-12 ("Dickson et al. (2023)"), p. 3 ("The capture of 340B prescriptions by 340B pharmacies, defined as the proportion of claims prescribed by 340B-affiliated clinicians that were filled by 340B pharmacies, increased from 18.4% in 2013 to 49.9% in 2020 (Table).").

**Figure 17**

**Studies Evaluating the Provision of Uncompensated Care Among 340B Hospitals**

| Study | Participant Type(s) Studied | Year(s) Covered | Helps Vulnerable Patients/Safety-Net Access? | Description of Results |
|---|---|---|---|---|
| Nikpay et al. (2018) | Nonprofit and public general acute care hospitals | 1992-2015 | ✓ | • Participants that joined before 2004 more likely to offer low-profit services and spend more on uncompensated care compared to nonparticipants |
| | | | ☐ | • Newer participants (i.e., those joining in 2004 or after) provided less uncompensated care than earlier participants (i.e., those joining before 2004) |
| | | | ☐ | • Newer participants not more likely to offer low-profit services compared to nonparticipants |
| Nikpay et al. (2020) | General acute care hospitals | 2011-2015 | ☐ | • Charity care spending increased on average after joining the 340B program, but "increases appear to be fully offset by reductions in other community benefit programs" |
| | | | ☐ | • No change in total uncompensated care expenditures |
| | | | ☐ | • Increases in charity care may be offset by decreases in community benefit spending |
| | | | ☐ | • No change in probability of offering low-profit services |
| Desai and McWilliams (2021) | General acute care and critical access hospitals | 2003-2015 | ☐ | • No evidence that hospitals increased provision of uncompensated care in the years following entry into 340B Program relative to non-participants |
| Owsley et al. (2024) | Non-federal general acute care hospitals | 2010-2019 | ✓ | • Among public hospitals, 340B participation was associated with an increase in traditionally unprofitable service offerings (e.g., substance use, psychiatric, burn unit) |
| | | | ☐ | • For nonprofit hospitals, no significant association was observed between 340B participation and traditionally unprofitable service offerings, except for an increase in oncologic services |
| | | | ☐ | • Nonprofit hospitals in socially vulnerable areas were not more likely to offer unprofitable services following 340B participation |

82.    Desai and McWilliams (2021) found that hospitals that joined the Program did not increase the provision of uncompensated care more than hospitals that never entered or have yet to enter the Program.[174] Nikpay et al. (2018) found that 340B hospitals did not provide more low-profit services than non-340B hospitals but did provide more uncompensated care; however, the study did not assess whether 340B hospitals changed their amount of uncompensated care after joining the Program. The study also found that newer Program participants (i.e., those joining after 2004 or 2010) provided less uncompensated care than earlier participants (i.e., those joining before 2004).[175]

---

[174]    Desai, Sunita M. and J. Michael McWilliams, "The 340B Drug Pricing Program and Hospital Provision of Uncompensated Care," *American Journal of Managed Care*, Vol. 27, No. 10, 2021, pp. 432-437 ("Desai and McWilliams (2021)"), p. 435 ("We do not find evidence that hospitals increased provision of uncompensated care in the years following entry into the 340B program differentially more than hospitals that never entered the program or had not yet entered the program.").

[175]    Nikpay et al. (2018), pp. 1125-1126, Table ("In a comparison of all hospitals participating in the 340B program with nonparticipants in 2015, participants […] had slightly higher uncompensated care burden (4.10% vs

83.     Two additional studies—Nikpay et al. (2020) and Owsley et al. (2024)—found mixed results regarding the relationship between 340B participation and charity care. Nikpay et al. (2020) reported that increased charity care was offset by reduced other community benefits, resulting in no overall gain in community benefit spending from 340B participation.[176] Owsley et al. (2024) found statistically significant increases in unprofitable service lines (e.g., substance use, psychiatric, burn clinics, and obstetrics) at public hospitals but not at nonprofit hospitals, even in high-need socially vulnerable areas.[177]

### 2.  Patient Health Outcomes

84.     I identified four studies that investigated whether participation in the 340B Program is associated with improved patient health outcomes. These studies are summarized in **Figure 18**. Two of these studies—Desai and McWilliams (2018) and Smith et al. (2023)—examined health outcomes generally; Smith et al. (2023) additionally examined health outcomes related to acute myocardial infarction (heart attack), postoperative sepsis, and obstetrics-related safety measures; Horn (2025) examined health outcomes in breast cancer; and Horn and Schulman

---

3.13%; mean adjusted PP difference, 0.08%; 95% CI, 0.38% to 1.26%) but were no more likely to offer low-profit services (48.18% vs 36.88%; mean adjusted PP difference, 5.33%; 95% CI, −0.54% to 11.21%) (Table).”); (“[L]ater participants—most hospitals—spent less of their budget on uncompensated care […] compared with earlier participants.”).

[176]    Nikpay, Sayeh, et al., “Relationship Between Initiation of 340B Participation and Hospital Safety-Net Engagement,” *Health Services Research*, Vol. 55, No. 2, 2020, pp. 157-169 (“Nikpay et al. (2020)”), p. 157 (“New 340B participation was not associated with a change in uncompensated care, but was associated with a 28.9 percent increase in charity care spending (SE = 8.8), or about $880,000 per hospital. However, total community benefit spending (including charity care) did not change.”); (“[T]he increase in charity care appeared to be offset by reductions in other types of community benefit spending.”).

[177]    Owsley et al. (2024) measured social vulnerability according to the CDC’s social vulnerability index (SVI), which aggregates over a dozen variables from the ACS covering socioeconomic status, household, characteristics, racial and ethnic minority status, and housing type and transportation. Owsley et al. (2024), pp. 6-7, 9, Table 2 (“Among nonprofit hospitals, there was no statistically significant change in total or individual unprofitable services. Among public hospitals, participating in the 340B program was associated with a significant increase in the number of unprofitable services on average by 0.21 (or an 11.4% increase relative to baseline) compared with public hospitals that did not participate in the program (95% CI, 0.04-0.38; P = .02).”); (“The finding persisted when stratifying our sample by geographic area, SVI, and critical access hospital designation, indicating that nonprofit hospitals located in socially vulnerable areas were not more likely to provide unprofitable services after 340B participation despite a possibly high need.”). See also ATSDR, “Social Vulnerability Index,” July 22, 2024, available at https://www.atsdr.cdc.gov/place-health/php/svi/index.html.

(2026) examined health outcomes in breast and lung cancer.[178] In general, the studies found that 340B participation had no relationship to the health outcomes studied.

**Figure 18**
**Studies Evaluating the Relationship Between the 340B Program**
**and Patient Health Outcomes**

| Study | Participant Type(s) Studied | Year(s) Covered | Helps Vulnerable Patients/Safety-Net Access? | Description of Results |
|---|---|---|---|---|
| Desai and McWilliams (2018) | General acute care hospitals and affiliated clinics | 2008-2012 | ☐ | • Hospitals' 340B Program eligibility was not associated with mortality of patients residing in the same zip code as the hospital, either overall or among low-income patients |
| | | | ☐ | • Program eligibility associated with lower proportions of low-income patients in certain practice areas and no significant differences in provision of safety-net or inpatient care for low-income groups |
| Smith et al. (2023) | General acute care hospitals | 2008-2014 | ☐ | • No association between 340B Program eligibility and in-hospital mortality or 30-day readmission rates |
| Horn (2025) | Physicians linked to covered entity sites | 2013-2019 | ☐ | • Greater treatment intensity for breast cancer at 340B covered entities but no corresponding, statistically significant improvement in mortality |
| | | | ☐ | • 340B participation associated with a statistically significant increase in the share of patients with an inpatient admission but no effect on hospice |
| Horn and Schulman (2026) | Oncologists linked to covered entity sites | 2013-2019 | ☐ | • Exposure to 340B providers associated with a statistically significant increase in the probability of inpatient admission among breast and lung cancer patients |
| | | | ☐ | • Exposure to 340B providers associated with a statistically significant decrease in hospice use among breast cancer patients but not effect among lung cancer patients |
| | | | ☐ | • Exposure to 340B providers associated with small and statistically significant short-term survival gains but no meaningful survival differences beyond the first year |

85.    Two studies—Desai and McWilliams (2018) and Smith et al. (2023)—used regression discontinuity designs, comparing hospitals just above the DSH threshold (11.75%) to hospitals just below the threshold, and found that 340B eligibility did not improve health outcomes or mortality among low-income patients. Desai and McWilliams (2018) found that 340B Program eligibility of a hospital did not impact mortality among patients residing in the same zip code as the hospital, nor did it impact mortality among low-income patients though 340B participation was associated with lower proportions of low-income patients in certain practice

---

[178]    Desai, Sunita M. and J. Michael McWilliams, "Consequences of the 340B Drug Pricing Program," *The New England Journal of Medicine*, Vol. 378, No. 6, 2018, pp. 539-548 ("Desai and McWilliams (2018)"); Smith, Kyle, et al., "The Impacts of the 340B Program on Health Care Quality for Low-Income Patients," *Health Services Research*, Vol. 58, No. 5, October 2023, pp. 1089-1097 ("Smith et al. (2023)"); Horn (2025); Horn, Danea and Kevin Schulman, "Impact of 340B Exposure on Treatment Utilization and Cost for Medicare Patients With Cancer," *Health Services Research*, Vol. 61, 2026, pp. 1-9 ("Horn and Schulman (2026)").

areas.[179] Smith et al. (2023) similarly found no evidence that 340B Program eligibility of a hospital impacts in-hospital mortality or 30-day readmission rates.[180] As this was true both for all patients and for Medicaid and uninsured patients specifically, the authors consider their findings as "add[ing] to a broad evidence base that the 340B Program is not benefitting low-income patients, either through increased access or better care."[181]

86.    Horn (2025) found that 340B participation was associated with increased treatment intensity among breast cancer patients. However, the study did not identify a statistically significant impact on one-year patient mortality rates and did observe a statistically significant increase in the share of patients with an inpatient admission, but did not observe an impact on hospice use.[182] Horn and Schulman (2026) found that exposure to 340B providers was associated with a higher probability of inpatient admission among breast and lung cancer patients and lower probability of hospice use among breast cancer patients. The study also reported small and statistically significant short-term survival gains for breast and lung cancer patients but no meaningful survival differences beyond the first year.[183] While Smith et al. (2023) observed a

---

[179]    Desai and McWilliams (2018), pp. 539, 543 ("Program eligibility was associated with lower proportions of low-income patients in hematology-oncology and ophthalmology and with no significant differences in hospital provision of safety-net or inpatient care for low-income groups or in mortality among low-income residents of the hospitals' local service areas."); ("Program eligibility of the local hospital […] was not associated with significant discontinuities in mortality for beneficiaries in the local communities of the hospitals (defined by hospital ZIP Codes), either overall or for low-income subgroups (Table 2, and Fig. S5 in the Supplementary Appendix).").

[180]    Smith et al. (2023), p. 1092 ("We do not find evidence of discontinuities in all-cause mortality among Medicaid and uninsured patients (beta = –0.04, 95% CI: –0.16, 0.08) or among all patients (beta = –0.07, 95% CI: –0.23, 0.09) (Figure 1 and Table 1). For 30-day readmissions, our estimates suggested small decreases at the eligibility threshold of –0.16 (95% CI: –0.81, 0.5) for Medicaid and uninsured patients and –0.09 (95% CI: –0.62, 0.44) among all patients, but these decreases were not statistically significant.").

[181]    Smith et al. (2023), p. 1090.

[182]    Horn (2025), pp. 2-3, 17 ("I find that participating in the 340B Drug Pricing Program moves physician prescribing behavior toward greater use and intensity of pharmaceutical treatments. Physicians who participate in the program increase the share of patients treated with systemic cancer treatment drugs and increase the number of pharmaceutical treatments used."); ("The resulting impact of participating in the 340B program on 1-year mortality is negative—indicating a lower share of patients who die within the specified time frame in a practice—but is not statistically significant."); ("I find that 340B participation increases the share of patients in a physician's practice with at least one inpatient admission […]."); ("I do not find any significant impact of the 340B program on the share of patients who use hospice.").

[183]    Horn and Schulman (2026), p. 6 ("[E]xposure to the 340B program is correlated with a significant increase in the probability of having an inpatient admission (lung: +10.8 pp., 95% CI: 9.3 pp. to 12.3 pp.; breast: +3.0 pp., 95% CI: 2.5 pp. to 3.7 pp). Exposure is also associated with lower hospice use, although the estimate for lung cancer is not statistically significant (lung: −1.3 pp., 95% CI: −2.9 pp. to 0.2 pp.; breast: −0.9 pp., 95% CI: −1.4

negative relationship between 340B Program eligibility and postoperative sepsis, the relationship was not significant when limiting to Medicaid and uninsured patients, nor were any other specific health outcomes significantly impacted by 340B Program eligibility for such patients.[184]

### 3. Services Offered and Drug Utilization

87. I identified 16 studies that examined the relationship between 340B participation and the services offered or drug utilization patterns at covered entities—six on generics or biosimilars and 10 on other services or drug utilization. The literature suggests that the 340B Program may incentivize the use of high-cost brand drugs over generics and may be linked to expanded oncology services, though benefits for vulnerable populations and effects on health outcomes remain unclear.

### a. Use of Generics and Biosimilars

88. The literature suggests that the 340B Program may increase the price to patients by incentivizing the prescribing of high-priced 340B-eligible brand drugs over less costly generic or biosimilar drugs that are not 340B eligible. Of the six studies that examined the association between 340B participation and the use of generic or biosimilar drugs, five found that 340B participants were less likely to prescribe generics or biosimilars, and one found no difference in the rate of generic prescriptions from 340B-eligible prescribers compared to non-340B prescribers. These studies are summarized in **Figure 19**.

---

pp. to −0.4 pp).”); (“Within the first year after diagnosis, patients exposed to the 340B program lived 0.9 months longer for lung cancer (95% CI, 0.75 to 1.05) and 0.20 months longer for breast cancer (95% CI, 0.15 to 0.24). For patients who survive to the 13th month after diagnosis, additional survival in the second year is not significant for lung cancer patients and equates to just 1.3 days for breast cancer patients (lung: −0.09 months, 95% CI: −0.27 to 0.09; breast: +0.05 months, 95% CI: 0.01 to 0.09).”).

[184] Smith et al. (2023), pp. 1090, 1092 (“We do not find evidence that 340B Program eligibility is associated with improved quality outcomes in the inpatient setting among Medicaid or uninsured patients.”); (“Similarly, for Medicaid and uninsured patients, we do not estimate statistically significant discontinuities in postoperative sepsis (beta = −0.1, 95% CI: −0.23, 0.04) or AMI-specific mortality (beta = −0.26, 95% CI: −0.97, 0.45). However, among all patients, 340B eligibility was associated with decreases in postoperative sepsis (beta = −0.15, 95% CI: −0.23, −0.07, $p$-value = 0.000387) following adjustment for multiple comparisons (α-adjusted = 0.05/34 = 0.00147).”).

**Figure 19**
**Studies Evaluating the Relationship Between the 340B Program**
**and the Prescription of Generic or Biosimilar Drugs**

| Study | Participant Type(s) Studied | Year(s) Covered | Helps Vulnerable Patients/Safety-Net Access? | Description of Results |
|---|---|---|---|---|
| Clark et al. (2014) | Contract pharmacies (Walgreens) | 2012 | ☐ | • Generic drugs were a smaller share of 340B-eligible prescriptions than prescriptions that were not 340B-eligible |
| | | | ☐ | • Antivirals and specialty medications were a larger share of 340B-eligible prescriptions than non-340B prescriptions |
| Dean et al. (2021) | Hospital outpatient departments and physician offices | 2015-2018 | ☐ | • 340B hospitals were statistically significantly less likely to prescribe a biosimilar version of infliximab, but there was no relationship for prescriptions of biosimilar filgrastim |
| Bond et al. (2023) | General acute care hospitals | 2017-2019 | ☐ | • 340B-eligible hospitals more likely than non-340B hospitals to prescribe infliximab and filgrastim, but statistically significantly less likely to prescribe the biosimilar versions |
| | | | ☐ | • 340B eligibility associated with increased biologic revenue |
| Chang et al. (2023a) | Hospitals | 2015-2020 | ☐ | • 340B hospitals were statistically significantly less likely than non-340B hospitals to prescribe the biosimilar version of filgrastim |
| Dickson and James (2023) | Prescribers | 2020 | ☐ | • Found "no apparent difference in generic prescribing by 340B status." |
| Robinson et al. (2026) | Hospitals | 2020-2024 | ☐ | • 340B-eligible hospitals less likely than non-eligible hospitals to adopt biosimilars for trastuzumab and rituximab, but no statistically significant difference in biosimilar adoption for bevacizumab |

89.  Two studies examined generic drugs generally—Clark et al. (2014) and Dickson and James (2023)—and found mixed results regarding the relationship between the 340B Program and the prescribing of generic drugs. Clark et al. (2014) found that generics were a smaller share of 340B-eligible prescriptions than non-340B prescriptions,[185] while Dickson and James (2023) found "no apparent difference in generic prescribing by 340B status."[186]

90.  Three studies examined biosimilar use for two biologics—infliximab and filgrastim,[187] and one study examined biosimilar use for three oncology biologics—bevacizumab, trastuzumab,

---

[185]  Clark, Bobby L., et al., "The 340B Discount Program: Outpatient Prescription Dispensing Patterns Through Contract Pharmacies in 2012," *Health Affairs*, Vol. 33, No. 11, 2014, pp. 2012-2017 ("Clark et al. (2014)"), p. 2014 ("Generic medications accounted for 53.8 percent of 340B prescriptions and 82.3 percent of all prescriptions (Exhibit 1).").

[186]  Dickson, Sean and Katelyn James, "Comparison of Generic Prescribing Patterns Among 340B-Eligible and Non-340B Prescribers in the Medicare Part D Program," *JAMA Health Forum*, Vol. 4, No. 5, 2023, pp. 1-4 ("Dickson and James (2023)"), p. 1 ("For 340B-eligible prescribers, 86.4% of prescriptions were generic compared with 86.6% among non-340B prescribers (Figure). While statistically significant (odds ratio, 1.017; 95% CI, 1.016-1.018; $P < .001$), in practice, there was no apparent difference in generic prescribing by 340B status. After adjusting for differences in therapeutic class mix, 340B-eligible prescribers had an 86.6% generic prescribing rate, which was identical to the non-340B prescribers.").

[187]  According to Bond et al. (2023), "[f]ilgrastim (brand name Neupogen) and infliximab (brand name Remicade)

and rituximab.[188] Dean et al. (2021) found that 340B hospitals were significantly less likely to prescribe the biosimilar version of infliximab, but found no relationship for filgrastim.[189] Bond et al. (2023) found that while 340B hospitals were more likely than non-340B hospitals to prescribe infliximab and filgrastim, they were significantly less likely to prescribe the biosimilar versions.[190] Chang et al. (2023a) focused only on filgrastim and similarly found that 340B hospitals were significantly less likely to prescribe the biosimilar version compared to non-340B hospitals.[191] Robinson et al. (2026) found that 340B-eligible hospitals were less likely than non-eligible hospitals to adopt biosimilars for trastuzumab and rituximab, but there was no statistically significant difference in biosimilar adoption for bevacizumab.[192]

---

were the first two biologic molecules with biosimilar launches through the approval pathway enabled by the Biologics Price Competition and Innovation Act of 2009. (Filgrastim is primarily used to treat side effects of chemotherapy; infliximab is used long-term to treat chronic conditions such as rheumatoid arthritis and Crohn's disease.)." Bond, Amelia M., et al., "The Role of Financial Incentives in Biosimilar Uptake in Medicare: Evidence from the 340B Program," *Health Affairs*, Vol. 42, No. 5, 2023, pp. 632-641 ("Bond et al. (2023)"), p. 633.

[188]  Robinson et al. (2026) "focused on bevacizumab (brand name Avastin), trastuzumab (Herceptin), and rituximab (Rituxan) and their associated biosimilars." Robinson, James C., et al., "Hospital Adoption and Pricing for Oncology Biosimilars," *JAMA*, 2026, pp. E1-E7 ("Robinson et al. (2026)"), p. E2.

[189]  Dean, Emma Boswell, et al., "Physician, Practice, and Patient Characteristics Associated With Biosimilar Use in Medicare Recipients," *JAMA Network Open*, Vol. 4, No. 1, 2021, pp. 1-13 ("Dean et al. (2021)"), p. 8 (Figure 1). The difference in filgrastim biosimilar use between 340B and non-340B hospitals was 0.6 percentage points ($P = 0.65$), with a 95% CI (-0.2 to 3.2), indicating no significant difference; p. 9 (Figure 2). The difference in infliximab biosimilar use between 340B and non-340B hospitals was -5.4 percentage points ($P < 0.001$), with a 95% CI (-7.1 to -3.8), indicating significantly lower biosimilar uptake in 340B hospitals.

[190]  Bond et al. (2023), p. 637 ("Adjusted biosimilar use was 34.7 percent among hospitals just below the 340B threshold (noneligible hospitals) compared with 11.8 percent among hospitals just above the threshold (eligible hospitals), translating to an adjusted discontinuity of 22.9 percentage points (exhibit 2). Relative to biosimilar use just below the threshold, the discontinuity estimate implies a 66 percent reduction in biosimilar use associated with 340B eligibility."); ("Hospitals just above the threshold had 13.3 additional drug administrations. Relative to the number of administrations just below the threshold, the estimate implies a 77 percent increase in administrations among 340B-eligible hospitals.").

[191]  Chang, Jessica, et al., "Provider Barriers in Uptake of Biosimilars: Case Study on Filgrastim," *American Journal of Managed Care*, Vol. 29, No. 5, 2023, pp. e155-e158 ("Chang et al. (2023a)"), p. e156 ("[P]atients seen in 340B-participating hospitals were 9.8 percentage points less likely than those seen in non-340B hospitals to receive potentially lower-priced alternatives such as biosimilar filgrastim and tbo-filgrastim (rate of nonoriginator filgrastim use in 340B-participating hospitals vs non–340B-participating hospitals: 58.1% vs 67.9%; $P < .001$) (Figure, panel A).").

[192]  Robinson et al. (2026), pp. E5-E6 ("Hospitals eligible for federal 340B acquisition price discounts were associated with a lower probability to adopt biosimilars than noneligible hospitals for trastuzumab and rituximab."); Table 3 reports that eligibility for 340B acquisition price discounts is associated with coefficients of −0.009 (95% CI: −0.043 to 0.026) for bevacizumab, −0.033 (95% CI: −0.062 to −0.003) for trastuzumab, and −0.035 (95% CI: −0.071 to 0.001) for rituximab.

### b.  Other Service Offerings and Drug Utilization Outcomes

91.    The literature on the 340B Program's impact on services and drug utilization suggests that the Program may be associated with increased prescribing or expansion of oncology-related services, though the benefits for vulnerable populations and effects on health outcomes are unclear. These studies are summarized in **Figure 20**.

**Figure 20**
**Studies Evaluating the Relationship Between the 340B Program and Other Service Offerings or Drug Utilization Outcomes**

| Study | Participant Type(s) Studied | Year(s) Covered | Helps Vulnerable Patients/Safety-Net Access? | Description of Results |
|---|---|---|---|---|
| Desai and McWilliams (2018) | General acute care hospitals and affiliated clinics | 2008-2012 | ☐ | • Increased drug claims in certain disease areas: hematology–oncology and ophthalmology |
| | | | ☐ | • No significant increase in others (rheumatology) |
| Jung et al. (2018) | Hospital outpatient departments and physician offices | 2010-2013 | ☐ | • No effect on overall cancer drug utilization (the likelihood of receiving cancer drugs or the number of drug claims per patient) |
| | | | ☐ | • Increased spending on other cancer-related care (e.g., lab tests, radiology) |
| | | | ☐ | • Increased likelihood that cancer drugs were administered in hospital outpatient departments (HOPDs) rather than physician offices |
| Han (2023) | Critical access hospitals | 2008-2013 | ✓ | • Significant reduction in drug spending, but no significant effect on drug utilization (the likelihood of receiving a Part B drug or the number of drug events per patient) |
| | | | ✓ | • "[S]uggestive evidence that CAHs passed the cost savings from 340B on to patients" |
| Chang et al. (2023b) | Hospitals | 2007-2019 | ☐ | • Increased volumes of oncologic drug treatments using biologics following 340B participation |
| Owsley and Bradley (2023) | Rural general acute care hospitals | 2011-2020 | ✓ | • Increased likelihood of rural hospitals offering oncology services |
| | | | ☐ | • Service additions more common in Medicaid expansion states and counties with lower uninsurance rates |
| Faraj et al. (2024a) | Hospitals | 2012-2019 | ☐ | • "There was no association between a region's 340B penetration and use of a targeted therapy" for the treatment of advanced prostate cancer |
| | | | ☐ | • The use of targeted therapies for prostate cancer was lower in less affluent areas, and 340B penetration in the region "did not reduce this gap" |
| Faraj et al. (2024b) | Hospitals | 2012-2019 | ☐ | • No significant difference in specialty drug use for advanced prostate cancer between patients treated at 340B and non-340B hospitals |
| | | | ✓ | • For socially-vulnerable patients who began treatment, adherence was higher at 340B hospitals |
| Faraj et al. (2024c) | Hospitals | 2012-2019 | ☐ | • "In men with advanced prostate cancer, high-risk prescribing and futility measures did not vary by participation in the 340B drug pricing program." |
| Desai et al. (2026) | General acute care hospitals | 2012-2014 | ☐ | • No statistically significant difference in drug administration volume between 340B-eligible and non-eligible hospitals |
| Horn and Schulman (2026) | Oncologists linked to covered entity sites | 2013-2019 | ☐ | • Exposure to 340B providers associated with a higher likelihood of receiving Part B cancer drugs and ancillary medications for side effects among breast and lung cancer patients |

92.    Of the 10 studies reviewed, four found that the 340B Program may be associated with increased prescribing or service offerings but the implications of this increase—such as effects on

63

mortality or patient risk—were mixed or not statistically significant.[193] One study found increased prescribing in certain disease areas but not others,[194] and five studies found no significant relationship between the Program and drug utilization.[195]

93.    Owsley and Bradley (2023) found that, among rural hospitals, new 340B enrollees were more likely to add oncology services, especially among early Program participants and in areas with lower uninsurance rates or Medicaid expansion.[196] Chang et al. (2023b) reported increased volume of biologic oncology drug administrations following 340B Program participation.[197] Faraj et al. (2024c) observed increased prescribing of high-risk prostate cancer drugs at 340B hospitals but that result was not statistically significant.[198] Horn and Schulman (2026) found that exposure to 340B providers was associated with a higher likelihood of receiving Part B cancer drugs and ancillary medications for side effects among breast and lung cancer

---

[193]    Owsley, Kelsey M. and Cathy J. Bradley, "Access to Oncology Services in Rural Areas: Influence of the 340B Drug Pricing Program," *Health Affairs*, Vol. 42, No. 6, 2023, pp. 785-794 ("Owsley and Bradley (2023)"); Chang et al. (2023b); Faraj, Kassem S., et al., "The 340B Program and High-Risk Prescribing of Oral Targeted Therapies for Advanced Prostate Cancer," *Urology Practice*, Vol. 11, 2024, pp. 930-938 ("Faraj et al. (2024c)"); Horn and Schulman (2026).

[194]    Desai and McWilliams (2018).

[195]    Jung, Jeah, et al., "Impact of the 340B Drug Pricing Program on Cancer Care Site and Spending in Medicare," *Health Services Research*, Vol. 53, No. 5, 2018, pp. 3528-3548 ("Jung et al. (2018)"); Han, Dan, "The Impact of the 340B Drug Pricing Program on Critical Access Hospitals: Evidence from Medicare Part B," *Journal of Health Economics*, Vol. 89, 2023, pp. 1-30 ("Han (2023)"); Faraj, Kassem S., et al., "The 340B Program and Oral Specialty Drugs for Advanced Prostate Cancer," *Cancer*, Vol. 130, 2024, pp. 2160-2168 ("Faraj et al. (2024b)"); Faraj, Kassem S., et al., "The 340B Drug Pricing Program and Management of Advanced Prostate Cancer," *Cancer Medicine*, 2024, pp. 1-7 ("Faraj et al. (2024a)"); Desai, Sunita M., et al., "The 340B Drug Pricing Program, Hospital Prices, and Competition in Commercial Markets," *Health Services Research*, Vol. 61, 2026, pp. 1-10 ("Desai et al. (2026)").

[196]    Owsley and Bradley (2023), pp. 785, 787, 791 ("Compared with hospitals that remained unenrolled in the 340B program through 2020, hospitals that enrolled during 2012–18 were 8.3 percentage points more likely to have added oncology services as of 2020. The newly participating hospitals that added oncology services were disproportionately located in Medicaid expansion states and in counties with lower uninsurance rates."); ("For the primary analysis, we further restricted the sample to rural hospitals without oncology services during the first observation year (around 63 percent of the sample hospitals)."); ("Hospitals that began participation in earlier years (2012–15) were more likely to increase oncology services than hospitals that initiated participation in later years (2016–18).").

[197]    Chang et al. (2023b), p. 7 ("We found that both spending for outpatient oncological biologic drug episodes and volume of episodes treated with these drugs increased after 340B program participation.").

[198]    Faraj et al. (2024c), p. 931 ("In men with high noncancer mortality risk, targeted therapy use did not differ at 340B participating compared to nonparticipating hospitals (hazard ratio [HR] 1.1, 95% CI 0.67–1.5). There was no difference in androgen biosynthesis inhibitor use in men with a prior cardiac event (HR 0.96, 95% CI 0.70–1.3) or androgen receptor inhibitor use in men with a prior neurocognitive event (HR 1.5, 95% CI 0.65–3.4) in those treated at 340B participating compared to nonparticipating hospitals.").

patents.[199] Desai and McWilliams (2018) reported increased drug claims for 340B-eligible facilities in certain disease areas, primarily in outpatient hospital settings rather than physician offices.[200]

94.     Other studies found no clear impact on drug utilization. Jung et al. (2018) noted a shift in cancer drug administration from physician offices to hospital outpatient settings and increased related non-drug spending (e.g., lab tests, radiology) at 340B hospitals but no increase in utilization, measured either by the likelihood of receiving a treatment or the number of claims per patient.[201] Similarly, Han (2023) found no significant change in drug utilization with the 340B Program but did find moderate reductions in the prices paid by patients.[202] Faraj et al. (2024b) found comparable use of specialty cancer drugs at 340B and non-340B hospitals, with better adherence among socially vulnerable patients at 340B facilities.[203] Faraj et al. (2024a),

[199]   Horn and Schulman (2026), pp. 5-6 ("We find that being exposed to the 340B program is significantly associated with an increased probability of being prescribed Part B pharmaceutical cancer treatments (lung: +10.7 pp., 95% CI, 9.2 pp. to 12.3 pp.; breast: +14.8 pp., 95% CI, 13.9 pp. to 15.6 pp). This is a relative increase of 19.6% and 43.1% for patients with lung and breast cancer, respectively, compared to prescribing rates of patients not exposed to 340B. There is also an increased association with prescribing ancillary drugs to treat the side effects of cancer treatment (lung: +10.5 pp., 95% CI, 8.9 pp. to 12.0 pp.; breast: +17.0 pp., 95% CI: 16.1 pp. to 17.9 pp).").

[200]   Desai and McWilliams (2018), pp. 543, 545 ("Program eligibility was also associated with significantly more patients receiving parenteral drugs and with significantly more Part B drug claims billed per year in hospital-owned facilities in hematology–oncology (90% more drug claims than the expected mean, P = 0.001) and ophthalmology (177% more, P = 0.03) but not in rheumatology (77% more, P = 0.12)."); ("These findings suggest that much of the increase in the use of hospital-provided drugs resulted from a shift in setting, a finding consistent with hospital acquisitions of physician practices and more frequent referrals to hospital-owned specialty practices and infusion sites.").

[201]   Jung et al. (2018), pp. 3528, 3543 ("The probability of a patient receiving cancer drug administration in hospital outpatient departments (HOPDs) versus physician offices increased 7.8 percentage points more in new 340B markets than in markets with no 340B hospital. Per-patient spending on other cancer care increased $1,162 more in new 340B markets than in markets with no 340B hospital."); ("The program did not increase the probability of a patient receiving cancer drug administration and did not change the frequency of cancer drug claims among users.").

[202]   Han (2023), p. 2 ("I show that in areas with a higher CAH outpatient share before the ACA, the 340B expansion led to disproportionate reductions in Part B drug spending but little changes in utilization. Per every 10-percentage point increase in the predicted policy exposure, total payment, Medicare payment, and patient copayment for Part B drugs decreased at the intensive margin by an average of $78, $69, and $24 per patient (3.8%, 4.3%, and 5.7% of sample means) over the five quarters following the expansion, respectively. […] On the other hand, I do not find evidence that the 340B expansion affected Part B drug utilization in terms of the probability of receiving Part B drugs or the number of Part B drug events per patient.").

[203]   Faraj et al. (2024b), p. 2160 ("The 340B program was not associated with specialty drug use in men with advanced prostate cancer. However, among those who were started on therapy, 340B was associated with increased treatment adherence in more socially vulnerable men."). Socially-vulnerable patients are defined based on the CDC's social vulnerability index at the zip code-level. See Faraj et al. (2024b), p. 2161.

found that 340B participation "was not associated with use of a targeted therapy in men with advanced prostate cancer" and "did not mitigate the gaps in utilization across levels of social vulnerability."[204] Desai et al. (2026) found there was no statistically significant difference in drug administration volume between 340B-eligible and non-eligible hospitals.[205]

_____

Alice Chen, Ph.D.

March 25, 2026

---

[204] Faraj et al. (2024a), p. 6. Socially-vulnerable patients are defined based on the CDC's social vulnerability index at the zip code-level. See Faraj et al. (2024a), p. 2.

[205] Desai et al. (2026), p. 6 ("[I]ncreases in drug administration volume (25.0%, 95% CI: -29.0, 79.1) [at the 340B eligibility threshold] were not statistically significant[.]").

**Appendix A**
**Curriculum Vitae**

**Alice J. Chen**

## Contact Information

USC Schaeffer Center, VPD 414M
635 Downey Way
Los Angeles, CA 90089-3333

Phone: (213) 821-1763
Email: alicejc@usc.edu
Website: http://priceschool.usc.edu/alice-chen/

## Professional Experience

University of Southern California

Sol Price School of Public Policy

| | |
|---|---|
| Vice Dean for Research | 2022 – 2025 |
| Associate Professor (with tenure) | 2020 – present |
| Assistant Professor | 2014 – 2020 |

Leonard D. Schaeffer Center for Health Policy and Economics

| | |
|---|---|
| Director, Value of Life Sciences Innovation | 2025 – present |
| Senior Scholar | 2020 – present |
| Fellow | 2014 –2020 |

## Education

Ph.D., Business Economics, University of Chicago, Booth School of Business, 2014
M.B.A., University of Chicago, Booth School of Business, 2014
S.M., Applied Mathematics, Harvard University, 2008
A.B., Applied Mathematics, Harvard University, *cum laude* 2008

## Professional Service

| | |
|---|---|
| Co-Editor, *Journal of Policy Analysis and Management* | 2022 – present |
| Editorial Board, *American Journal of Health Economics* | 2024 – present |

## Honors and Fellowships

| | |
|---|---|
| Research Award, Silver, USC Price | 2024 |
| Research Award, Bronze, USC Price | 2019 - 2021 |
| Outstanding Faculty of the Year, USC Health Administration Graduate Program | 2016 |
| Biennial Student Paper Award, American Society of Health Economists | 2014 |
| Executive MBA Teaching Assistant Performance Bonus Award | 2010, 2011 |
| University of Chicago, Booth School of Business PhD Fellowship | 2008-2013 |
| National Science Foundation Graduate Fellowship, Honorable Mention | 2008 |
| Top Manuscript Prize, *Harvard Undergraduate Research Journal* | 2008 |

## Congressional Testimony

Chen, Alice. "Pharmaceutical Pricing That Balances Innovation and Affordability for Patients with Rare Diseases." US House Energy and Commerce Subcommittee on Health. February 29, 2024.

## Teaching Experience

| | |
|---|---|
| Health Economics, BA, USC Price (Instructor Rating: 3.6/4) | 2017 – present |
| Health Policy, MHA, USC Price (Instructor Rating: 3.9/4) | 2015 – present |
| Health Finance, MHA, USC Price (Instructor Rating: 3.6/4) | 2022 |
| Health Finance, EMHA, USC Price (Instructor Rating: 4.7/5) | 2015 – 2021 |
| Health Care Management Lab Mentor, MBA, University of Chicago, Booth | 2014 |
| Economics Camp for incoming Ph.D. students, University of Chicago, Booth | 2012 |
| Microeconomics Teaching Assistant, EMBA, University of Chicago, Booth | 2010, 2011 |

**Peer-Reviewed Publications**

*Economics (alphabetical authorship)*

1. **Chen, Alice,** Rachel Shriver, and Michael Richards. "Regulating Malpractice Risk and Medical Decision-Making: Evidence from Births." *Journal of Policy Analysis and Management,* conditionally accepted.

1. **Chen, Alice** and Michael McWilliams. "How Benchmarks Affect Participation in Accountable Care Organizations: Prospects for Voluntary Payment Models." *American Journal of Health Economics*, 2025, 11(1):38-62. [Link]

2. **Chen, Alice** and Jing Li. "Advanced Care Planning in Medicare: Impacts on End of Life Care and Spending." *Journal of Health Economics*, 2024, 98:102921. [Link]

3. Barnes, Hillary, **Alice Chen**, Matthew McHugh, and Michael Richards. "Public Insurance Expansions and Labor Demand in Physician Practices." *Journal of Human Resources,* 2023. [Link]

4. **Chen, Alice**, Elizabeth Munnich, Stephen Parente, and Michael Richards. "Provider Turf Wars and Medicare Regulation." *Journal of Public Economics*, 2023: 218:104812. [Link]

5. **Chen, Alice**, Michael Richards, Christopher Whaley, and Xiaoxi Zhao. "The Extent of Externalities from Medicare Payment Policy." *American Journal of Health Economics,* 2022: 8(2):151-299. [Link] Selected Press: *US News*

6. **Chen, Alice**, Elizabeth Munnich, Stephen Parente, and Michael Richards. "Do Physicians Warm Up to Higher Medicare Prices? Evidence from Alaska?" *Journal of Policy Analysis and Management,* 2022, 41(2):394-425. [Link]

7. **Chen, Alice** and Darius Lakdawalla. "Healing the Poor: The Influence of Patient Socioeconomic Status on Physician Supply Responses." *Journal of Health Economics*, 2019, 64:43-54. [Link]

8. **Chen, Alice**, Amy Grave, Matthew Resnick, and Michael Richards. "Does Spending More Get More? Health Care Delivery and Fiscal Implications from a Medicare Payment Policy." *Journal of Policy Analysis and Management*, 2018, 37(4):706-731. [Link]

9. **Chen, Alice**, Anthony Lo Sasso, and Michael Richards. "Supply-side Effects from Public Insurance Expansions: Evidence from Physician Labor Markets." *Health Economics*, 2018, 27(4):690-708. [Link] Selected Press: *Marketplace*

10. **Chen, Alice**, Anthony Lo Sasso, and Michael Richards. "Graduating Into a Downturn: Are Physicians Recession Proof?" *Health Economics* 2018, 27(1):223-225. [Link]

11. **Chen, Alice** and Dana Goldman. "Health Care Spending: Historical Trends and New Directions." *Annual Review of Economics,* 2016, 8:291–319. [Link]

12. **Chen, Alice**, Emily Oster, and Heidi Williams. "Why is Infant Mortality Higher in the US than in Europe?" *American Economic Journal: Economic Policy,* 2016, 8(2):89-124. [Link] Selected Press: *Bloomberg, CBS News, CNN, FiveThirtyEight, Forbes, The Atlantic, The New York Times (x3), The Washington Post, Vox*

13. **Chen, Alice.** "When Does Weight Matter Most?" *Journal of Health Economics,* 2012, 31(1):285-295. [Link]]


***Health Policy and Medical*** *(non-alphabetical authorship)*

14. Axeen, Sarah, **Alice Chen,** Darius N. Lakdawalla, Neal Masia, Alexander Niyazov, Bhakti Arondekar, and Stephen J. Freedland. Do Trial Benefits Predict Real-World Gains in Metastatic Castration Resistant Prostate Cancer. *Journal of the National Cancer Institute: Cancer Spectrum,* 2025, 9(2). [Link]

15. **Chen, Alice,** Rachel Shriver, and Michael Richards. "Fitting In? Physician Practice Style After Forced Relocation." *Health Services Research,* 2024, 59(4):e14340. [Link]

16. **Chen, Alice,** Katrina Kaiser, Laura Gascue, Maria-Alice Manetas, and Karen Van Nuys. "Competitive Pressure in Specialty Drug Markets—Uptake and Prices of Traztuzumab Biosimilars." *Health Affairs*, 2023, 42(6). [Link]
    Selected Press: *AJMC, BioSpace, Medical Marketing and Media, PharmacyTimes*

17. Hankyung Jun, Soeren Mattke, **Alice Chen**, and Emma Aguila. The Value of Medicare Coverage on Depressive Symptoms Among Older Immigrants. *The Gerontologist*, 2023. [Link]

18. Li, Meng, Kaiping Liao, **Alice Chen**, Tina Cascone, Yu Shen, Qian Lu, Ya-Chen Tian Shih. Disparity in Checkpoint Inhibitor Utilization Among Commercially Insured Adult Patients with Metastatic Lung Cancer. *Journal of National Cancer Institute*, 2023, 115(3):. [Link]
    Selected Press: *Healio*

19. **Alice Chen**, Jie Zhang, Abhijit Agarwal, Darius Lakdawalla. "Value of Reducing Wait Times for CAR-T Treatment: Evidence From RCT Data on Tisagenlecleucel for DLBCL" *Value in Health*, 2022, 25(8):1344-1351. [Link]

20. Li, Meng, Dana Goldman, and **Alice Chen**. "Spending on Targeted Therapies and Mortality for Breast Cancer." *Health Affairs,* 2021, 40(5):763-771. [Link]

21. Li, Jing, **Alice Chen**, Moon Parks, Arnab Gosh, and Lawrence Casalino. "County-Level Unemployment and Service Intensity in Primary Care Physician Offices for Medicare Patients." *Medical Care Research and Review,* 2021, 78(3):218–228. [Link]

22. **Chen, Alice** and Karen Van Nuys. "Variation in Biosimilar Uptake in Europe—Reply." *JAMA Internal Medicine ,* 2020, 181(3):404. [Link]

23. **Chen, Alice,** Laura Gascue, Rocio Ribero, and Karen Van Nuys. "Uptake of Infliximab Biosimilars Among the Medicare Population." *JAMA Internal Medicine,* 2020, 180(9):1255-1256. [Link]
    Selected Press: *MDedge, Physician's Weekly, Pediatric News*

24. **Chen, Alice**, Rocio Ribero, and Karen Van Nuys. "Provider Differences in Biosimilar Uptake." *American Journal of Managed Care*, 2020, 26(5):208-213. [Link]

25. **Chen, Alice**, Xiaohan Hu, Rena Conti, Anupam Jena, and Dana Goldman. "Trends in the Price per Median and Mean Life Years Gained Among Newly Approved Cancer Therapies." *Value in Health,* 2019, 22(12):1387-95. [Link]
    Selected Press: *Stat News*

A-3

26. **Chen, Alice**, Daniel Blumenthal, and Anupam Jena. "Characteristics of Physicians Excluded from U.S. Medicare and State Public Insurance Programs for Fraud, Health Crimes, or Unlawful Prescribing of Controlled Substances." *JAMA Network Open*, 2018, 1(8):e185805. [Link] Selected Press: *Becker's ASC Review*, *Becker's Hospital Review*, *FierceHealthcare*, *HealthDay*

27. **Chen, Alice** and Dana Goldman. "Productivity Benefits of Medical Care: Evidence from US-Based Randomized Clinical Trials." *Value in Health,* 2018, 21(8):905-910. [Link]

## Works in Progress

1. **Chen, Alice**, Seth Freedman, Elizabeth L. Munnich, and Michael R. Richards. "Pricing Innovation in Surgical Markets." *Revisions requested, American Economics Journal: Economic Policy.*

2. **Chen, Alice**, Partha Deb, and Darius Lakdawalla. "Do Higher Prices Lead to Better Innovation?"

3. **Chen, Alice,** Mireille Jacobson, Darius Lakdawalla, and Shengjia Xu. "Re-Evaluation of ACOs Using Regression Discontinuity."

4. Margarita Khvan, Michael Richards, and **Alice Chen.** "Role of Insurers in Reducing Physician Fraud and Abuse."

5. Christopher Scannell and **Alice Chen.** "Impact of Generic Drug Market Entry on Rebates for Brand Name Drugs."

## Other Work

1. **Chen, Alice**, Andrew Elzinga, and Penka Kovacheva. Drug Pricing Law Could Have Unintended Consequences. *Law 360,* June 28, 2023. <https://www.law360.com/articles/1693611>.

2. **Chen, Alice** and Lee, Zeewan, Lost in Complexity? The Impacts of Health Insurance Literacy on ACA-Induced Retirement. December 5, 2022, CESR-Schaeffer Working Paper No. 2022_008.

3. Malani, Anup, Satej Soman, Sabareesh Ramachandran, **Alice Chen**, and Darius Lakdawalla. Vaccine Allocation Priorities Using Disease Surveillance and Economic Data. 2022. NBER Working Paper No. 29862.

4. McWilliams, Michael, **Alice Chen**, Michael E Chernew. From Vision to Design in Advancing Medicare Payment Reform: A Blueprint for Population-Based Payments." *USC-Brookings Initiative for Health Policy White Paper* 2021. <https://www.brookings.edu/wp-content/uploads/2021/10/From-Vision-to-Design-in-Advancing-Medicare-Payment-Reform-1.pdf>.

5. **Chen, Alice**, Priya Bhanot, Laura Gascue, Rocio Ribero, Rita Shane, and Karen Van Nuys. Insurer Formularies—Complicating the Adoption of Biosimilar Cancer Therapies? *Health Affairs Blog*, April 8, 2021. <https://www.healthaffairs.org/do/10.1377/hblog20210405.345071/full/>.

6. **Chen, Alice**, Michael Richards, and Kosali Simon. Data Resources on Health Encounter Data. ASHEcon Newsletter Issue 2021:1. <https://www.ashecon.org/newsletter/newsletter-20211/data-resources-on-health-care-encounter-data/>.

A-4

7. McWilliams, Michael J and **Alice Chen**. Understanding the Latest ACO "Savings": Curb Your Enthusiasm and Sharpen Your Pencils—Part 2. *Health Affairs Blog,* November 13, 2020, doi: 10.1377/hblog20201106.1578. <https://www.healthaffairs.org/do/10.1377/hblog20201106.1578/full/>.

8. McWilliams, Michael J and **Alice Chen**. Understanding the Latest ACO "Savings": Curb Your Enthusiasm and Sharpen Your Pencils—Part 1. *Health Affairs Blog,* November 12, 2020. < https://www.healthaffairs.org/do/10.1377/hblog20201106.719550/full/>.

9. **Chen, Alice**, Michael Richards, and Kosali Simon. Data Resources on Medical Providers. ASHEcon Newsletter Issue 2020:1. <https://www.ashecon.org/newsletter/newsletter-issue-20201/data-resources-on-medical-providers/>.

10. **Chen, Alice** and Dana Goldman. "Accounting for Hope: Using `Mean Survival Gain' to Price New Cancer Drugs." *STAT*, October 14, 2019 < https://www.statnews.com/2019 /10/14/mean-survival-gain-pricing-cancer-drugs/>.

11. **Chen, Alice**. "Do the Poor Benefit from More Generous Medicaid Physician Payments?" SSRN Working Paper. 2014. Awarded: American Society of Health Economists' Biennial Student Paper Award.

12. **Chen, Alice**. "Do the Poor Benefit From More Generous Medicaid Physician Payments?" *Journal of Public Policy Blogpost*, May 13, 2014 < https://jpublicpolicy.com/2014/05/13/do-the-poor-benefit-from-more-generous-medicaid-physician-payments/>.

13. **Chen, Alice**. "The Impacts of Stricter Graduation Requirements on Youth Crime." *The Harvard Undergraduate Research Journal*, 2008, 1(2): 42-47. Awarded Top Manuscript Prize.

**Grants**

Agency for Healthcare Quality and Research. "Outcomes of Alternative Payment Models." (**Role: Co-Investigator**, PIs: Kaplan and Hempel). August 2024 – August 2025.

Laura and John Arnold Foundation Grant. "Understanding of Provider Prices and the Growing Cost of Health Care." (**Role: Co-Investigator**; PI: Trish). January 2023 – December 2026. $1,643,527.

Community Health Councils, Incorporated. "Guaranteed Basic Income Project in South Los Angeles." (**Role: Co-PI**). March 2023 – September 2023. $47,850.

USC Lusk Center for Real Estate Research Grant. "Impact of Guaranteed Income Programs on Living Arrangements and Housing Stability of Single Mother Households." (**Role: Co-PI**). May 2023 – April 2024. $10,000.

National Institutes of Health. 1P30AG066589-01. "Pilot: ADRD Care in New Delivery and Payment Models." (**Role: Pilot PI**; Parent Grant PI: Zissimopoulos; CeASES-ADRD). July 2020 – June 2021. $25,000.

National Institute on Health, 3R01AG055401-02S2. "Reducing Racial and Ethnic Disparities in Alzheimer's Disease: Role of ACOs." (**Role: Supplement PI**; Parent Grant PI: Zissimopoulos). September 2018 – May 2020. $161,651.

A-5

National Institute of Health, 2P30AG043073-06. "Pilot: Impact of ACOs on Minority Populations with Dementia and Other Chronic Conditions." (**Role: Pilot PI**; Parent Grant PIs: Goldman and Zissimopoulos). September 2018 – June 2019. $54,946.

National Institute of Health, 5R01DK107552-03. "The Long-Term Benefits of Interventions to Improve T2D Outcomes." (**Role: Co-Investigator**; PIs: Goldman and Huckfeldt). July 2018 – June 2019. $37,464.

Schaeffer Center Research Grant. "Pilot: Trends in Cancer Drug Value." (**Role: PI**). July 2017 – June 2018. $34,262.

Agency for Healthcare Research Quality, T32HS000084. "National Research Service Award, Institutional Research T32 Grant." (**Role: Trainee**). July 2012 – June 2014.

## Professional Service

Referee for Economics Journal
> *American Economic Review, American Economic Journal: Applied Economics, American Journal of Health Economics, Demography, Health Economics, Journal of Health Economics, Journal of Human Capital, Journal of Human Resources, Journal of Public Policy Analysis and Management, Management Science, Journal of Public Economics, Journal of the European Economic Association, Labour Economics, Review of Economics and Statistics, Review of Economics Studies, The B.E. Journal of Economic Analysis and Policy*

Referee for Health Policy, Medical, and Other Journals:
> *Academic Pediatrics, American Journal of Managed Care, American Journal of Preventive Medicine, British Medical Journal, Economics and Human Biology, Forum of Health Economics and Policy, Health Affairs, Health and Place, JAMA, JAMA Internal Medicine, Journal of Health Politics, Policy, and Law, Medical Care, Population Research and Policy Review, The Accounting Review, Value in Health, Value in Health Regional Issue*

Professional Affiliations and Responsibilities
> Annual Health Economics Conference Organizing Committee 2023 - present
> AcademyHealth Annual Research Meeting Planning Committee, Theme Co-Leader 2020, 2021
> American Economic Association
> American Society of Health Economists
> Association for Public Policy Analysis and Management
> International Health Economics Association
> Annual Health Economics Conference Organizing Committee

## Departmental Service
> MHA Admissions Committee (2016-present)
> Tenure Review Committee (2022)
> Diversity, Equity, and Inclusion Committee (2021-2022)
> PhD Review Committee (2021-2022)
> Faculty Hiring Committee (2021)
> Academic Integrity Committee (2020-2022)
> Faculty Review Committee (2019)
> Hiring Committee for Research Faculty (2017-2018)
> Research Committee (2016-2017, 2020-2021)
> Faculty Review Subcommittee (2016)
> "MHA: Get to Know Your Program" presentation to admitted students (2016)
> Faculty panel speaker in Admitted Student Lunch Event (2016)
> Price IT Taskforce Committee (2015-2016)

Hiring Committee for Non-Tenure Track Faculty (2015)
MHA/EMHA Committee Member (2014-2015)
Undergraduate Degree Committee (2014-2016)
Junior Faculty Breakfast Meetings (2014-2020

## Student Advising

### *Doctoral Dissertation Committees*

Margarita Khvan, USC Economics
Shengjia Xu, USC Price, 2024 Placement: Mathematica
Sushant Joshi, USC Price, 2022 Placement: Acumen
Hankyung (Kate) Jun, USC Price, 2022 Placement: Harvard University Postdoc
Yi Chen, USC Price, 2022 Placement: Rush University Postdoc
Yinan Liu, USC Economics, 2021 Placement: Renmin University
Zeewan Lee, USC Price, 2020 Placement: National University of Singapore
Eunhae Shin, USC Economics, 2019 Placement: Mathematica
Hongming Wang, USC Economics, 2019 Placement: Hitotsubashi University
JiaJia Chen, University of Illinois Chicago, 2019 Placement: CDC

### *Qualifying Exam Committees*

Azka Imran, USC Price
Saumya Khanna, USC Price
Drishti Baid, USC Price
Hai Zhou, USC Price
Shengjia Xu, USC Price
Sushant Joshi, USC Price
Yi Chen, USC Price
Zeewan Lee, USC Price

### *Postdoctoral Advising*

Christopher Scannell, USC Schaeffer Center
Meng Li, USC Schaeffer Center, 2020 Placement: MD Anderson

## Presentations (Including Scheduled)

2025:   Annual Health Economics Conference
        Empirical Health Law Conference
        Canada Health Economics Study Group – Keynote Presentation

2024:   American Economic Association Annual Meeting
        Association for Public Policy Analysis and Management Annual Conference
        Congressional Testimony
        Office of the Assistant Secretary for Planning and Evaluation (ASPE) Physician-Focused
            Payment Model Technical Advisory Committee (PTAC) Public Meeting

2023:   American Society of Health Economists Annual Conference
        CalPERS Board
        Centre for Economic Policy Research (CEPR) Conference in Health Economics
        Junior Health Economics Summit
        Summit on Biosimilars & Innovator Biologics
        Tulane Conference: The Shortage in Health Care Personnel and Labor Force Issues
        University of Los Angeles (Public Health)
        World Health Organization's Global Vaccine and Immunization Research Forum

2022:    Fordham's Conference on International Antitrust Law and Policy
         NBER Summer Institute (Aging)
         Office of the Assistant Secretary for Planning and Evaluation (ASPE) Physician-Focused
             Payment Model Technical Advisory Committee (PTAC) Public Meeting
         University of California, Los Angeles (Pharmaceutical Economics)
         University of Miami (Business School)

2021:    Academy Health
         American Society of Health Economists Annual Conference
         Georgetown University
         NBER Spring Meeting (Health Economics)

2020:    Cornell University (Weill Cornell Medicine)
         Junior Health Economics Summit

2019:    American Society of Health Economists Annual Conference
         Association for Public Policy Analysis and Management Annual Conference
         International Health Economics Association Congress
         National Tax Association Annual Conference
         Resource Centers on Minority Aging Research Annual Investigators Meeting
         University of Chicago Booth Alumni Insight
         University of California, Los Angeles (School of Medicine)
         University of California, Riverside (Economics Department)
         Western Economics Association International Annual Conference

2018:    American Society of Health Economists Annual Conference
         Federal Trade Commission
         Harvard University (School of Medicine)
         Healthcare Payers Transformation Assembly
         Junior Health Economics Summit
         San Diego State University (Economics Department)

2017:    Cedars-Sinai Health Services Research Seminar
         International Health Economics Association Congress
         International Association of Gerontology and Geriatrics World Congress
         Junior Health Economics Summit

2016:    American Economic Association Annual Conference
         American Society of Health Economists Biennial Conference
         Association for Public Policy Analysis and Management Fall Research Conference
         Junior Health Economics Summit

2015:    Association for Public Policy Analysis and Management Fall Research Conference
         Midwest Health Economics Conference
         NBER Summer Institute (Health Care)
         University of Southern California (Schaeffer and CESR)
         National University of Singapore (Economics Department)

2014:    Association for Public Policy Analysis and Management Fall Research Conference
         Columbia (Mailman)
         Congressional Budget Office

A-8

2014:    Emory (Rollins)
         Federal Trade Commission
         Mathematica
         Midwest Health Economics Conference
         NBER Summer Institute (Aging)
         Northeastern (Economics Department)
         University of Chicago Health Economics Workshop
         University of Pennsylvania (Perelman)
         University of Southern California (Price)
         University of Wisconsin (School of Business)

A-9

**Appendix B**
**Prior Testimony of Alice J. Chen in the Last Four Years**

1. Ketayi, et al. v. Health Enrollment Group, et al., United States District Court, Southern District of California, deposition testimony given 2/17/2023. Expert Report dated 2/1/2023.
2. Griffin, et al. v. Benefytt Technologies, Inc., et al., United States District Court, Southern District of Florida, deposition testimony given 3/9/23. Expert report dated 2/27/23.
3. United States of America v. Nader Pourhassan and Kazem Kazempour. United States District Court, District of Maryland, trial testimony given 11/21/24. Expert report dated 11/4/24.

**Appendix C**
**Materials Considered**

**Complaints and Court Documents**

Complaint for Declaratory and Injunctive Relief, *AbbVie Inc., et al. v. Brown and Moran*, March 25, 2026.

Opinion of the Court, *Novartis Pharmaceuticals Corporation v. Johnson et al.*, No. 21-5299 (D.C. Cir. 2024), May 21, 2024.

Opinion of the Court, *Sanofi Aventis US LLC v. United States Department of Health and Human Services*, Nos. 21-3167, 21-3379, January 30, 2023.


**Legal Statutes and Regulations**

"Definitions," *Code of Federal Regulations,* Title 45, Part 75.2 (2014), available at https://www.ecfr.gov/current/title-45/subtitle-A/subchapter-A/part-75/subpart-A/section-75.2.

Department of Health and Human Services, Health Resources and Services Administration, "Notice Regarding the 340B Drug Pricing Program; Children's Hospitals," *Federal Register* 72, No. 130 (2007): 37250-37252, available at https://www.govinfo.gov/content/pkg/FR-2007-07-09/pdf/E7-13239.pdf.

Department of Health and Human Services, Health Resources and Services Administration, "Notice Regarding 340B Drug Pricing Program—Contract Pharmacy Services," *Federal Register* 75, No. 43 (2010): 10272-10279, available at https://www.govinfo.gov/content/pkg/FR-2010-03-05/pdf/2010-4755.pdf.

Health Resources and Services Administration, "Notice Regarding Section 602 of the Veterans Health Care Act of 1992 Patient and Entity Eligibility," *Federal Register* 61, No. 207 (1996): 55156-55158, available at https://www.hrsa.gov/sites/default/files/hrsa/opa/patient-entity-eligibility-10-24-96.pdf.

Health Resources and Services Administration, "Notice Regarding Section 602 of the Veterans Health Care Act of 1992; Contract Pharmacy Services," *Federal Register* 61, No. 165 (1996): 43549-43556, available at https://www.govinfo.gov/content/pkg/FR-1996-08-23/pdf/96-21485.pdf.

"Part 10–340B Drug Pricing Program," *Code of Federal Regulations,* Title 42 (2025), available at https://www.ecfr.gov/current/title-42/chapter-I/subchapter-A/part-10.

"Program Income," *Code of Federal Regulations,* Title 45, Part 75.307 (2014), available at https://www.ecfr.gov/current/title-45/subtitle-A/subchapter-A/part-75/subpart-D/subject-group-ECFR911e5e1a30bfbcb/section-75.307.

"Section 340B: Public Health Service Act," *Code of Federal Regulations,* Title 42 (2025), available at https://www.hrsa.gov/sites/default/files/hrsa/rural-health/phs-act-section-340b.pdf.

Washington State Legislature, Senate, *An Act Relating to Protecting the Integrity of the 340B Drug Pricing Program; Amending RCW 43.71C.010, 43.71C.050, 43.71C.090, and 43.71C.100; Adding New Sections to Chapter 43.71C RCW; Adding a New Chapter to Title 69 RCW; and Prescribing Penalties*, 69th Legislature, 2026 Regular Session, WA S.B. 5981.


**Academic Publications**

Baser, Onur, et al., "Use of Open Claims vs Closed Claims in Health Outcomes Research," *Journal of Health Economics and Outcomes Research*, Vol. 10, No. 2, 2023, pp. 45-52.

Birnbaum, Howard G., et al., "Using Healthcare Claims Data for Outcomes Research and Pharmacoeconomic Analyses," *Pharmacoeconomics*, Vol. 16, No. 1, 1999, pp. 1-8.

Bond, Amelia M., et al., "The Role of Financial Incentives in Biosimilar Uptake in Medicare: Evidence from the 340B Program," *Health Affairs*, Vol. 42, No. 5, 2023, pp. 632-641.

Chang, Jessica, et al., "Provider Barriers in Uptake of Biosimilars: Case Study on Filgrastim," *American Journal of Managed Care*, Vol. 29, No. 5, 2023, pp. e155-e158.

Chang, Jessica, et al., "Association Between New 340B Program Participation and Commercial Insurance Spending on Outpatient Biologic Oncology Drugs," *JAMA Health Forum*, Vol. 4, No. 6, 2023, pp. 1-10.

Clark, Bobby L., et al., "The 340B Discount Program: Outpatient Prescription Dispensing Patterns Through Contract Pharmacies in 2012," *Health Affairs*, Vol. 33, No. 11, 2014, pp. 2012-2017.

Conti, Rena M., and Peter B. Bach, "The 340B Drug Discount Program: Hospitals Generate Profits By Expanding To Reach More Affluent Communities," *Health Affairs*, Vol. 33, No. 10, October 2014, pp. 1786-1792.

Dean, Emma Boswell, et al., "Physician, Practice, and Patient Characteristics Associated With Biosimilar Use in Medicare Recipients," *JAMA Network Open*, Vol. 4, No. 1, 2021, pp. 1-13.

Desai, Sunita M., and J. Michael McWilliams, "Consequences of the 340B Drug Pricing Program," *The New England Journal of Medicine*, Vol. 378, No. 6, 2018, pp. 539-548.

Desai, Sunita M., and J. Michael McWilliams, "The 340B Drug Pricing Program and Hospital Provision of Uncompensated Care," *American Journal of Managed Care*, Vol. 27, No. 10, 2021, pp. 432-437.

Desai, Sunita M., et al., "The 340B Drug Pricing Program, Hospital Prices, and Competition in Commercial Markets," *Health Services Research*, Vol. 61, 2026, pp. 1-10.

Dickson, Sean, et al., "Trends in Proportion of Medicare Part D Claims Subject to 340B Discounts, 2013-2020," *JAMA Health Forum*, Vol. 4, No. 11, 2023, pp. 1-12.

Dickson, Sean, and Katelyn James, "Comparison of Generic Prescribing Patterns Among 340B-Eligible and Non-340B Prescribers in the Medicare Part D Program," *JAMA Health Forum*, Vol. 4, No. 5, 2023, pp. 1-4.

Faraj, Kassem S., et al., "The 340B Drug Pricing Program and Management of Advanced Prostate Cancer," *Cancer Medicine*, 2024, pp. 1-7.

Faraj, Kassem S., et al., "The 340B Program and Oral Specialty Drugs for Advanced Prostate Cancer," *Cancer*, Vol. 130, 2024, pp. 2160-2168.

Faraj, Kassem S., et al., "The 340B Program and High-Risk Prescribing of Oral Targeted Therapies for Advanced Prostate Cancer," *Urology Practice*, Vol. 11, 2024, pp. 930-938.

Han, Dan, "The Impact of the 340B Drug Pricing Program on Critical Access Hospitals: Evidence from Medicare Part B," *Journal of Health Economics*, Vol. 89, 2023, pp. 1-30.

Horn, Danea, and Kevin Schulman, "Impact of 340B Exposure on Treatment Utilization and Cost for Medicare Patients With Cancer," *Health Services Research*, Vol. 61, 2026, pp. 1-9.

Horn, Danea, "The Incentive to Treat: Physician Agency and the Expansion of the 340B Drug Pricing Program," *Journal of Health Economics*, Vol. 101, May 2025, pp. 1-30.

Jung, Jeah, et al., "Impact of the 340B Drug Pricing Program on Cancer Care Site and Spending in Medicare," *Health Services Research*, Vol. 53, No. 5, 2018, pp. 3528-3548.

Levengood, Timothy W., et al., "Assessing the Impact of the 340B Drug Pricing Program: A Scoping Review of the Empirical, Peer-Reviewed Literature," *Milbank Quarterly*, Vol. 102, No. 2, June 2024, pp. 429-462.

Lin, John K., et al., "Assessment of US Pharmacies Contracted With Health Care Institutions Under the 340B Drug Pricing Program by Neighborhood Socioeconomic Characteristics," *JAMA Health Forum*, Vol. 3, No. 6, 2022, pp. 1-4.

Liu, Benjamin Y., et al., "Supplemental Appendix, Expansion of 340B Disproportionate Share Hospitals in the United States From 2010 to 2022," *Health Services Research*, March 14, 2025.

Liu, Benjamin Y., et al., "Expansion of 340B Disproportionate Share Hospitals in the United States From 2010 to 2022," *Health Services Research*, March 14, 2025.

McGlave, Claire, et al., "340B Contract Pharmacy Growth by Pharmacy Ownership: 2009-2022," *Health Affairs Scholar*, Vol. 2, No. 1, 2024, pp. 1-4.

Nikpay, Sayeh, et al., "Diversity of Participants in the 340B Drug Pricing Program for US Hospitals," *JAMA Internal Medicine*, Vol. 178, No. 8, 2018, pp. 1124-1127.

Nikpay, Sayeh, et al., "Relationship Between Initiation of 340B Participation and Hospital Safety-Net Engagement," *Health Services Research*, Vol. 55, No. 2, 2020, pp. 157-169.

Nikpay, Sayeh, et al., "Association of 340B Contract Pharmacy Growth With County-Level Characteristics," *American Journal of Managed Care*, Vol. 28, No. 3, 2022, pp. 133-136.

Nikpay, Sayeh, et al., "Trends in 340B Drug Pricing Program Contract Growth Among Retail Pharmacies From 2009 to 2022," *JAMA Health Forum*, Vol. 4, No. 8, 2023, pp. 1-3.

Nikpay, Sayeh, and Claire McGlave, "Association Between 340B Contract Pharmacy Growth and Payer-Specific Drug Coverage," *American Journal of Managed Care*, Vol. 32, No. 2, 2026, pp. 108-112.

Owsley, Kelsey M., and Cathy J. Bradley, "Access to Oncology Services in Rural Areas: Influence of the 340B Drug Pricing Program," *Health Affairs*, Vol. 42, No. 6, 2023, pp. 785-794.

Owsley, Kelsey M., et al., "US Hospital Service Availability and New 340B Program Participation," *JAMA Health Forum*, Vol. 5, No. 5, 2024, pp. 1-12.

Owsley, Kelsey M., and Saleema A. Karim, "Community Social Vulnerability and the 340B Drug Pricing Program: Evaluating Predictors of 340B Participation Among Critical Access Hospital," *Journal of Rural Health*, Vol. 40, No. 4, September 2024, pp. 720-727.

Robinson, James C., et al., "Hospital Adoption and Pricing for Oncology Biosimilars," *JAMA*, 2026, pp. E1-E7.

Smith, Kyle, et al., "The Impacts of the 340B Program on Health Care Quality for Low-Income Patients," *Health Services Research*, Vol. 58, No. 5, October 2023, pp. 1089-1097.

**Publicly Available Sources**

340B Health, "340B Drug Pricing Program Overview," available at https://www.340bhealth.org/members/340b-program/overview.

AbbVie, "2024 Annual Report on Form 10-K and 2025 Proxy Statement," 2025, available at https://investors.abbvie.com/static-files/62df4b7e-2544-4d8b-88cd-c863e8f23003.

C-4

Ahold Delhaize USA, "Home," available at https://www.adusa.com/.

Albertsons, "Home," available at https://www.albertsonscompanies.com/home/default.aspx.

AmerisourceBergen, "How are retail prescriptions captured into the 340B program?," *AmerisourceBergen*, January 6, 2023, available at https://www.amerisourcebergen.com/insights/pharmacies/how-are-retail-prescriptions-captured-into-the-340b-program.

Apexus, "340B Community," available at https://www.apexus.com/.

Apexus, "340B Glossary of Terms," 2024, available at https://www.340bpvp.com/Documents/Public/340B%20Tools/340b-glossary-of-terms.pdf.

Apexus, "NDC Change Notification Best Practices and Template for Communication," 2024, available at https://www.340bpvp.com/Documents/Public/340B%20Tools/ndc-change-notification-best-practices-template.docx.

ASHP News Center, "U.S. Drug Spending Up 10.2% in 2024, with Weight Loss Drugs Remaining Top Driver," April 24, 2025, available at https://news.ashp.org/news/ashp-news/2025/04/24/us-drug-spending-up-10-in-2024-with-weight-loss-drugs-remaining-top-driver.

Asper, Faith, "Introduction to Medicare Cost Reports," Research Data Assistance Center, August 14, 2013, available at https://resdac.org/videos/introduction-medicare-cost-reports-0.

ATSDR, "Social Vulnerability Index," July 22, 2024, available at https://www.atsdr.cdc.gov/place-health/php/svi/index.html.

Browdie, Megan, et al., *Pharmaceutical Industry Antitrust Handbook* Second Ed., Chicago, Illinois, American Bar Association, 2018.

Centers for Medicare and Medicaid Services, "Data Available to Researchers," January 14, 2025, available at https://www.cms.gov/data-available-researchers.

Centers for Medicare and Medicaid Services, "Hospital Provider Cost Report," January 8, 2026, available at https://data.cms.gov/provider-compliance/cost-reports/hospital-provider-cost-report.

CenterWell, "Home," available at https://www.centerwell.com/.

Chen, Alice, et al., "Data Resources on Health Care Encounter Data," *American Society of Health Economists*, 2021, available at https://www.ashecon.org/newsletter/newsletter-20211/data-resources-on-health-care-encounter-data/.

Cigna, "Home Delivery Pharmacy," available at https://www.cigna.com/individuals-families/member-guide/home-delivery-pharmacy.

Compisi, Chris, "Letter on 340B Program Integrity Initiative," AbbVie, March 29, 2023, available at https://www.amerisourcebergen.com/-/media/assets/amerisourcebergen/340b/manf-letters/abbvie-letter-340b-integrity-initiative-3292023.pdf.

Cosgrove, James, "Drug Discount Program: Characteristics of Hospitals Participating and Not Participating in the 340B Program," United States Government Accountability Office, June 18, 2018, available at https://www.gao.gov/assets/700/692886.pdf.

CVS Health, "CVS Pharmacy Completes Acquisition of Rite Aid Assets Nationwide," October 15, 2025, available at https://www.cvshealth.com/news/retail/cvs-pharmacy-completes-acquisition-of-rite-aid-assets-nationwide.html.

Espinosa, Diana, "HRSA Letter to United Therapeutics," Health Resources and Services Administration, May 17, 2021, available at https://www.hrsa.gov/sites/default/files/hrsa/opa/hrsa-letter-united-therapeutics-covered-entities.pdf.

Fein, Adam J., "340B Hit $81 Billion in 2024 (+23%): Why CMS and the IRA Are Poised to Cool the Program's Runaway Growth," *Drug Channels*, December 15, 2025, available at https://www.drugchannels.net/2025/12/340b-hit-81-billion-in-2024-23-why-cms.html.

Fein, Adam J., "EXCLUSIVE: For 2023, Five For-Profit Retailers and PBMs Dominate an Evolving 340B Contract Pharmacy Market," *Drug Channel*, July 11, 2023, available at https://www.drugchannels.net/2023/07/exclusive-for-2023-five-for-profit.html.

Fein, Adam J., "The Top 15 U.S. Pharmacies of 2024: Market Shares and Revenues at the Biggest Chains, PBMs, and Specialty Pharmacies," *Drug Channels*, March 11, 2025, available at https://www.drugchannels.net/2025/03/the-top-15-us-pharmacies-of-2024-market.html.

Fred Meyer, "Kroger Health," available at https://www.fredmeyer.com/health/about.

Gray, Kevin, "United Therapeutics Corporation 340B Contract Pharmacy Policy Phase 2 Effective Date Delayed from September 1, 2021 to December 1, 2021," United Therapeutics Corporation, July 23, 2021, available at https://www.amerisourcebergen.com/-/media/assets/amerisourcebergen/340b/manf-letters/7556211f-a13e-4855-8a44-948f8b6dac06.pdf.

Hall, Howard, "Understanding The 340B Program Requirements," *ProxsysRx*, November 8, 2021, available at https://www.proxsysrx.com/2021/11/08/understanding-the-340b-program-requirements/.

Hardman, David, and Jason Atlas, "Understanding Your 340B Contract Pharmacy Agreement: Five Areas Worth Negotiating," *AmerisourceBergen*, August 30, 2021, available at https://amerisourcebergen-uat-cd.cmsmartech.com/insights/pharmacies/understanding-your-340b-contract-pharmacy-agreement.

C-6

Health Resources and Services Administration, "2023 340B Covered Entity Purchases," October 2024, available at https://www.hrsa.gov/opa/updates/2023-340b-covered-entity-purchases.

Health Resources and Services Administration, "2024 340B Covered Entity Purchases," December 2025, available at https://www.hrsa.gov/opa/updates/2024-340b-covered-entity-purchases.

Health Resources and Services Administration, "340B Drug Pricing Program," August 2025, available at https://www.hrsa.gov/opa.

Health Resources and Services Administration, "340B Eligibility," available at https://www.hrsa.gov/opa/eligibility-and-registration.

Health Resources and Services Administration, "Disproportionate Share Hospitals," June 2024, available at https://www.hrsa.gov/opa/eligibility-and-registration/hospitals/disproportionate-share-hospitals.

Health Resources and Services Administration, "Duplicate Discount Prohibition," July 2020, available at https://www.hrsa.gov/opa/program-requirements/medicaid-exclusion.

Health Resources and Services Administration, "Health Center Program Look-Alikes," June 2024, available at https://www.hrsa.gov/opa/eligibility-and-registration/health-centers/fqhc-look-alikes.

Health Resources and Services Administration, "How should a hospital determine if an off-site outpatient facility is eligible for 340B as a child site and should be added to the 340B OPAIS?," June 2024, available at https://www.hrsa.gov/about/faqs/how-should-hospital-determine-if-site-outpatient-facility-eligible-340b-child-site-should-be-added.

Health Resources and Services Administration, "Program Integrity," February 2026, available at https://www.hrsa.gov/opa/program-integrity.

Health Resources and Services Administration, "Program Integrity: FY15 Audit Results," Updated February 25, 2020, available at https://www.hrsa.gov/opa/program-integrity/fy-15-audit-results.

Health Resources and Services Administration, "Program Integrity: FY24 Audit Results," available at https://www.hrsa.gov/opa/program-integrity/fy-24-audit-results.

Health Resources and Services Administration, "Program Requirements," June 2024, available at https://www.hrsa.gov/opa/program-requirements.

Houston, Julie, and Heather Easterling, "340B Contract Pharmacy Considerations," *The 340B Program Handbook*, August 2, 2025, available at https://publications.ashp.org/display/book/9781585287505/chapter9.pdf.

Litow, Micah, "More Than a Feeling: Five Key Challenges When Walking Away From Commercial/340B Duplicate Payments," *Drug Channels*, September 29, 2023, available at https://www.drugchannels.net/2023/09/more-than-feeling-five-key-challenges.html.

Mallett, Tim, et al., "340B 101," *340B Grantees Conference*, May 2, 2023, available at https://rwc340b.org/wp-content/uploads/2023/05/1.-340B-101-Slides.pdf.

Martin, Rory, and Harish Karne, "The Size and Growth of the 340B Program in 2024," *IQVIA*, 2025, available at https://www.iqvia.com/-/media/iqvia/pdfs/us/white-paper/2025/iqvia-update-on-340b-growth-in-2024-white-paper-2025.pdf.

Martin, Rory, and Harish Karne, "The 340B Drug Discount Program Grew to $124B in 2023," IQVIA, May 2024, available at https://www.iqvia.com/-/media/iqvia/pdfs/us/white-paper/2024/iqvia-update-on-size-of-340b-program-report-2024.pdf.

Medicare Payment Advisory Commission, "Overview of the 340B Drug Pricing Program," May 2015, available at https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/may-2015-report-to-the-congress-overview-of-the-340b-drug-pricing-program.pdf.

Merative, "Merative MarketScan Research Databases," available at https://www.merative.com/documents/merative-marketscan-research-databases.

Mulcahy, Andrew W., et al., "The 340B Prescription Drug Discount Program," RAND Corporation, 2014, available at https://www.rand.org/content/dam/rand/pubs/perspectives/PE100/PE121/RAND_PE121.pdf.

Mulligan, Karen, "The 340B Drug Pricing Program: Background, Ongoing Challenges, and Recent Developments," Leonard D. Schaeffer Center for Health Policy and Economics, October 2021, available at https://schaeffer.usc.edu/wp-content/uploads/2024/10/USC_Schaeffer_340BDrugPricingProgram_WhitePaper.pdf.

Novartis, "New policy related to the 340B program," October 30, 2020, available at https://www.novartis.com/us-en/node/76081/printable/print.

Office of Pharmacy Affairs 340B OPAIS, "340B Glossary," available at https://340bopais.hrsa.gov/help/Links/340B_Glossary.htm.

Office of Pharmacy Affairs 340B OPAIS, "340B OPAIS User Guide for Public Users," 2025, available at https://340bopais.hrsa.gov/help/Resources/PDFUserGuides/340BPublicUserGuide.pdf.

Office of Pharmacy Affairs 340B OPAIS, "Pricing Formulas," available at https://340bpricingsubmissions.hrsa.gov/Help/Manufacturer/Pricing%20Formulas/Pricing%20Formulas.htm.

C-8

Office of Pharmacy Affairs 340B OPAIS, Public Covered Entity Daily Report (340B_CoveredEntity_Daily_20260220_094346.xlsx), available at https://340bopais.hrsa.gov/Reports.

Office of Policy Development and Research, "HUD USPS ZIP Code Crosswalk Files," available at https://www.huduser.gov/apps/public/uspscrosswalk/home.

Omnicare, "Omnicare: The Partner You Can Rely On," available at https://www.omnicare.com/.

Optum, "Optum Claims Data," available at https://business.optum.com/en/data-analytics/life-sciences/real-world-data/claims-data.html?selectedTab=De-identified,%20diverse%20data.

Ovid, "Documentation | Advanced Search," available at https://site.ovid.com/site/help/documentation/osp/en/Content/advanced.htm.

PPRSX, "The PPRSX Promise," available at https://www.ppsrx.com/health/pps/why-choose-ppsrx.

Quality Food Centers, "Kroger Health," available at https://www.qfc.com/health/about.

Research Data Assistance Center, "Part D Event (PDE) File," 2025, available at https://resdac.org/cms-data/files/pde.

Rosenberg, Michelle B., "340B Drug Discount Program: Information about Hospitals That Received an Eligibility Exception as a Result of COVID-19," United States Government Accountability Office, May 11, 2023, available at https://www.gao.gov/assets/830/820127.pdf.

Sachs, Rebecca, and Joshua Varcie, "Spending in the 340B Drug Pricing Program, 2010 to 2021," Congressional Budget Office, June 17, 2024, available at https://www.cbo.gov/system/files/2024-06/60339-340B-Drug-Pricing-Program.pdf.

Scheidler, Edward, "Letter on 340B Program Integrity Initiative," AbbVie, February 27, 2025, available at https://www.amerisourcebergen.com/-/media/assets/amerisourcebergen/340b/manf-letters/20250227-abbvie-addition-of-elahere-and-vyalev-and-maryalnd-to-cp-policy-eff-20250227.pdf.

Senate Committee on Health Education Labor and Pensions, "Congress Must Act to Bring Needed Reforms to the 340B Pricing Program | Majority Staff Report," April 2025, available at https://www.help.senate.gov/imo/media/doc/final_340b_majority_staff_reportpdf1.pdf.

Sullivan, Ali, "DC Circ. Says Drugmakers Can Limit Pharmacy Discounts," *Law360*, May 21, 2024, available at https://www.law360.com/articles/1839418/dc-circ-says-drugmakers-can-limit-pharmacy-discounts.

Sun, Chuan, et al., "The Cost of the 340B Program Part 1: Self-Insured Employers," IQVIA, 2024, available at https://www.iqvia.com/-/media/iqvia/pdfs/us/white-paper/iqvia-cost-of-340b-part-1-white-paper-2024.pdf.

Sun, Chuan, et al., "The Cost of the 340B Program to States," IQVIA, 2025, available at https://www.iqvia.com/-/media/iqvia/pdfs/us/white-paper/2025/iqvia-cost-of-340b-to-states-whitepaper-2025.pdf.

Teachout, Sara, and Tom Weigel, "Blue Cross VT 340B Testimony," Blue Cross Blue Shield of Vermont, available at https://legislature.vermont.gov/Documents/2026/Workgroups/House%20Health%20Care/Bills/H.266/Witness%20Documents/H.266~Sara%20Teachout~BCBS%20Testimony~2-26-2025.pdf.

United States Census Bureau, "SAIPE State and County Estimates: 1995, 1997-2024," available at https://www.census.gov/programs-surveys/saipe/data/datasets.html.

United States Government Accountability Office, "Drug Pricing Program | HHS Uses Multiple Mechanisms to Help Ensure Compliance with 340B Requirements," December 2020, available at https://www.gao.gov/assets/720/711409.pdf.

United States Government Accountability Office, "Drug Discount Program | Federal Oversight of Compliance at 340B Contract Pharmacies Needs Improvement," June 2018, available at https://www.gao.gov/assets/700/693080.pdf.

United States Government Accountability Office, "Drug Discount Program | Federal Oversight of Compliance at 340B Contract Pharmacies Needs Improvement, Accessible Version," June 2018, available at https://www.gao.gov/assets/gao-18-480.pdf.

UnitedHealth Group, "Diplomat, OptumRx Combining to Advance Access to Specialty Pharmacy Care and Infusion Services, Improve Health Outcomes," December 9, 2019, available at https://www.unitedhealthgroup.com/newsroom/2019/2019-12-9-optumrx-diplomat-combination.html.

Washington State Legislature, "SB 5981 - 2025-26," March 17, 2026, available at https://app.leg.wa.gov/billsummary?BillNumber=5981&Year=2025&Initiative=false.

Wex Definitions Team, "Freedom of Speech," *Legal Information Institute, Cornell Law School*, June 2021, available at https://www.law.cornell.edu/wex/freedom_of_speech.

Wex Definitions Team, "Supremacy Clause," *Legal Information Institute, Cornell Law School*, June 2024, available at https://www.law.cornell.edu/wex/supremacy_clause.

Wex Definitions Team, "Takings," *Legal Information Institute, Cornell Law School*, June 2024, available at https://www.law.cornell.edu/wex/takings.

Wex Definitions Team, "Commerce Clause," *Legal Information Institute, Cornell Law School*, June 2024, available at https://www.law.cornell.edu/wex/commerce_clause.

Wright, Stuart, "Memorandum Report: Contract Pharmacy Arrangements in the 340B Program, OEI-05-13-00431," Department of Health and Human Services, Office of Inspector General, February 4, 2014, available at https://www.govinfo.gov/content/pkg/GOVPUB-HE-PURL-gpo67419/pdf/GOVPUB-HE-PURL-gpo67419.pdf.


**Excluded Academic Publications**

Albaugh, John, and Puneeth Indurlal, "Medicare Reimbursement Trends of Biological Reference Agents and Their Biosimilars," *Journal of Clinical Oncology*, Vol. 42, No. 16, Suppl., 2024, p. 11155.

Alexander, Kaitlin, et al., "Exposure of Pharmacy Students to Medically Underserved or Low Socioeconomic Status in Critical Care," *Critical Care Medicine*, Vol. 52, No. 1, Research Snapshot Theater Supplement, 2024, p. S504.

Alpert, Abby, et al., "Evaluating The Role of Payment Policy In Driving Vertical Integration In The Oncology Market," *Health Affairs*, Vol. 36, No. 4, 2017, pp. 680-688.

Baszynski, T., et al., "Naloxone Distribution by a Pharmacist in a Substance Use Disorder (SUD) Clinic within a Federally Qualified Health Center (FQHC)," *Journal of the American Pharmacists Association, APhA 2025 Abstracts*, Vol. 65, 2025, p. 123.

Baugh, Bryce, et al., "The Financial Impact of Phenylephrine/Ketorolac in Routine Cataract Surgery," *Investigative Ophthalmology & Visual Science*, Vol. 64, No. 8, 2023, p. 3324.

Beyder, Dmitry, "Theranostics Finances and Coding of Today and a Look Forward," *Journal of Nuclear Medicine Technology*, Vol. 53, No. 4 (Suppl. 1), 2025, pp. 144S-149S.

Bidwal, Monica, et al., "Evaluation of Asthma Medication Adherence Rates and Strategies to Improve Adherence in the Underserved Population at a Federally Qualified Health Center," *Research in Social and Administrative Pharmacy*, Vol. 13, 2017, pp. 759-766.

Bonett, Stephen, et al., "Facilitators and Barriers to Equitable Implementation of Telehealth PrEP Delivery: A Qualitative Descriptive Study of Program Staff and Stakeholders," *Health Promotion Practice*, 2025, pp. 1-12.

Burde, Anuksha, et al., "Community Pharmacy Enhanced Dispensing Model to Improve Medication Access for Rural Patients Living with HIV," *Pharmacy Practice*, Vol. 10, No. 4, 2019, pp. 1-8.

Castellon, Yelba M., et al., "The Impact of Patient Assistance Programs and the 340B Drug Pricing Program on Medication Cost," *American Journal of Managed Care*, Vol. 20, No. 2, 2014, pp. 146-150.

Challen, Laura, et al., "Diabetes Outcomes: Comparison of Patient Assistance Programs to 340B Drug Pricing," *Journal of Health Care for the Poor and Underserved*, Vol. 27, No. 3, August 2016, pp. 1192-1198.

Champion, Megan, et al., "Impact of Initiating a GLP1 Agonist and/or SGLT2 Inhibitor Therapy on De-Escalation and Discontinuation of Insulin and Diabetes Control When Managed by an Interprofessional Collaborative Team," *Journal of Primary Care & Community Health*, Vol. 15, 2024, pp. 1-7.

Charafi, Lena, et al., "Expanding Pharmacy Services to the Hemophilia Treatment Center," *Hospital Pharmacy*, Vol. 58, No. 5, 2023, pp. 415-419.

Clarke, Sara, et al., "Health System Specialty Pharmacy: Improving Medication Access," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (ASHP Poster Abstracts), 2025, p. S2186.

Clifton, G. Dennis, et al., "Provision of Pharmacy Services to Underserved Populations via Remote Dispensing and Two-Way Videoconferencing," *American Journal of Health-System Pharmacy*, Vol. 60, No. 24, 2003, pp. 2577-2582.

Conti, Rena M., et al., "Revenues and Profits From Medicare Patients in Hospitals Participating in the 340B Drug Discount Program, 2013-2016," *JAMA Network Open*, Vol. 2, No. 10, 2019, pp. 1-10.

Cook, Kate, et al., "Hospital Price Transparency — A Cure for High Health Expenditures or a View Through Rose-Tinted Glasses?," *American Journal of Health-System Pharmacy*, Vol. 82, No. 4, Suppl., 2025, p. S11.

Coughlin, Maura, and Dibya Deepta Mishra, "Local Population Characteristics and Access Equity of 340B Contract Pharmacies," *Health Affairs Scholar*, Vol. 3, No. 7, 2025, pp. 1-6.

Courtemanche, Charles, and Joseph Garuccio, "What Economists Should Know about the 340B Drug Discounting Program," *IZA Institute of Labor Economics*, 2025, available at dx.doi.org/10.2139/ssrn.5245241.

Dalgetty, Mark, et al., "Financial Trends of AML Patients over the Past Decade," *Blood*, Vol. 142, No. 1, Suppl., 2023, pp. S876-S877.

Dalheim, Alaina L., et al., "Maximizing Care and Savings in FQHCs: The Synergistic Union of Clinical Practice Pharmacists and the 340B Program," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (Student Posters), 2025, p. S2353.

De La Riva, Lorraine, et al., "Assessing Provider Knowledge of the Federal 340B Drug Pricing Program in a Federally Qualified Health Center," *American Journal of Health-System Pharmacy*, Vol. 81, No. 21, 2024, pp. e692-e699.

Deokarran, Cynthia D., et al., "Reducing Transmission of Hepatitis C by Increasing Treatment with Needle Exchange Programs," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (ASHP Poster Abstracts), 2025, p. S2534.

Dickson, Sean, and Ian Reynolds, "Estimated Changes in Manufacturer and Health Care Organization Revenue Following List Price Reductions for Hepatitis C Treatments," *JAMA Network Open*, Vol. 2, No. 7, 2019, pp. 1-12.

Dickson, Sean, "Association Between the Percentage of US Drug Sales Subject to Inflation Penalties and the Extent of Drug Price Increases," *JAMA Network Open*, Vol. 3, No. 9, 2020, pp. 1-12.

Dickson, Sean, et al., "Assessment of Commercial and Mandatory Discounts in the Gross-to-Net Bubble for the Top Insulin Products From 2012 to 2019," *JAMA Network Open*, Vol. 6, No. 6, 2023, pp. 1-11.

DiGiorgio, Anthony M., and Wayne Winegarden, "Reforming 340B to Serve the Interests of Patients, Not Institutions," *JAMA Health Forum*, Vol. 5, No. 7, 2024, pp. 1-3.

DiGiorgio, Anthony M., et al., "Mapping 340B Funds Flow Through Contract Pharmacies," *Inquiry: The Journal of Health Care Organization, Provision, and Financing*, Vol. 62, 2025, pp. 1-7.

Eichenwald, Connor, et al., "Supporting Access to HIV Pre-Exposure Prophylaxis in a Shifting Financial and Insurance Landscape," *AJPM Focus*, Vol. 4, No. 2, 2025, pp. 1-10.

Endriukaitis, Lauren A., et al., "Economic Evaluation of Changes in Reimbursement for Medications Purchased Through the 340B Drug Pricing Program," *Hospital Pharmacy*, Vol. 56, No. 4, 2021, pp. 235-240.

Faraj, Kassem S., et al., "Addressing Financial Toxicity in Cancer Treatment–An Opportunity for the 340B Drug Pricing Program," *Cancer*, Vol. 130, No. 18, 2024, pp. 3077-3081.

Faraj, Kassem S., et al., "The Effect of the 340B Drug Pricing Program on Access, Out-of-Pocket Costs, and Adherence of Oral Targeted Agents in Medicare Beneficiaries with Advanced Prostate Cancer," *Urologic Oncology: Seminars and Original Investigations*, Vol. 42, 2024, pp. S10-S11.

Fischer, Daniel, et al., "Initiation of a Discharge Pharmacy Within a Busy Urban Emergency Department: The First Year," *American Journal of Health-System Pharmacy*, Vol. 79, No. 17, 2022, pp. 1438-1444.

Fischer, Shira H., et al., "A Mixed-Methods Evaluation of an Integrated Medication Management Program and Implications for Implementation," *Research in Social and Administrative Pharmacy*, Vol. 13, 2017, pp. 959-968.

Flaspohler, Nichole K., et al., "Implementation of a Herpes Zoster Immunization Program in an Outpatient Hospital-Based Pharmacy," *Journal of the American Pharmacists Association*, Vol. 63, 2023, pp. 588-592.

Ford, Cecelia, and Jason Mordino, "Cost-Savings with Common Stock Insulin Vials," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (ASHP Poster Abstracts), 2025, p. S1814.

Gallegos, Noah, et al., "Improving Organizational Sustainability of an Urban Indian Health Clinic With an Innovative Pharmacy Mode," *Journal of Primary Care & Community Health*, Vol. 13, 2022, pp. 1-7.

Garden, Tana G., and Kelly Hasquet, "Evaluation of Dalbavancin as Outpatient Therapy at a Community Hospital in Butte, Montana," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (ASHP Poster Abstracts), 2025, p. S2024.

Garpestad, Claire, et al., "Taking off the Pressure: Improving Hypertension Management at a Federally Qualified Health Center," *Journal of General Internal Medicine*, Vol. 39, No. Suppl. 2, 2024, p. S445.

Hernandez, Inmaculada, and Sean D. Sullivan, "Net Prices of New Antiobesity Medications," *Obesity*, Vol. 32, No. 3, 2024, pp. 472-475.

Hernandez, Inmaculada, et al., "Trends in Proportion of Medicare Part D Claims Subject to 340B Discounts," *AcademyHealth*, June 25, 2023, available at https://academyhealth.confex.com/academyhealth/2023arm/meetingapp.cgi/Paper/57894.

Hodgkin, D., et al., "Financial Impact on Hospitals of Initiating Medications for Opioid Disorder in Emergency Department Settings," *Journal of Mental Health Policy and Economics*, Vol. 28, No. 1, Suppl., 2025, S28-S29.

Hodgkin, Dominic, et al., "The Financial Sustainability of Programs to Initiate Medications for Opioid Use Disorder in Emergency Department Settings," *Academic Emergency Medicine*, Vol. 33, 2025, pp. 1-9.

Holcomb, Katie, "Biosimilar Utilization at 340B and Non-340B Outpatient Hospitals in the Commercial Market," *AcademyHealth*, June 26, 2023, available at https://academyhealth.confex.com/academyhealth/2023arm/meetingapp.cgi/Paper/57717.

Hu, Jianhui, and David R. Nerenz, "Outpatient Chemotherapy Drug Costs and Expensive Chemotherapy Drug Use in 340B and Non-340B Hospitals: An Observational Study," *BMC Health Services Research*, Vol. 25, No. 157, 2025, pp. 1-11.

Hudd, Timothy R., and Gary R. Tataronis, "The Impact of an Urban Telepharmacy on Patient Medication Adherence in a Federally Qualified Health Center," *Journal of Pharmacy Technology*, Vol. 27, 2011, pp. 117-122.

Hung, Justine, et al., "Improving Treatment Adherence in Patients with Sickle Cell Disease," *American Society of Hematology*, 2023, available at https://ash.confex.com/ash/2023/webprogram/Paper178413.html.

Irwin, Adriane N., et al., "Assessing Provider Knowledge of the 340B Drug Pricing Program in a Multisite Federally Qualified Health Center," *Journal of the American College of Clinical Pharmacy*, Vol. 6, No. 12, 2023, p. 1444.

Jacob, Minitha, et al., "Evaluation of Attaining Goal A1c by Pharmacist-Lead Interventions at a 340B Institution," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (Resident Posters), 2025, p. S775.

Jessop, Amy B., et al., "Delivering Care to a City's Most Vulnerable Residents: A Harm Reduction Organization and Community Pharmacy Working Together to Remove Health Disparities," *Journal of Health Care for the Poor and Underserved*, Vol. 33, 2022, pp. 202-208.

Jones, Eric A., et al., "Budgetary Impact Analysis of a Primary Care-Based Hepatitis C Treatment Program: Effects of 340B Drug Pricing Program," *PLOS One*, Vol. 14, No. 3, 2019, pp. 1-12.

Kakani, Pragya, et al., "Trends in Integration Between Physician Organizations and Pharmacies for Self-Administered Drugs," *JAMA Network Open*, Vol. 7, No. 2, 2024, pp. 1-15.

Kakani, Pragya, "The Impact of Vertical Integration on Health Care Delivery and Costs: Evidence From Physician-Pharmacy Integration," *Journal of Health Economics*, Vol. 104, 2025, pp. 1-23.

Karralli, Rusol, et al., "Development of a Metrics Dashboard for Monitoring Involvement in the 340B Drug Pricing Program," *American Journal of Health-System Pharmacy*, Vol. 72, 2015, pp. 1489-1495.

Katrak, Shereen, et al., "Costs of Treating Multidrug Resistant Tuberculosis in California, 2022," *Open Forum Infectious Diseases*, Vol. 10, No. 2, Suppl., 2023, p. S878.

Kay, Emma Sophia, et al., "Pre-exposure Prophylaxis Providers in Birmingham, Alabama, and New York City, New York, Identify Critical Barriers to Newer Pre-exposure Prophylaxis Strategies: A Mixed Methods Study," *Journal of the Association of Nurses in AIDS Care*, Vol. 36, No. 3, 2025, pp. 284-296.

Keith, Kelli, and A.T. Young, "Too Vital To Fail: National Survey Reveals Sustainability Risks Facing HIV-Serving Organizations In the United States," *International AIDS Conference 2025*, July 13, 2025, available at https://programme.ias2025.org/Abstract/Abstract/?abstractid=6707.

Kelley, Tara N., et al., "ASHP Survey of Health-System Specialty Pharmacy Practice: Practice Models, Operations, and Workforce – 2022," *American Journal of Health-System Pharmacy*, Vol. 80, No. 24, 2023, pp. 1796-1821.

Kishore, Sanjay, et al., "340B–Where Do We Go From Here?," *JAMA*, Vol. 330, No. 7, 2023, pp. 593-594.

Knox, Ryan P., et al., "Outcomes of the 340B Drug Pricing Program: A Scoping Review," *JAMA Health Forum*, Vol. 4, No. 11, 2023, pp. 1-12.

Knox, Ryan P., and Ameet Sarpatwari, "Legal Challenges to the 340B Drug Pricing Program: Administration, Regulation, and Reform," *Health Affairs Scholar*, Vol. 3, No. 8, 2025, pp. 1-5.

Knudsen, Kortney J., et al., "Business Proposal: Integration of Clinical Pharamcy Services into the Outpatient Hematology-Oncology Setting," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (Poster Abstracts), Jan 8, 2025, p. S1714.

Kumar, Wasan, and Kevin Schulman, "Medicare Overpayment for Outpatient Medication — A Supreme Court Ruling in Context," *The New England Journal of Medicine*, Vol. 388, No. 3, 2023, pp. 196-198.

Lalani, Sarah S., et al., "Navigating Access to Medications for Diabetes Mellitus in the Era of 340B Drug Pricing Program Restrictions: A Bilingual Qualitative Study of Patients' Perspectives," *Journal of General Internal Medicine*, Vol. 41, No. 3, 2025, pp. 689-696.

Lalani, Sarah S., et al., "A Bilingual Qualitative Study of Patients' Perspectives on Navigating Access to Medications for Diabetes Mellitus in the Era of 340B Drug Pricing Program Restrictions," *Journal of General Internal Medicine*, Vol. 40, No. 1, Suppl., 2025, p. S710.

Lam, Tammie, et al., "Outpatient Inclisiran Administration: A Pragmatic, Multi-Center Evaluation," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (Student Posters), 2025, p. S2433.

Lasser, Karen E., et al., "A Hepatitis C Treatment Program Based in a Safety-Net Hospital Patient-Centered Medical Home," *Annals of Family Medicine*, Vol. 15, No. 3, 2017, pp. 258-261.

Lee, Cho-Han, et al., "Specialty Drug Price Trends in the Federal 340B Drug Discount Program," *Journal of Managed Care & Specialty Pharmacy*, Vol. 25, No. 2, 2019, pp. 178-185.

Levengood, Timothy W., et al., "Financial Wellbeing And Service Provision Among 340B Hospitals (2000–2019): A Staggered Difference-In-Differences Analysis of Disproportionate Share Hospitals," *AcademyHealth Annual Research Meeting 2025*, June 8, 2025, available at https://academyhealth.confex.com/academyhealth/2025arm/meetingapp.cgi/Paper/72290.

Lewis, Joanna, "340B Auditing and Management in Contract Pharmacies," *Pharmacy Times*, Vol. 90, No. 3, March 2024, pp. 1-6.

Li, Yufei, and Susan Xu, "Association of Beneficiary-Level Risk Factors and Hospital-Level Characteristics With Medicare Part B Drug Spending Differences Between 340B and Non-340B Hospitals," *JAMA Network Open*, Vol. 5, No. 2, 2022, pp. 1-9.

Lim, R., and K. Kier, "An Analysis of Ohio Community Pharmacists and How They Use Medication Affordability Tools in Practice," *Journal of the American Pharmacists Association, APhA 2025 Abstracts*, Vol. 65, 2025, pp. 133-134.

Liu, Benjamin Y., et al., "Association of 340B Entity Expansion in Areas of Higher Socioeconomic Status," *AcademyHealth*, June 26, 2023, available at https://academyhealth.confex.com/academyhealth/2023arm/meetingapp.cgi/Paper/57626.

Liu, Ian T. T., et al., "Commercial Markups on Pediatric Oncology Drugs at 340B Pediatric Hospitals," *Pediatric Blood Cancer*, Vol. 71, No. 9, 2024, pp. 1-4.

Lopata, Erin, et al., "Meeting the Affordability Challenges Posed by Orphan Drugs: A Survey of Payers, Providers, and Employers," *Journal of Managed Care & Specialty Pharmacy*, Vol. 27, No. 6, 2021, pp. 706-713.

MacDonell, Sean, et al., "Findings from the 2024 Minnesota 340B Covered Entity Report," *AcademyHealth Annual Research Meeting 2025*, June 8, 2025, available at https://academyhealth.confex.com/academyhealth/2025arm/meetingapp.cgi/Paper/73055.

Machta, Rachel M., et al., "Health System Integration with Physician Specialties Varies Across Markets and System Types," *Health Services Research*, Vol. 55, No. 3, Suppl., 2020, pp. 1062-1072.

Malkani, Samir, et al., "Pharmacist-Based Coaching within a Specialty Diabetes Center Improves Outcomes for Uncontrolled Diabetes " *Diabetes*, Vol. 72, No. 1, Suppl., 2023, p. P1058.

Malkani, Samir, et al., "A Financially Sustainable 'Pharmacist Plus' Care Model Shows Superior Diabetes Outcomes," *Diabetes*, Vol. 73, No. 1, Suppl., 2024, p. 1048-P.

Malouin, Rebecca A., et al., "Impact of the 340B Pharmacy Program on Services and Supports for Persons Served by Hemophilia Treatment Centers in the United States," *Maternal and Child Health Journal*, Vol. 22, 2018, pp. 1240-1246.

Mansour, Alexander, "Built for the Road Ahead," *Healthcare Financial Management*, Vol. 69, No. 10, October 2015, pp. 76-81.

Mascardo, Lisa A., et al., "Implementation Of A Comprehensive Pharmaceutical Care Program For An Underserved Population," *American Journal of Health-System Pharmacy*, Vol. 69, No. 14, 2012, pp. 1225-1230.

Masia, Neal, and Farai Kuwonza, "Income Differences Between Locations of 340B Entities and Contract Pharmacies," *American Journal of Managed Care*, Vol. 29, No. 6, 2023, pp. e184-e188.

Masia, Neal, "Comparing Hospital Prices Paid by Commercial Insurance Plans at 340B vs. Non-340B Hospitals: Implications for Employers and Patients," *Value in Health*, Vol. 28, No. 6, Suppl., 2025, p. S198.

Masia, Neal, et al., "Income, Health, and Racial Gaps Between 340B Hospitals, Child Sites, and Nearby Neighborhoods," *Health Affairs Scholar*, Vol. 3, No. 7, 2025, pp. 1-4.

Masia, Neal, et al., "The Association of the 340B Program with Affordable Care Act (ACA) Premiums: A Longitudinal Analysis from 2018 to 2022," *Inquiry: The Journal of Health Care Organization, Provision, and Financing*, Vol. 62, 2025, pp. 1-6.

Masia, Neal, et al., "Does the 340B Program Encourage and Reward Non-Profit Hospital Consolidation?," *ISPOR*, 2025, available at https://www.ispor.org/heor-resources/presentations-database/presentation-cti/ispor-2025/poster-session-2/does-the-340b-program-encourage-and-reward-non-profit-hospital-consolidation.

Masia, Neal, et al., "Are Commercial Insurance Premiums Associated With the 340B Drug Pricing Program?," *National Pharmaceutical Council*, May 12, 2025, available at https://www.npcnow.org/resources/are-commercial-insurance-premiums-associated-340b-drug-pricing-program#:~:text=CONCLUSIONS%3A%20These%20results%20suggest%20that,the%20most%20in%20premium%20costs.

Mattingly II, T. Joseph, "Interpreting 340B Contract Pharmacy Growth: Who Really Benefits?," *Health Affairs Scholar*, Vol. 2, No. 1, 2023, pp. 1-2.

McGlave, Claire, and Sayeh Nikpay, "Public Hospitals May Use the 340B Program Differently Than Nonprofit Hospitals," *JAMA Health Forum*, Vol. 5, No. 5, 2024, pp. 1-3.

Mercado, Angela, and Jahred Washington, "Comparative Analysis of Patient Financial Assistance Programs Amongst Large Academic Medical Centers," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (Resident Posters), 2025, p. S495.

Moore, Dylan, et al., "Rapid Start-Up of a Field-Based Hepatitis C Elimination Program Enabled by State Funded 340B Initiative," *The Liver Meeting: 2024 Abstracts*, 2024, available at https://www.aasld.org/sites/default/files/2024-10/1_the_liver_meeting_2024_abstracts.pdf.

Moretz, Michaelyn M., et al., "Evaluating Appropriate Use of Contraceptive Pharmacotherapy at a Family Medicine Clinic in a Federally Qualified Health Center," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (Resident Posters), 2025, p. S643.

Mulligan, Karen, et al., "Access to the 340B Drug Pricing Program: Is There Evidence of Strategic Hospital Behavior?," *BMC Research Notes*, Vol. 14, No. 228, 2021, pp. 1-5.

Mustafa, S. Shahzad, et al., "Role of an Embedded Health System Specialty Pharmacy on Prescription of Biologics in Allergy/Immunology," *The Journal of Allergy and Clinical Immunology*, Vol. 153, No. 2, 2024, p. AB205.

Nierengarten, Mary Beth, "Expanding Rural-Area Oncology Service Access Through 340B Drug Pricing Program Participation," *Cancer*, Vol. 129, No. 22, 2023, p. 3517.

Nikpay, Sayeh, "The Medicaid Windfall: Medicaid Expansions and the Target Efficiency of Hospital Safety-Net Subsidies," *Journal of Public Economics*, Vol. 207, 2022, pp. 1-25.

Nikpay, Sayeh, and Lucas Halvorson, "Growing Administrative Complexity in the 340B Program and the Rise of Third-Party Administrators," *Health Affairs Scholar*, Vol. 1, No. 5, 2023, pp. 1-5.

Nikpay, Sayeh, et al., "Depth, Breadth, and Exclusivity of 340B Contracts in Retail Pharmacy Markets," *AcademyHealth*, 2023, available at https://academyhealth.confex.com/academyhealth/2023arm/meetingapp.cgi/Paper/59910.

Nikpay, Sayeh, "Characteristics of 340B Hospitals Receiving Medicare Part B Repayments," *JAMA Health Forum*, Vol. 5, No. 4, 2024, pp. 1-3.

Nikpay, Sayeh, et al., "Recent Court Ruling Could Increase the Size and Administrative Complexity of the 340B Program," *Health Affairs Scholar*, Vol. 2, No. 12, 2024, pp. 1-3.

Nikpay, Sayeh, et al., "Minnesota Law Brings Transparency to the 340B Drug Pricing Program," *JAMA Health Forum*, Vol. 6, No. 2, 2025, pp. 1-3.

Nikpay, Sayeh, et al., "When Safety-Net Programs Compete: Medicaid, 340B, And The Battle Over Drug Discounts," *Health Affairs*, Vol. 45, No. 1, 2026, pp. 54-62.

Nikpay, Sayeh, "Medicaid's Hidden Subsidy - Medicaid Drug Payment Policy And the 340B Program," *AcademyHealth Annual Research Meeting 2025*, June 8, 2025, available at https://academyhealth.confex.com/academyhealth/2025arm/meetingapp.cgi/Paper/72565.

Nordyke, Robert J., et al., "The Association of 340B Program Drug Margins with Covered Entity Characteristics," *Inquiry: The Journal of Health Care Organization, Provision, and Financing*, Vol. 62, 2025, pp. 1-9.

O'Neil, Andrew M., et al., "Determinants of HIV Pre-Exposure Prophylaxis (PrEP) Use Among Men Who Have Sex with Men (MSM) Living in Rural Areas of the United States: A Scoping Review Framed by the PrEP Care Continuum," *Journal of Rural Health*, Vol. 41, No. 1, 2025, pp. 1-10.

Okwueze, Tochi N., and Ashish Haryani, "Medication Adherence And Pharmacotherapy Clinic Utilization In An APRN (Advanced Practice Registered Nurse) Led Heart Failure Clinic: A Comparative Analysis Of Entresto, Jardiance, And Farxiga," *Journal of Cardiac Failure*, Vol. 31, No. 1, 2025, p. 184.

Owsley, Kelsey M., et al., "Protecting Patients in the U.S. From the Financial Burden of Cancer Immunotherapy: What Can Be Done?," *Immunotherapy*, Vol. 17, No. 17-18, 2025, pp. 1219-1221.

Owsley, Kelsey M., "Do State-Level Community Benefit Laws Influence Nonprofit Hospitals' Use of 340B Savings?," *AcademyHealth Annual Research Meeting 2025*, June 7, 2025, available at https://academyhealth.confex.com/academyhealth/2025arm/meetingapp.cgi/Paper/71245.

Owsley, Kelsey M., and Saleema A. Karim, "Social Vulnerability and the 340B Drug Discount Program: Evaluating Predictors of Hospital Participation," *AcademyHealth*, June 26, 2023, available at https://academyhealth.confex.com/academyhealth/2023arm/meetingapp.cgi/Paper/58523.

Owsley, Kelsey M., et al., "The 340B Drug Discount Program Improves the Sustainability of Unprofitable Services at Public Hospitals," *AcademyHealth*, June 26, 2023, available at https://academyhealth.confex.com/academyhealth/2023arm/meetingapp.cgi/Paper/58709.

Parekh, Anya, et al., "Real-World Use of Efanesoctocog Alfa in Adult Patients with Hemophilia a Including Those with a Factor VIII Inhibitor," *Blood*, Vol. 144, No. Supplement 1, 2024, pp. 2320-2321.

Phadke, Girija, and Celia Bora, "Developing an Integrated Weight Management Program at a Community Health Center: An Intervention to Address Obesity in Underserved Populations," *Journal of General Internal Medicine*, Vol. 40, No. 1, Suppl., 2025, pp. S482-S483.

Player, Jacob, et al., "Unaccounted Costs Associated with Different Outpatient Parenteral Antimicrobial Therapy (OPAT) Models of Care," *Open Forum Infectious Diseases*, Vol. 10, No. 2, Suppl., 2023, p. S219.

Plesons, Marina, et al., "Staff Perspectives on Implementation of Long-Acting Injectable Preexposure Prophylaxis at a Low-Barrier Syringe Services Program in Philadelphia, PA," *Journal of the International Association of Providers of AIDS Care*, Vol. 25, 2026, pp. 1-12.

Quinones, Nicole, and Sayeh Nikpay, "Manufacturer Restrictions on 340B Discounts Through Contract Pharmacies: A Quantitative Analysis," *APHA 2024 Annual Meeting and Expo*, October 29, 2024, available at https://apha.confex.com/apha/2024/meetingapi.cgi/Paper/551418?filename=2024_Abstract551418.pdf&template=Word.

Radetich, Emi, "Scan and Deliver: Barcode Medication Administration Impact on Patient Care," *Journal of the American Pharmacists Association, APhA 2025 Abstracts*, Vol. 65, 2025, pp. 148-149.

Radetich, Emi, et al., "Scan and Deliver: The Impact of Barcode Administration Medication Administration (BCMA) on Billing and 340B Compliance," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (2024 ASHP Midyear Clinical Meeting Poster Abstracts), 2025, p. S1406.

Ransom, Matthew, and William R. Hathaway, "Pharmacy Services as a Model of Access to Medication and Health Care in Community Health Centers," *North Carolina Medical Journal*, Vol. 86, No. 2, 2025, pp. 1-7.

Robbins, Carolyn, et al., "Formulary Expansion To Provide Access To Medications Prescribed By A Specialist In A Low-Income Population," *Journal of Health Care for the Poor and Underserved*, Vol. 23, No. 2, 2012, pp. 834-841.

Roberts, Eric T., and Jinoos Yadzany, "Breaking Barriers: Essential Reforms for a Competitive and Affordable Biosimilars Market," *Current Rheumatology Reports*, Vol. 27, No. 25, 2025, pp. 1-9.

Robinson, James C., et al., "Hospital Prices for Physician-Administered Drugs for Patients with Private Insurance," *The New England Journal of Medicine*, Vol. 390, No. 4, 2024, pp. 338-345.

Rockett, Hope, et al., "Pharmacy Prescription Assistance Program: Evaluation of a Health System Retail Model for Outpatients," *Hospital Pharmacy*, Vol. 59, No. 6, 2024, pp. 620-623.

Rodis, Jennifer L., et al., "Pharmacists in Federally Qualified Health Centers: Models of Care to Improve Chronic Disease," *Preventing Chronic Disease*, Vol. 16, 2019, pp. 1-11.

Safa, Hussein, et al., "Leveraging 340B Funding to Implement Long-Acting ART at a Hospital-Based Clinic," *International AIDS Conference 2025*, July 13, 2025, available at https://programme.ias2025.org/Abstract/Abstract/?abstractid=2993.

Salih, Rayan K., and John M. York, "The 340B Drug Pricing Program: Past, Present and Future Impacts on U.S. Healthcare Policy," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (Fellows Posters), 2025, p. S1527.

Santella, Anthony J., et al., "Exploring the Difficulties, Extra Efforts and Expenditures of Providing Healthcare to Homeless/Shelter Populations at New York City-Based Federally Qualified Health Centers," *APHA 2023 Annual Meeting and Expo*, 2023, available at https://apha.confex.com/apha/2023/meetingapi.cgi/Paper/526710?filename=2023_Abstract526710.pdf&template=Word.

Schafer, J., et al., "Single Centre Experience of Efanesoctocog Alfa in Adult and Paediatric Patients With Haemophilia A," *Haemophilia*, Vol. 31, No. 4 (Supplement Abstracts from the 18th Annual Congress of the European Association for Haemophilia), 2025, p. 110.

Shi, Lizheng, et al., "Ensuring Access to Prescription Medications in the Post-ACA Healthcare Access Landscape: The Essential Role of FQHCs in the Safety Net for the Underinsured," *American Journal of Managed Care*, Vol. 24, No. 5, Suppl., 2018, pp. 567-573.

Shi, Yi, et al., "Pathways for Innovation—Expansion of Health System Specialty Pharmacy Services: A Pilot Initiative in Dermatology and Rheumatology Clinics," *Journal of Managed Care & Specialty Pharmacy*, Vol. 32, No. 3, 2026, pp. 323-328.

Sidik, Madim, et al., "Does Dalbavancin Utilization in the ED Reduce Hospital Admission?," *Open Forum Infectious Diseases*, Vol. 13, No. 1, Suppl., 2026, p. S578.

Siegler, Aaron J., et al., "Telemedicine Preexposure Prophylaxis Prescribing From a Large Online US Company," *JAMA Network Open*, Vol. 8, No. 12, 2025, pp. 1-12.

Stylianou, Michael, and C. Hinds, "Comparison of Biosimilar Reimbursement Policies in the US and Select European Markets," *Value in Health*, Vol. 27, No. 6, Suppl., 2024, p. S199.

Suison, Gift, and Ricky Huang, "The Implementation of Lutathera Therapy," *Journal of Nuclear Medicine*, Vol. 63, No. 2, Suppl., 2022, p. 4074.

Sun, Chuan, et al., "Revenue-Sharing or Revenue Lost? The Hidden Costs of 340B to Employers," *Value in Health*, Vol. 27, No. 6, Suppl., 2024, p. S197.

Sun, Chuan, et al., "The Cost of 340B to States," *ISPOR*, 2025, available at https://www.ispor.org/heor-resources/presentations-database/presentation-cti/ispor-2025/poster-session-2/the-cost-of-340b-to-states.

Swenson, Wade T., "Bridging the Rural Health Care Gap: The 340B Program," *Health Affairs*, Vol. 42, No. 12, 2023, p. 1773.

Tagarino, Inna, et al., "Provision of Care Through Medication Therapy Management in Primary Care," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (Resident Posters), 2025, p. S1345.

Taliaferro, Leah M., et al., "Evaluation of 340B Prescription Assistance Program on Healthcare Use in Chronic Obstructive Pulmonary Disease," *Exploratory Research in Clinical and Social Pharmacy*, Vol. 11, 2023, pp. 1-5.

Talwar, Abhinav, et al., "Private Payer-Negotiated Rates for FDA-Approved Head and Neck Cancer Immunotherapy and Chemotherapy Agents," *Otolaryngology–Head and Neck Surgery*, Vol. 169, No. 4, 2023, pp. 954-961.

Tran, Amy L., "Evaluation of Formulary Restriction Compliance of Liposomal Bupivacaine at the University of Washington Medical Center," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (ASHP Poster Abstracts), 2025, p. S2038.

Traynor, Kate, "States Seek to Counter Discriminatory 340B Practices," *American Journal of Health-System Pharmacy*, Vol. 81, No. 12, 2024, p. 473.

Tripp, Amanda S., et al., "The 340B Program and Health Disparities Among Medicare Beneficiaries With Chronic Asthma," *Health Services Insights*, Vol. 16, 2023, pp. 1-8.

Wagner, Ariela A., et al., "Community Health Center 340B Program: A Qualitative Study of the Experiences of Patients with Diabetes," *Innovations in Pharmacy*, Vol. 14, No. 3, 2023, pp. 1-15.

Watts, Elizabeth, et al., "340B Participation and Safety Net Engagement Among Federally Qualified Health Centers," *JAMA Health Forum*, Vol. 5, No. 10, 2024, pp. 1-12.

Wu, Timothy, et al., "Using 340B Drug Discounts to Provide a Financially Sustainable Medication Discharge Service," *Research in Social and Administrative Pharmacy*, Vol. 15, 2019, pp. 114-116.

Xiao, Roy, et al., "Hospital-Administered Cancer Therapy Prices for Patients With Private Health Insurance," *JAMA Internal Medicine*, Vol. 182, No. 6, 2022, pp. 603-611.

Zedan, Mariam A., "Impact of Pharmacist Intervention on Direct Oral Anticoagulant (DOAC) Affordability for Adult Anticoagulation Clinic Patients," *American Journal of Health-System Pharmacy*, Vol. 82, No. 1, Suppl. (Resident Posters), 2025, p. S1087.

Zeng, Shanyue, et al., "What is Driving 340B Growth: Utilization or Prices?," *Health Affairs Scholar*, Vol. 3, No. 6, 2025, pp. 1-6.

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
| --- | --- | --- |
| [1] | Bond et al. (2023) | Biosimilar drugs—lower-cost alternatives to expensive biologic drugs—have the potential to slow the growth of US drug spending. However, rates of biosimilar uptake have varied across hospital outpatient providers. We investigated whether the 340B Drug Pricing Program, which offers eligible hospitals substantial discounts on drug purchases, inhibits biosimilar uptake. Almost one-third of US hospitals participate in the 340B program. Using a regression discontinuity design and two high-volume biologics with biosimilar competitors, filgrastim and infliximab, we estimated that 340B program eligibility was associated with a 22.9-percentage-point reduction in biosimilar adoption. In addition, 340B program eligibility was associated with 13.3 more biologic administrations annually per hospital and $17,919 more biologic revenue per hospital. Our findings suggest that the program inhibited biosimilar uptake, possibly as a result of financial incentives making reference drugs more profitable than biosimilar medications. |
| [2] | Chang et al. (2023a) | In this article, we used administrative claims data from the OptumLabs Data Warehouse and American Hospital Association Annual Survey data to examine associations between hospital characteristics and uptake of biosimilar granulocyte colony-stimulating factor treatments. We found that 340B-participating hospitals and non–rural referral center (RRC) hospitals that reported owning rural health clinics were less likely to administer the lower-cost biosimilars, whereas the opposite was true for hospitals that are RRCs. To our knowledge, our study offers a first look at an underappreciated source of disparities in access to lower-cost medications such as biosimilars. Results from our study reveal opportunities for targeted policies to encourage adoption of lower-cost treatments, particularly among hospitals that serve rural communities where patients often have fewer choices in care site. |
| [3] | Chang et al. (2023b) | **IMPORTANCE.** Previous studies have found that hospitals participating in the 340B Drug Pricing Program have higher Medicare Part B spending and expansion into affluent neighborhoods. Less is known about the association of 340B participation with spending by commercial insurance, where reimbursements are higher than Medicare.<br><br>**OBJECTIVE.** To use the Affordable Care Act expansion of eligibility for the 340B Drug Pricing Program to study the association between participation and spending on outpatient-administered oncological drugs for commercially insured patients.<br><br>**DESIGN, SETTING, AND PARTICIPANTS.** This cohort study included a balanced panel hospital cohort containing new and never 340B program participants between 2007 and 2019; more recent data were not included to avoid the effect of disruptions in care due to the COVID-19 pandemic. Descriptive analyses documented spending trends for patients receiving common outpatient-administered biologics used in cancer treatments (bevacizumab, filgrastim, pegfilgrastim, rituximab, and trastuzumab) at 340B (treated) and non-340B (control) hospitals. A difference-in-differences model assessed changes in episode drug spending. Analyses were conducted between December 2021 and June 2022. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [3] | Chang et al. (2023b) (cont.) | **EXPOSURE.** New 340B program participation between 2010 and 2016.<br><br>**MAIN OUTCOME AND MEASURES.** Total drug episode spending, with control variables including total billed units, drug, calendar-year fixed effects, and hospital fixed effects.<br><br>**RESULTS.** Of 95,127 included episodes (56,917 [59.8%] episodes in female patients) across 478 hospitals, patients seen in 340B and non-340B hospitals were similar in sex and drug used, and 340B hospital patients were older than non-340B patients (median [IQR] age for all patients, 61 [51-71] years). New 340B participating hospitals were more likely to be small (<50 beds) and more likely to be in rural settings. In the difference-in-differences analysis, total episode drug spending increased by $4074.69 (95% CI, $1592.84-$6556.70; P = .001) in the year following start of 340B program participation relative to nonparticipants. Heterogeneous group time effects were seen, with earlier participants less likely to have increased episode spending.<br><br>**CONCLUSIONS AND RELEVANCE.** In this cohort study, new 340B participation was associated with statistically significant higher oncological drug episode spending compared with nonparticipants after changes in 340B inclusion rules in 2010. These findings raise questions about unintended consequences of the 340B program on drug spending from the commercially insured population. |
| [4] | Clark et al. (2014) | Section 340B of the Public Health Service Act provides qualified organizations serving vulnerable populations with deep discounts for some outpatient medications. A 2010 regulatory change widely expanded the 340B program's reach, allowing these organizations to contract with retail pharmacies to dispense medications for eligible patients. Little is known about which medications are dispensed by contract pharmacies under the expanded program. We provide the first comparison of 340B prescriptions and all prescriptions dispensed in contract pharmacies. We used 2012 data from Walgreens, the national leader in 340B contract pharmacies. Medications used to treat chronic conditions such as diabetes, high cholesterol levels, asthma, hypertension, and depression accounted for an overwhelming majority of all prescriptions dispensed at Walgreens as part of the 340B program. A higher percentage of antiretrovirals used to treat HIV/AIDS were dispensed through 340B prescriptions than through all prescriptions dispensed at Walgreens. The majority of 340B prescriptions dispensed at Walgreens originated at tuberculosis clinics, consolidated health centers, disproportionate-share hospitals, and Ryan White clinics. Our results suggest that 340B contract pharmacies dispense medications used to treat Americans' chronic disease burden and disproportionately dispense medications used by key vulnerable populations targeted by the program. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [5] | Conti and Bach (2014) | The federal 340B program gives participating hospitals and other medical providers deep discounts on outpatient drugs. Named for a section of the Veterans Health Care Act of 1992, the program's original intent was to help low-income and uninsured patients. But the program has come under scrutiny by critics who contend that some hospitals exploit the drug discounts to generate profits instead of either investing in programs for the poor or passing the discounts along to patients and insurers. We examined whether the program is expanding in ways that could maximize hospitals' ability to generate profits from the 340B drug discounts. We matched data for 960 hospitals and 3,964 affiliated clinics registered with the 340B program in 2012 with the socioeconomic characteristics of their communities from the US Census Bureau's American Community Survey. We found that hospital-affiliated clinics that registered for the 340B program in 2004 or later served communities that were wealthier and had higher rates of health insurance compared to communities served by hospitals and clinics that registered for the program before 2004. Our findings support the criticism that the 340B program is being converted from one that serves vulnerable patient populations to one that enriches hospitals and their affiliated clinics. |
| [6] | Dean et al. (2021) | **IMPORTANCE.** Biosimilars, or highly similar versions of complex biologic drugs, have the potential to slow drug spending growth; however, biosimilar uptake in the United States has been slow. Little is known about barriers to biosimilar uptake following drug launch.<br><br>**OBJECTIVE.** To examine the patient, physician, and practice characteristics associated with biosimilar use in the Medicare population.<br><br>**DESIGN, SETTING, AND PARTICIPANTS.** This cross-sectional study used regression analysis to estimate the association between biosimilar use and various characteristics. Medicare fee-for-service beneficiaries who received a filgrastim product or an infliximab product between the launch of a class's first biosimilar (quarter 3 2015 for filgrastim-sndz and quarter 4 2016 for infliximab-dyyb) and December 2018. Data analysis was conducted from March to November 2020.<br><br>**EXPOSURES.** Patient demographic characteristics and product clinical indications; physician demographic characteristics, specialty, and volume of filgrastim or infliximab biologic administration; hospital size, ownership, 340B status, academic medical center status, and system affiliation; physician office size and multispecialty status.<br><br>**MAIN OUTCOMES AND MEASURES.** Administration of a filgrastim or infliximab biosimilar. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [6] | Dean et al. (2021) (cont.) | **RESULTS.** The final filgrastim sample included 25,870 patients (11,857 [45.8%] men; 14,224 [55.0%] aged 65-74 years; 22,617 [87.4%] White individuals) who had 259,178 administrations (79,017 [30.5%] biosimilar administrations), and the final infliximab sample included 14,786 patients (4,765 [32.2%] men; 8,773 [59.3%] aged 65-74 years; 13,467 [91.1%] White individuals) who had 174,973 administrations (9,012 [5.2%] biosimilar administrations). In adjusted analyses, no patient demographic characteristics and 2 of 9 clinical indications (22.2%) were associated with biosimilar use (filgrastim, neutropenia: adjusted difference, −2.0 [95% CI, −3.9 to −0.2] percentage points; P = .03; infliximab, Crohn disease: adjusted difference, −1.8 [95% CI, −2.9 to −0.8] percentage points; P = .001). Several physician characteristics were associated with biosimilar administrations, including high filgrastim or infliximab prescribing volume (high vs low volume, filgrastim: adjusted difference, 3.6 [95% CI, 1.5 to 5.8] percentage points; P = .001; infliximab: adjusted difference, 1.2 [95% CI, 0.3 to 2.2] percentage points; P = .007) and specialty (e.g., hematologist-oncologists vs primary care, filgrastim: adjusted difference, −3.0 [95% CI, −5.4 to −0.5] percentage points; P = .02). Numerous practice characteristics were associated with biosimilar use, including practice setting (outpatient hospital department vs. office practice, filgrastim: adjusted difference, −16.1 [95% CI, −18.1 to −14.1] percentage points; P < .001; infliximab: adjusted difference, 3.0 [95% CI, 2.2 to 3.7] percentage points; P < .001) and hospital outpatient department ownership status (for-profit vs not-for-profit, filgrastim: adjusted difference, −17.4 [95% CI, −21.6 to −13.3] percentage points; P < .001; infliximab: adjusted difference, 10.8 [95% CI, 6.7 to 14.9] percentage points; P < .001).<br><br>**CONCLUSIONS AND RELEVANCE.** In this study, practice setting and hospital ownership status had the largest associations with biosimilar usage, suggesting practices play a role in steering physicians toward certain medications. However, the types of practices with high biosimilar use differed by drug class. Further research is needed to understand the reasons for these differences across drug classes. |
| [7] | Desai and McWilliams (2018) | **BACKGROUND.** The 340B Drug Pricing Program entitles qualifying hospitals to discounts on outpatient drugs, increasing the profitability of drug administration. By tying the program eligibility of hospitals to their Disproportionate Share Hospital (DSH) adjustment percentage, which reflects the proportion of hospitalized patients who are low-income, the program is intended to expand resources for underserved populations but provides no direct incentives for hospitals to use financial gains to enhance care for low-income patients.<br><br>**METHODS.** We used Medicare claims and a regression-discontinuity design, taking advantage of the threshold for program eligibility among general acute care hospitals (DSH percentage, >11.75%), to isolate the effects of the program on hospital–physician consolidation (i.e., acquisition of physician practices or employment of physicians by hospitals) and on the outpatient administration of parenteral drugs by hospital-owned facilities in three specialties in which parenteral drugs are frequently used. For low-income patients, we also assessed the effects of the program on the provision of care by hospitals and on mortality. |

D-4

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [7] | Desai and McWilliams (2018) (cont.) | **RESULTS.** Hospital eligibility for the 340B Program was associated with 2.3 more hematologist–oncologists practicing in facilities owned by the hospital, or 230% more hematologist–oncologists than expected in the absence of the program ($P = 0.02$), and with 0.9 (or 900%) more ophthalmologists per hospital ($P = 0.08$) and 0.1 (or 33%) more rheumatologists per hospital ($P = 0.84$). Program eligibility was associated with significantly higher numbers of parenteral drug claims billed by hospitals for Medicare patients in hematology–oncology (90% higher, $P = 0.001$) and ophthalmology (177% higher, $P = 0.03$) but not rheumatology (77% higher, $P = 0.12$). Program eligibility was associated with lower proportions of low-income patients in hematology–oncology and ophthalmology and with no significant differences in hospital provision of safety-net or inpatient care for low-income groups or in mortality among low-income residents of the hospitals' local service areas.<br><br>**CONCLUSIONS.** The 340B Program has been associated with hospital–physician consolidation in hematology–oncology and with more hospital-based administration of parenteral drugs in hematology–oncology and ophthalmology. Financial gains for hospitals have not been associated with clear evidence of expanded care or lower mortality among low-income patients. |
| [8] | Desai and McWilliams (2021) | **OBJECTIVES.** To evaluate whether hospital entry into the 340B Drug Pricing Program, which entitles eligible hospitals to discounts on drug purchases and intends for hospitals to use associated savings to devote more resources to the care of low-income populations, is associated with changes in hospital provision of uncompensated care.<br><br>**STUDY DESIGN.** We analyzed secondary data on 340B participation and uncompensated care provision among general acute care hospitals and critical access hospitals from 2003 to 2015. We constructed an annual, hospital-level data set on hospital 340B participation from the Office of Pharmacy Information Systems and on uncompensated care provision from the Hospital Cost Reporting Information System.<br><br>**METHODS.** Focusing on 2 periods of program expansion, we separately analyzed trends in uncompensated care costs for 340B-eligible general acute care hospitals and critical access hospitals, stratified by year of 340B program entry, including a stratum of eligible hospitals that never participated. We used a differences-in-differences approach to quantify whether there were differential changes in provision of uncompensated care after hospitals enter the 340B program relative to hospitals that did not participate or had not yet entered.<br><br>**RESULTS.** We do not find evidence that hospitals increased provision of uncompensated care after entry into the 340B program differentially more than hospitals that never entered or had not yet entered the program.<br><br>**CONCLUSIONS.** Relying on hospitals to invest surplus into care for the underserved without marginal incentives to do so or strong oversight may not be an effective strategy to expand safety-net care. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [9] | Desai et al. (2026) | **OBJECTIVE:** To examine whether hospital eligibility for the 340B drug pricing program reduces prices for clinician-administered drugs in commercial insurance markets and whether effects vary by market competition.<br><br>**STUDY SETTING AND DESIGN:** We conducted a quasi-experimental study using a regression discontinuity design that leverages the federal eligibility threshold for 340B participation (disproportionate share hospital [DSH] percentage > 11.75%). The study included non-profit and public acute care hospitals that billed for clinician-administered drugs in the outpatient setting between 2012 and 2014. The primary outcome was hospital-insurer negotiated unit prices for high-spending outpatient drugs. Secondary outcomes included drug volume and revenue.<br><br>**DATA SOURCES AND ANALYTIC SAMPLE:** We analyzed secondary data from the Health Care Cost Institute (HCCI), which includes claims from three national commercial insurers linked to hospital-level characteristics from the Hospital Cost Report Information System (HCRIS) and provider identifiers from the National Plan and Provider Enumeration System (NPPES). The analytic sample comprised 637 hospitals billing 148,037 clinician-administered drug claims for the five drugs with highest total spending.<br><br>**PRINCIPAL FINDINGS:** Hospital 340B eligibility was associated with a $605 reduction (95% CI: −934 to −276) in median unit drug prices, a 25% decrease relative to the mean price among ineligible hospitals at the threshold ($2387). Effects were concentrated in competitive markets (Herfindahl–Hirschman Index [HHI] ≤ 1800), where eligibility was associated with a $793 reduction (95% CI: −1197 to −388), a 32% decrease. In highly concentrated markets, effects were small and statistically insignificant. Price reductions were offset by non-significant increases in drug volume (25%) and neutral effects on drug revenue.<br><br>**CONCLUSIONS:** Hospital 340B eligibility reduced commercial drug prices only in competitive markets. These findings suggest that market competition is critical for ensuring that policy-driven hospital cost savings are shared with payers and patients. |
| [10] | Dickson and James (2023)* | This cross-sectional study examined generic prescribing patterns for 2020 among 340B-eligible and non-340B clinicians in the Medicare Part D program to assess whether 340B revenue incentives may influence prescribing. Using Medicare prescription claims data for 2020, the study found that generic drugs accounted for 86.6 percent of all Medicare Part D prescriptions, with similar rates observed for 340B-eligible (86.4 percent) and 340B-ineligible prescribers (86.6 percent). Although some variation existed across drug categories, the differences in generic prescription rates for 340B-eligible and ineligible prescribers were minimal. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [11] | Dickson et al. (2023) | **IMPORTANCE.** Despite controversy surrounding the 340B program, no study has analyzed trends in the proportion of Medicare Part D pharmacy claims eligible for 340B discounts.<br><br>**OBJECTIVE.** To describe trends in the proportion of Medicare Part D claims that are prescribed by 340B-affiliated clinicians and filled in 340B pharmacies.<br><br>**DESIGN AND SETTING.** This longitudinal, retrospective cohort study included 2013 to 2020 claims data from a 5% random sample of Medicare Part D beneficiaries from the Centers for Medicare & Medicaid Services and 6292 nine-digit national drug codes that were used by at least 1000 Part D beneficiaries in a given year. Data analysis was completed from November 2022 to April 2023.<br><br>**MAIN OUTCOMES AND MEASURES.** For each drug and year, there were 3 outcomes: (1) proportion of total Part D claims that were prescribed by a 340B-affiliated clinician; (2) proportion of claims prescribed by a 340B-affiliated clinician that were filled in a 340B pharmacy; and (3) proportion of total Part D claims under the 340B program (i.e., prescribed by a 340B-affiliated clinician and filled in a 340B pharmacy).<br><br>**RESULTS.** The proportion of prescriptions written by a 340B-affiliated clinician doubled from 9.4% in 2013 to 19.3% in 2020. The capture of 340B prescriptions by 340B pharmacies, defined as the proportion of claims prescribed by 340B-affiliated clinicians that were filled by 340B pharmacies, increased from 18.4% in 2013 to 49.9% in 2020. As a result, the total proportion of 340B claims in Part D increased from 1.7% in 2013 to 9.6% in 2020. Rates of 340B prescribing and capture increased consistently across therapeutic classes. In 2020, the antiviral therapeutic class was the class with the largest proportion of 340B claims (16.1%), followed by targeted antineoplastics (15.7%).<br><br>**CONCLUSIONS AND RELEVANCE.** This cohort study demonstrated that from 2013 to 2020, the share of Medicare Part D claims prescribed by a 340B-affiliated clinician increased; however, the rate at which 340B-eligible prescriptions were filled at 340B pharmacies increased at a faster rate, driving the overall increase in 340B claims. Despite these trends, only half of 340B-eligible prescriptions were subject to the 340B discount in 2020. |
| [12] | Faraj et al. (2024a) | **INTRODUCTION.** Oral targeted therapies are a standard of care for men with advanced prostate cancer. However, these therapies are expensive, which may be a barrier to some, particularly the most economically disadvantaged. Through investment in programs to assist this population, savings generated from the 340B program have the potential to mitigate barriers to initiating treatment with targeted therapies in these men. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [12] | Faraj et al. (2024a) (cont.) | **METHODS.** We performed a retrospective study using a 20% national sample of fee-for-service Medicare beneficiaries diagnosed with advanced prostate cancer between 2012 and 2019. The outcome was the patient-level use of a targeted therapy for the first time. This study had two exposures. The first was 340B penetration, representing the percentage of all outpatient hospital revenue in a hospital referral region generated by a 340B hospital. The second was the degree of socioeconomic disadvantage, as measured by the social vulnerability index (SVI). Two separate Cox models were fit to measure relationships between each exposure and use of a targeted therapy. A third model was fitted to assess whether differences in utilization by SVI were mitigated by increasing 340B penetration.<br><br>**RESULTS.** The use of a targeted therapy did not vary with 340B penetration (adjusted HR 1.1, 95% CI 0.96–1.2) for high versus low penetration. Conversely, socioeconomically disadvantaged men were less likely to initiate treatment. Those residing in the third SVI tertile (i.e., most vulnerable) were less likely to start on a targeted therapy compared to men in the first tertile (adjusted HR 0.85, 95% CI 0.78–0.92). However, increasing 340B penetration did not attenuate these differences (Wald test for the interaction term $p = 0.10$).<br><br>**CONCLUSIONS.** There was no association between a region's 340B penetration and use of a targeted therapy. Furthermore, although the use of a targeted therapy decreased with increased SVI, the 340B penetration of a region did not reduce this gap. |
| [13] | Faraj et al. (2024b) | **INTRODUCTION.** Expensive oral specialty drugs for advanced prostate cancer can be associated with treatment disparities. The 340B program allows hospitals to purchase medications at discounts, generating savings that can improve care of the socioeconomically disadvantaged. This study assessed the effect of hospital 340B participation on advanced prostate cancer.<br><br>**METHODS.** The authors performed a retrospective cohort study of Medicare beneficiaries with advanced prostate cancer from 2012 to 2019. The primary outcome was use of an oral specialty drug. Secondary outcomes included monthly out-of-pocket costs and treatment adherence. We evaluated the effects of 1) hospital 340B participation, 2) a regional measure vulnerability, the social vulnerability index (SVI), and 3) the interaction between hospital 340B participation and SVI on outcomes.<br><br>**RESULTS.** There were 2237 and 1100 men who received care at 340B and non-340B hospitals. There was no difference in specialty drug use between 340B and non-340B hospitals, whereas specialty drug use decreased with increased SVI (odds ratio, 0.95, $p = .038$). However, the interaction between hospital 340B participation and SVI on specialty drug use was not significant. Neither 340B participation, SVI, or their interaction were associated with out-of-pocket costs. Although hospital 340B participation and SVI were not associated with treatment adherence, their interaction was significant ($p = .020$). This demonstrated that 340B was associated with better adherence among socially vulnerable men. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [13] | Faraj et al. (2024b) (cont.) | **CONCLUSIONS.** The 340B program was not associated with specialty drug use in men with advanced prostate cancer. However, among those who were started on therapy, 340B was associated with increased treatment adherence in more socially vulnerable men. |
| [14] | Faraj et al. (2024c) | **INTRODUCTION.** The use of expensive oral targeted agents for advanced prostate cancer can be influenced by those who stand to gain from their use. The 340B drug pricing program allows eligible hospitals to purchase medications at steep discounts, generating millions of dollars in savings. The extent to which hospitals engage in higher-risk prescribing due to program incentives is unclear.<br><br>**METHODS.** Medicare claims were used to perform a retrospective study of men with advanced prostate cancer. The primary outcome was targeted therapy use in men with high noncancer mortality risk. Secondary outcomes included androgen biosynthesis inhibitor use in men with cardiovascular history, androgen receptor inhibitor use in men with neurocognitive history, and therapy within 14 days of death. Proportional hazards models were used to assess time-to-event outcomes, while logistic regression was used for binary outcomes.<br><br>**RESULTS.** In men with high noncancer mortality risk, targeted therapy use did not differ at 340B participating compared to nonparticipating hospitals (hazard ratio [HR] 1.1, 95% CI 0.67-1.5). There was no difference in androgen biosynthesis inhibitor use in men with a prior cardiac event (HR 0.96, 95% CI 0.70-1.3) or androgen receptor inhibitor use in men with a prior neurocognitive event (HR 1.5, 95% CI 0.65-3.4) in those treated at 340B participating compared to nonparticipating hospitals. Therapy use in the last 14 days of life did not vary by 340B participation (odds ratio 1.3, 95% CI 0.86-1.9).<br><br>**CONCLUSIONS.** In men with advanced prostate cancer, high-risk prescribing and futility measures did not vary by participation in the 340B drug pricing program. |
| [15] | Han (2023) | I study the impact of expanding the 340B Drug Pricing Program to include Critical Access Hospitals (CAH) on Medicare Part B drug utilization and spending. The 340B program entitles certain hospitals and clinics to discounts on most outpatient drugs. In 2010, the Affordable Care Act expanded 340B eligibility to CAHs — small rural hospitals that receive cost-based reimbursement from Medicare. Exploiting variation in the predicted exposure to the 340B expansion in a difference-in-differences method, I find that the 340B expansion reduced Part B drug spending but did not affect Part B drug utilization. This finding contrasts with existing evidence about 340B's impact on hospitals but is consistent with the prediction that cost-based reimbursement dampens the incentives created by the 340B discounts. I also find suggestive evidence that CAHs passed the cost savings from 340B on to patients. These results add new perspectives to the ongoing debate over 340B. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [16] | Horn (2025) | The 340B Drug Pricing Program incentivizes healthcare providers to increase medication use. It does this by allowing certain safety-net hospitals and clinics to purchase outpatient drugs at considerable discounts from manufacturers but be reimbursed at full price by payers. Yet, previous literature has left largely unstudied how the 340B program influences physician prescribing behavior. In this paper, I provide evidence of physician agency among 340B providers in the treatment of breast cancer. I leverage the staggered diffusion of the program to identify the impact of 340B participation on prescribing behavior and patient outcomes. Physicians who join the 340B program increase the share of patients who receive pharmaceutical treatments and increase the intensity of per-patient prescribing. I also find significant increases in prescribing medications that are not included in clinical treatment recommendations and medications to treat side effects. Despite more intensive treatment use, I find no statistically significant change in survival. |
| [17] | Horn and Schulman (2026) | **OBJECTIVE:** To investigate how exposure to the 340B Drug Pricing Program influences care for patients with the two most common forms of cancer: lung and breast. |
| | | **STUDY SETTING AND DESIGN:** Proponents of the 340B Program assert that it reduces care costs by supporting safety-net providers through outpatient drug discounts. There is a gap in understanding patient-level program impacts. We estimate the association between the 340B program and care utilization, treatment costs, and health outcomes by comparing patients exposed to the 340B program to patients not exposed using linear and logistic multivariate regression analyses with propensity score weighting. Costs are inflation-adjusted to U.S. 2020 dollars. |
| | | **DATA SOURCES AND ANALYTIC SAMPLE:** We use Medicare fee-for-service claims data for beneficiaries in the United States who are within one year of an initial lung (N = 35,334) or breast (N = 83,721) cancer diagnosis between 2013 and 2018. |
| | | **PRINCIPAL FINDINGS:** Exposure to the 340B program is associated with a significant increase in the probability of using Part B-covered cancer treatment drugs of 10.8 percentage points (pp) (95% CI, 9.2 pp to 12.3 pp) for lung cancer and 14.8 pp (95% CI, 13.9 pp to 15.6 pp) for breast cancer. This is a relative increase of 19.6% and 43.1% for lung and breast cancer, respectively. Medicare spent $9,592 (95% CI, $8,498 to $10,686) more on lung cancer and $7,598 (95% CI, $7,215 to $7,980) more on breast cancer patients exposed to the 340B program compared with patients not exposed, where the average cost of treatment was $36,256 and $15,626 for lung and breast cancer, respectively. |
| | | **CONCLUSIONS:** Findings are consistent with the financial incentives of the 340B program and highlight that the program has a broad impact on patient care and cost. Policymakers should consider ways to support safety-net providers that are not tied to outpatient medications. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [18] | Jung et al. (2018) | **OBJECTIVE.** To examine the impact of the 340B drug discount program on the site of cancer drug administration and cancer care spending in Medicare.<br><br>**DATA SOURCES/STUDY SETTING.** 2010–2013 Medicare claims data for a random sample of Medicare Fee-for-Service beneficiaries with cancer.<br><br>**STUDY DESIGN.** We identified the 340B effect using variation in the availability of 340B hospitals across markets. We considered beneficiaries from markets that newly gained a 340B hospital during the study period (new 340B markets) as the treatment group. Beneficiaries in markets with no 340B hospital were the control group. We used a difference-in-differences approach with market fixed effects.<br><br>**DATA COLLECTION.** Secondary data analysis.<br><br>**PRINCIPAL FINDINGS.** The probability of a patient receiving cancer drug administration in hospital outpatient departments (HOPDs) versus physician offices increased 7.8 percentage points more in new 340B markets than in markets with no 340B hospital. Per-patient spending on other cancer care increased $1,162 more in new 340B markets than in markets with no 340B hospital.<br><br>**CONCLUSIONS.** The 340B program shifted the site of cancer drug administration to HOPDs and increased spending on other cancer care. As the program expands, continuing assessment of its impact on service utilization and spending would be needed. |
| [19] | Lin et al. (2022)* | This cross-sectional study assessed pharmacy participation in the 340B Drug Pricing Program following its 2010 expansion and the extent to which growth occurred in socioeconomically disadvantaged neighborhoods. Using a dataset comprising U.S. pharmacies from 2011 to 2019—built from HRSA, the American Community Survey (ACS), and the National Plan and Provider Enumeration System—the study found that the share of pharmacies contracting with at least one 340B covered entity increased from 5.9 percent to 29.9 percent. However, this growth was not consistent across communities: the share of 340B pharmacies increased in wealthier, predominantly White neighborhoods, while declining in poorer, majority-Black, and majority-Hispanic neighborhoods. Specifically, the percentage of 340B pharmacies in the lowest-income neighborhoods (median family income < $45,000) declined by 5.6 percent, while the percentage in the highest-income neighborhoods (median family income ≥ $80,000) increased by 5.0 percent. The study concluded that although overall 340B participation expanded significantly, its growth may not have aligned with the program's intended goal of serving vulnerable communities. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [20] | Liu et al. (2025) | **OBJECTIVE.** To evaluate how the communities of newly registered 340B Disproportionate Share Hospitals (DSHs), child sites, and contract pharmacies have changed over time on key socioeconomic measures.<br><br>**STUDY SETTING/DESIGN.** Serial cross-sectional analysis from 2010 to 2022 examining yearly change in Social Deprivation Index (SDI).<br><br>**DATA SOURCES/ANALYTIC SAMPLE.** 340B DSHs, child sites, and contract pharmacies were identified in the Office of Pharmacy Affairs and Information System and linked to socioeconomic measures by ZIP code.<br><br>**FINDINGS.** Seven hundred and seventy five newly registered 340B DSHs, 29,475 child sites, and 48,214 contract pharmacies were included in the analysis. The SDI of communities with newly registered DSHs remained stable during the study period (median 62). By contrast, the SDI of communities with newly registered child sites decreased from a median of 59 in 2010 to 53 in 2022 (−0.18 centiles per year on linear regression, $p < 0.001$), and the SDI of communities with newly registered contract pharmacies decreased from a median of 72 in 2010 to 53 in 2022 (−0.69 centiles per year on linear regression, $p < 0.001$), suggesting expansion into areas with lower social deprivation over time.<br><br>**CONCLUSIONS.** 340B DSH hospitals have registered new child sites and contract pharmacies in increasingly wealthy areas. |
| [21] | McGlave et al. (2024) | The 340B program grants eligible health care providers ("covered entities") access to discounted prices for outpatient prescription drugs. Covered entities frequently rely on retail pharmacies ("contract pharmacies") to dispense discounted drugs. This analysis describes contract pharmacy participation by ownership: the top 4 chains, grocery chains, small chains, and institutional independent pharmacies. We found that 71% of pharmacies in the top 4 chains were contract pharmacies. Forty one percentage of institutional pharmacies, 38% of grocery store pharmacies, and 22% of independent pharmacies participated in 340B in 2022. The median number of contracts per pharmacy was 2 among the top 4 chains and grocery store pharmacies vs. 1 for all other pharmacy types. The median farthest distance in miles from contracting covered entities was largest for the top 4 chains (19 miles) and small chains (18 miles) and smallest for independent and institutional pharmacies (10 miles). The top 4 chains held the highest proportion of contracts with core safety-net providers (75% vs. 61% of institutional pharmacies). |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [22] | Nikpay and McGlave (2026) | The 340B Drug Pricing Program entitles participating hospitals and clinics (called covered entities) to purchase outpatient drugs at a substantial discount from manufacturers. Covered entities either distribute 340B drugs at reduced prices to patients or generate a subsidy by charging insured patients market prices for discounted drugs. Drugs purchased through 340B accounted for $66 billion in 2023, with approximately one-fifth of this sum coming from sales through unaffiliated community retail pharmacies, called contract pharmacies. We linked data on contract pharmacy locations to Managed Market Surveyor data to describe the markets in which 340B covered entities locate contract pharmacies. We found that the number of contract pharmacies has grown dramatically over the last decade: from 2010 to 2021, the mean share of pharmacies in a county that dispensed 340B drugs increased from 1.5% to 43.7%. Contract pharmacy growth was positively correlated with Medicare and Medicaid coverage and negatively correlated with uninsured and commercial coverage. Although contract pharmacies were positively associated with Medicaid coverage, this relationship was strongest in states that allowed covered entities to dispense 340B drugs to Medicaid patients through a contract pharmacy. Our findings are consistent with those of other studies that covered entities, particularly hospitals, tend to locate contract pharmacies in markets that maximize the 340B subsidy. |
| [23] | Nikpay et al. (2018)* | This study examined differences in financial stability, uncompensated care, and the provision of low-profit services between nonprofit and public general acute care hospitals in the United States that participated in the 340B Drug Pricing Program in 2015, compared to nonparticipating hospitals. Using hospital characteristic and financial data from CMS, along with 340B participation data from HRSA, the study found that, overall, participating hospitals had lower operating margins and slightly higher levels of uncompensated care but were no more likely to offer low-profit services than nonparticipants. Subgroup analysis revealed distinct patterns based on the timing of program entry. Early participants (before 2004) were more likely to be public or academic institutions located in lower-income, higher-uninsured communities, compared with hospitals that enrolled after 2004 (intermediate participants) or after 2010 (late participants), when eligibility for the 340B Program expanded. While 340B-participating hospitals overall provided more uncompensated care than nonparticipants, intermediate and late participants provided less uncompensated care and were more financially stable than early participants. |
| [24] | Nikpay et al. (2020) | **OBJECTIVE.** The 340B program allows safety-net hospitals to acquire discounted outpatient drugs and charge payers full price. We examined whether 340B participation increases safety-net engagement.<br><br>**DATA SOURCES.** 340B participation data, Medicare hospital cost reports, American Hospital Association Survey, and Schedule 990 nonprofit hospital tax returns. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [24] | Nikpay et al. (2020) (cont.) | **STUDY DESIGN.** Quasi-experimental difference-in-differences design comparing 340B hospitals (the "treatment" group) before and after participating to changes over time to three alternative "control" groups: all other nonprofit and public hospitals, hospitals that are not participating during our study, and hospitals that were not-yet participating but started after 2015. Outcome measures include a range of safety-net care measures that are alternatives to the standard uncompensated care: charity care, community benefit spending, charity care policies, and low-profit service-line provision. <br><br> **DATA EXTRACTION.** We extracted data on all nonprofit and public hospitals from 2011 to 2015. We linked 340B participation data to Medicare hospital cost reports and American Hospital Association data using Medicare hospital identifiers. 990 Data was linked on name and address. <br><br> **PRINCIPAL FINDINGS.** New 340B participation was not associated with a change in uncompensated care, but was associated with a 28.9 percent increase in charity care spending (SE = 8.8), or about $880,000 per hospital. However, total community benefit spending (including charity care) did not change. 340B was associated with an increase in the probability of offering discounted care (4.3 percentage points, SE = 1.6) from 84 to 88 percent and an increase in the income eligibility limit for discounted care (18.9 percentage points, SE = 5.6) from 294 to 313 percent. Participation was not associated with the probability of offering low-profit medical care services. <br><br> **CONCLUSIONS.** Alternative measures show that newly participating hospitals may increase charity care, potentially through offering more patients discounted care. However, increases appear to be fully offset by reductions in other community benefit programs. |
| [25] | Nikpay et al. (2022) | **OBJECTIVES.** To estimate the association of 340B contract pharmacy growth between 2009 and 2019 with county-level characteristics, including availability of health care providers, health care spending, population, and socioeconomic characteristics. <br><br> **STUDY DESIGN.** Observational study. <br><br> **METHODS.** We constructed county-level maps of 340B contract pharmacy penetration for the years 2009 and 2019 by 340B participant type (hospital or safety-net clinic). We then used a multivariable linear probability regression model to estimate the association of county-level characteristics in 2009 with the probability of gaining at least one 340B contract pharmacy within the county by 2019. We estimated separate regressions for safety-net clinics and hospitals. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [25] | Nikpay et al. (2022) (cont.) | **RESULTS.** We find that growth of contracts with 340B hospitals was uncorrelated with uninsured rates, poverty rates, or areas of medical underservice. By contrast, we find that growth of contracts with 340B safety-net clinics was positively correlated with poverty rates and metropolitan statistical status. These findings suggest different patterns of access for patients.<br><br>**CONCLUSIONS.** Our results add systematic evidence of a difference in how the 2 main types of 340B participants — hospitals and safety-net clinics — use the 340B program. Policy proposals to reform 340B should consider reforms for safety-net clinics and hospitals separately. |
| [26] | Nikpay et al. (2023)* | This study examined how retail pharmacy participation in the 340B Program evolved from 2009 to 2022 across multiple dimensions, following a policy change in 2010 that allowed covered entities to use an unlimited number of contract pharmacies. By linking 340B participation data from HRSA with the National Council for Prescription Drug Programs dataQ database, the study assessed changes in (1) the number of contracts per pharmacy, (2) distance from covered entities, and (3) the share of contracts with federal grantees and essential community hospitals (i.e., safety-net providers). The study found that retail pharmacy participation in the 340B Program increased from 1.3 percent to 40.9 percent of all retail pharmacies between 2009 and 2022. Pharmacies also contracted with a greater number of covered entities, and those entities were located increasingly farther away. At the same time, the share of pharmacies contracting exclusively with safety-net providers declined from 95 percent to 54 percent. |
| [27] | Owsley and Bradley (2023) | Rural-urban cancer disparities, including greater mortality rates, are partially attributable to the limited availability of oncology services in rural communities. Without these services, rural residents may experience delays in timely treatment and may be less likely to complete recommended care. The 340B Drug Pricing Program allows eligible not-for-profit and public hospitals to purchase covered outpatient drugs, including high-cost oncology drugs, at discounted prices. Using 2011–20 data, we evaluated the relationship between new enrollment in the 340B program and oncology services initiation in rural general acute care hospitals that lacked oncology services in 2011. Compared with hospitals that remained unenrolled in the 340B program through 2020, hospitals that enrolled during 2012–18 were 8.3 percentage points more likely to have added oncology services as of 2020. The newly participating hospitals that added oncology services were disproportionately located in Medicaid expansion states and in counties with lower uninsurance rates. These findings suggest that the 340B program facilitates expanded access to oncology services in some rural communities, but opportunities remain to address disparities in the most disadvantaged service areas. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [28] | Owsley and Karim (2024) | **PURPOSE.** The federal 340B Drug Pricing Program allows eligible hospitals, including critical access hospitals (CAHs), to obtain outpatient drugs at a discounted rate. CAHs likely benefit from 340B participation because they are often under-resourced and serve at-risk patient populations. The objective of this study was to understand predictors of 340B program participation among CAHs, and how participation varies with community-level social vulnerability.<br><br>**METHODS.** We used a cross-sectional study design to assess the relationship between 340B participation in 2019 and community vulnerability status using 2018 data from the CDC's social vulnerability index (SVI) among acute care CAHs. Analyses used linear probability models adjusted for hospital-level characteristics.<br><br>**FINDINGS.** In bivariate analyses, CAHs participating in the 340B program had lower overall social vulnerability scores, relative to nonparticipating, eligible, and ineligible CAHs, respectively (43.8 vs. 48.7 vs. 64.7, $p < 0.10$). In adjusted regression models, greater community vulnerability rankings due to socioeconomic status ($-0.129$, $p < 0.05$) and minority status and language ($-0.092$, $p < 0.05$) were associated with decreased 340B participation. Higher hospital operating margin was associated with increased 340B participation (0.163, $p<0.05$). Although the number of for-profit CAHs ineligible for 340B was small, they had the highest community-level social vulnerability score and lowest hospital operating margin on average.<br><br>**CONCLUSIONS.** CAHs located in areas of high community vulnerability are less likely to participate in the 340B program. Some vulnerable patient populations served by CAHs may be excluded from 340B program benefits. |
| [29] | Owsley et al. (2024) | **IMPORTANCE.** The US 340B Drug Pricing Program enables eligible hospitals to receive substantial discounts on outpatient drugs to improve hospitals' financial sustainability and maintain access to care for patients who have low income and/or are uninsured. However, it is unclear whether hospitals use program savings to subsidize access as intended.<br><br>**OBJECTIVE.** To evaluate whether the 340B program is associated with improvements in access to hospital-based services and to test whether the association varies by hospital ownership.<br><br>**DESIGN, SETTING, AND PARTICIPANTS.** Difference-in-differences and cohort analysis from 2010 to 2019. Never and newly participating 340B general, acute, nonfederal hospitals in the US using data from the American Hospital Association's Annual Survey of Hospitals merged with hospital and market characteristics. Data were analyzed from January 1, 2023, to January 31, 2024.<br><br>**EXPOSURES.** New enrollment in 340B between 2012 and 2018. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [29] | Owsley et al. (2024) (cont.) | **MAIN OUTCOMES AND MEASURES.** Total number of unprofitable service lines, i.e., substance use, psychiatric (inpatient and outpatient), burn clinic, and obstetrics services; and profitable services, i.e., cardiac surgery and orthopedic, oncologic, neurologic, and neonatal intensive services.<br><br>**RESULTS.** The study sample comprised a total of 2152 hospitals, 1074 newly participating and 1078 not participating in the 340B program. Participating hospitals were more likely than nonparticipating hospitals to be critical access and teaching hospitals, have higher Medicaid shares, and be located in rural areas and in Medicaid expansion states. At public hospitals, participation in the 340B program was associated with a significant increase in total unprofitable services (0.21; 95% CI, 0.04 to 0.38; $P = .02$) and marginal increases in substance use (5.4 percentage points [pp]; 95% CI, –0.8 pp to 11.6 pp; $P = .09$) and inpatient psychiatric (6.5 pp; 95% CI, –0.7 pp to 13.7 pp; $P = .09$) services. Among nonprofit hospitals, there was no significant association between 340B and service offerings (profitable and unprofitable) except for an increase in oncologic services (2.5 pp; 95% CI, 0.0 pp to 5.0 pp; $P = .05$).<br><br>**CONCLUSIONS AND RELEVANCE.** The finding of the cohort study indicate that participation in the 340B program was associated with an increase in unprofitable services among newly participating public hospitals. Nonprofit hospitals were largely unaffected. These findings suggest that public hospitals responded to 340B savings by improving patient access, whereas nonprofits did not. This heterogeneous response should be considered when evaluating the eligibility criteria for the 340B program and how it affects social welfare. |
| [30] | Robinson et al. (2026) | **IMPORTANCE** Many physician-administered oncology biologics are losing patent protection in the coming years and will face competition from biosimilars. Hospitals and insurers share a mutual interest in developing payment methods that share the potential savings from adopting these less costly agents.<br><br>**OBJECTIVE** To test whether hospitals paid lower acquisition prices and earned higher markup margins for physician-administered oncology biosimilars; whether insurers reduced the reimbursement prices they paid to hospitals, thereby sharing in the savings from lower manufacturer prices; and whether reductions in acquisition prices and increases in hospital margins were associated with accelerated adoption of biosimilars.<br><br>**DESIGN, SETTING, AND PARTICIPANTS** Observational study using 2020–2024 data for patients covered by Blue Cross Blue Shield health insurance, linked to information on drug acquisition prices paid by hospitals to manufacturers; drug reimbursement prices paid by insurers to hospitals; hospital eligibility for federal 340B price discounts; and other hospital, patient, and market characteristics. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [30] | Robinson et al. (2026) (cont.) | **EXPOSURES** Biologics and biosimilars acquired by hospitals from manufacturers at one price and reimbursed by private insurers at a higher price.<br><br>**MAIN OUTCOMES AND MEASURES** Acquisition prices paid by hospitals to manufacturers, reimbursement prices paid by insurers to hospitals, hospital drug price markup margin, and hospital adoption of biosimilars.<br><br>**RESULTS** Between 2020 and 2024 (66,139 patients who received oncology biologics and biosimilars in 1,541 hospitals), acquisition prices paid by hospitals to drug manufacturers declined by 60%, 72%, and 63% for the biosimilars of bevacizumab, trastuzumab, and rituximab, respectively. The reimbursement prices paid by insurers to hospitals declined more slowly, at 32%, 36%, and 34%, allowing an increase in hospital markup margins. In multivariable regression analyses, each additional dollar of acquisition price was associated with $2.72 in higher hospital reimbursement for bevacizumab (95% CI, $0.51–$4.93), $1.82 for trastuzumab (95% CI, $1.27–$2.38), and $2.32 for rituximab (95% CI, $1.56–$3.09). Increases in hospital markup margins were associated with increased adoption of biosimilars, rising from a 32%, 37%, and 18% share of bevacizumab, trastuzumab, and rituximab use in 2020 to 93%, 87%, and 84% by 2024.<br><br>**CONCLUSIONS AND RELEVANCE** Hospital price markup margins from the administration of oncology biosimilars have increased over time and have been accompanied by large increases in the utilization of these therapies. |
| [31] | Smith et al. (2023) | **OBJECTIVE.** To assess the effects of hospital 340B eligibility on quality of inpatient care provided to Medicaid and uninsured patients and for all patients.<br><br>**DATA.** Agency for Health Care Research and Quality's Healthcare Cost and Utilization Project State Inpatient Data, Hospital Cost Reporting Information System Data, Office of Pharmacy Affairs Information System Data, and American Hospital Association Annual Survey.<br><br>**DESIGN.** Regression discontinuity design comparing hospitals just above the DSH percentage program eligibility threshold to those just below. Quality measures include all-cause mortality and 30-day readmission rates as well as condition-specific measures.<br><br>**DATA EXTRACTION.** Inpatient data from general acute care hospitals from 2008 to 2014 in 15 states. Data linked on hospital 340B eligibility and participation. |

**Appendix D**
**Abstracts of Studies Summarized in Review of 340B Literature**

| Row | Study | Abstract |
|---|---|---|
| [31] | Smith et al. (2023) (cont.) | **PRINCIPAL FINDINGS.** We did not find discontinuities in inpatient care quality across the Program eligibility threshold for Medicaid and uninsured patients; specifically, on all-cause mortality (beta = -0.04 percentage points, 95% CI: -0.16, 0.08), 30-day readmission rates (beta = -0.16 percentage points, 95% CI: -0.81, 0.5), or other measures. Among insured and non-Medicaid patients, we found discontinuities for acute myocardial infarction (beta = -0.87 percentage points, 95% CI: -1.55, -0.2) and postoperative sepsis (beta = -0.15 percentage points, 95% CI: -0.23,- 0.07) mortality.<br><br>**CONCLUSIONS.** 340B Program participation has not demonstrated improved quality of inpatient care among Medicaid or uninsured patients. |

**Notes:**

[1] This appendix reports the abstracts for each of the studies summarized in the literature review. For the studies that did not have a full abstract, a brief summary of the study has been added. These studies, marked with an asterisk, are Dickson and James (2023), Lin et al. (2022), Nikpay et al. (2018), and Nikpay et al. (2023).

[2] See Appendix E for more details on these studies and Appendix C for the full citations for these studies.

D-19

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] | • Bond, Amelia<br>• Dean, Emma<br>• Desai, Sunita | 2023 | The Role of Financial Incentives in Biosimilar Uptake in Medicare: Evidence From the 340B Program | Health Affairs | General acute care hospitals | 2017-2019 | • OPAIS Covered Entity Data (HRSA)<br>• Healthcare Cost Report Information System (CMS)<br>• Medicare Claims and Enrollment Data (CMS) | Regression discontinuity | • "55,970 administrations [of filgrastim and infliximab] for 6,306 unique patients across outpatient departments based at 593 general acute care hospitals (2,176 hospital-years) with DSH percentages close to the eligibility threshold (within 10 percentage points)" among Medicare fee-for-service beneficiaries | • "340B program eligibility was associated with a 22.9-percentage-point reduction in biosimilar adoption."<br><br>• "340B program eligibility was associated with 13.3 more biologic administrations annually per hospital and $17,919 more biologic revenue per hospital." | V.D.3.a |
| [2] | • Chang, Jessica<br>• Karaca-Mandic, Pinar<br>• Go, Ronald<br>• Schondelmeyer, Stephen<br>• Weisdorf, Daniel<br>• Jeffery, Molly Moore | 2023 | Provider Barriers in Uptake of Biosimilars: Case Study on Filgrastim | American Journal of Managed Care | Hospitals | 2015-2020 | • OPAIS Covered Entity Data (HRSA)<br>• American Hospital Association Annual Survey (AHA)<br>• Optum Labs Data Warehouse (Optum) | Multinomial logit regression | • 17,637 "episodes of use of short-acting filgrastim (originator, biosimilar, and tbo-filgrastim) among MA [Medicare Advantage] enrollees" | • "[P]atients seen in 340B-participating hospitals were 9.8 percentage points less likely than those seen in non-340B hospitals to receive potentially lower-priced alternatives such as biosimilar filgrastim and tbo-filgrastim (rate of nonoriginator filgrastim use in 340B-participating hospitals vs non-340B-participating hospitals: 58.1% vs. 67.9%; $P < .001$)." | V.D.3.a |
| [3] | • Chang, Jessica<br>• Karaca-Mandic, Pinar<br>• Nikpay, Sayeh<br>• Jeffery, Molly Moore | 2023 | Association Between New 340B Program Participation and Commercial Insurance Spending on Outpatient Biologic Oncology Drugs | JAMA Health Forum | Hospitals | 2007-2019 | • OPAIS Covered Entity Data (HRSA)<br>• American Hospital Association Annual Survey (AHA)<br>• Optum Labs Data Warehouse (Optum) | Event-study difference-in-differences | • 95,127 outpatient biologic oncology drug episodes across 478 340B and non-340B hospitals | • "New 340B participating hospitals were more likely to be small (<50 beds)," were "more likely to be in rural settings," and had greater numbers of Medicaid discharges.<br><br>• "We found that both spending for outpatient oncological biologic drug episodes and volume of episodes treated with these drugs increased after 340B program participation." | V.C;<br>V.D.3.b |
| [4] | • Clark, Bobby<br>• Hou, John<br>• Chou, Chia-Hung<br>• Huang, Elbert<br>• Conti, Rena | 2014 | The 340B Discount Program: Outpatient Prescription Dispensing Patterns Through Contract Pharmacies in 2012 | Health Affairs | Contract pharmacies (Walgreens) | 2012 | • Walgreens Prescription Claims Data (Walgreens) | Descriptive statistics | • "[A]pproximately 500 million dispensed prescriptions [by Walgreens] for patients of all ages and with all types of insurance coverage in the fifty states, the District of Columbia, and Puerto Rico" | • "Generic medications accounted for 53.8 percent of 340B prescriptions and 82.3 percent of all prescriptions."<br><br>• "[A]ntivirals accounted for 10.6 percent of 340B prescriptions, where they ranked first, but only 0.9 percent of all prescriptions."<br><br>• "Specialty medications accounted for 9.0 percent of 340B prescriptions and 0.4 percent of all prescriptions ($p < 0.0001$)." | V.D.3.a |

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [5] | • Conti, Rena<br>• Bach, Peter | 2014 | The 340B Drug Discount Program: Hospitals Generate Profits by Expanding to Reach More Affluent Communities | Health Affairs | DSH hospitals and affiliated clinics | 1992-2012 | • OPAIS Covered Entity Data (HRSA)<br>• American Community Survey (US Census Bureau)<br>• Small Area Health Insurance Estimates (US Census Bureau) | Descriptive statistics and regression analysis | • "960 hospitals and 3,964 affiliated clinics registered with the 340B program in 2012" | • "[H]ospital-affiliated clinics that registered for the 340B program in 2004 or later served communities that were wealthier and had higher rates of health insurance compared to communities served by hospitals and clinics that registered for the program before 2004."<br><br>• "Generally, DSH hospitals that registered for the 340B program in 2004 or later served communities with fewer low-income people ($p < 0.05$), compared to DSH hospitals that registered before 2004" but "did not differ significantly in terms of uninsurance rates or mean and median household incomes."<br><br>• "The [340B outpatient] clinics served communities with lower poverty rates and higher mean and median income levels than their 340B DSH hospital parents did."<br><br>• "Communities with 340B DSH hospitals had significantly higher poverty rates and lower unemployment and mean and median household incomes, compared to national averages ($p < 0.01$)." | V.C |
| [6] | • Dean, Emma Boswell<br>• Johnson, Phyllis<br>• Bond, Amelia | 2021 | Physician, Practice, and Patient Characteristics Associated With Biosimilar Use in Medicare Recipients | JAMA Network Open | Hospital outpatient departments and physician offices | 2015-2018 | • OPAIS Covered Entity Data (HRSA)<br>• Medicare Claims and Enrollment Data (CMS)<br>• Physician Compare Data (CMS) | Linear regression model | • "The final filgrastim sample included 25,870 patients [...] who had 259,178 administrations [...], and the final infliximab sample included 14,786 patients [...] who had 174,973 administrations [...]" among Medicare Part A and Part B beneficiaries | • Hospital outpatient departments were 5.4 percentage points or 50 percent less likely to administer a biosimilar for infliximab when associated with a 340B-participating hospital, while no significant association was observed between 340B status and filgrastim biosimilar use. | V.D.3.a |

E-2

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [7] | • Desai, Sunita<br>• McWilliams, J. Michael | 2018 | Consequences of the 340B Drug Pricing Program | The New England Journal of Medicine | General acute care hospitals and affiliated clinics | 2008-2012 | • OPAIS Covered Entity Data (HRSA)<br>• Healthcare Cost Report Information System (CMS)<br>• Medicare Claims and Enrollment Data (CMS) | Regression discontinuity | • General acute care hospitals with 50 or more beds and a DSH percentage within 10 percentage points of the 11.75% threshold for 340B eligibility<br><br>• A 20% random sample of Medicare fee-for-service beneficiaries living in zip codes occupied by a single hospital | • 340B eligibility was not associated with a significant change in mortality for patients living in the same zip code as the hospital, either overall or among low-income patients.<br><br>• "Program eligibility was associated with lower proportions of low-income patients in hematology-oncology and ophthalmology and with no significant differences in hospital provision of safety-net or inpatient care for low-income groups."<br><br>• Program eligibility was associated with "significantly more Part B drug claims billed per year in hospital-owned facilities in hematology-oncology (90% more drug claims than the expected mean, $P = 0.001$) and ophthalmology (177% more, $P = 0.03$) but not in rheumatology (77% more, $P = 0.12$)." | V.D.2; V.D.3.b |
| [8] | • Desai, Sunita<br>• McWilliams, J. Michael | 2021 | 340B Drug Pricing Program and Hospital Provision of Uncompensated Care | American Journal of Managed Care | General acute care and critical access hospitals | 2003-2015<br><br>(General acute care 2003-2009; critical access 2011-2015) | • OPAIS Covered Entity Data (HRSA)<br>• Healthcare Cost Report Information System (CMS) | Difference-in-differences | • 873 340B-eligible general acute care hospitals and 632 critical access hospitals | • "We do not find evidence that hospitals increased provision of uncompensated care in the years following entry into the 340B program differentially more than hospitals that never entered the program or had not yet entered the program." | V.D.1 |
| [9] | • Desai, Sunita<br>• Padmanabhan, Prianca<br>• Smith, Kyle<br>• Chang, Jessica<br>• McWilliams, J. Michael | 2026 | The 340B Drug Pricing Program, Hospital Prices, and Competition in Commercial Markets | Health Services Research | General acute care hospitals | 2012-2014 | • Health Care Cost Institute Data (HCCI)<br>• Healthcare Cost Report Information System (CMS)<br>• National Plan and Provider Enumeration System (HHS) | Regression discontinuity | • 637 hospitals billing 148,037 clinician-administered drug claims for the five drugs with highest total spending | • "[I]ncreases in drug administration volume (25.0%, 95% CI: -29.0, 79.1) [at the 340B eligibility threshold] were not statistically significant[.]" | V.D.3.b |
| [10] | • Dickson, Sean<br>• James, Katelyn | 2023 | Comparison of Generic Prescribing Patterns Among 340B-Eligible and Non-340B Prescribers in the Medicare Part D Program | JAMA Health Forum | Prescribers | 2020 | • OPAIS Covered Entity Data (HRSA)<br>• Medicare Part D Prescriber Utilization Data (CMS) | Descriptive statistics | • Medicare Part D prescriptions written by both 340B prescribers (53.7 million claims) and non-340B prescribers (762.1 million claims) | • "After adjusting for differences in therapeutic class mix, 340B-eligible prescribers had an 86.6% generic prescribing rate, which was identical to the non-340B prescribers." | V.D.3.a |

E-3

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [11] | • Dickson, Sean<br>• Gabriel, Nico<br>• Hernandez, Inmaculada | 2023 | Trends in Proportion of Medicare Part D Claims Subject to 340B Discounts, 2013-2020 | JAMA Health Forum | Covered entities, affiliated clinicians, and pharmacies | 2013-2020 | • OPAIS Covered Entity Data (HRSA)<br>• dataQ (National Council for Prescription Drug Programs)<br>• Medicare Claims Data (CMS)<br>• Medicare Part D Prescriber Utilization Data (CMS) | Descriptive statistics | • Medicare Part D claims from a 5% random sample of Medicare Part D beneficiaries | • "[T]he proportion of claims prescribed by 340B-affiliated clinicians that were filled by 340B pharmacies [...] increased from 18.4% in 2013 to 49.9% in 2020. As a result, the total proportion of 340B claims in Part D increased from 1.7% in 2013 to 9.6% in 2020." | V.C |
| [12] | • Faraj, Kassem<br>• Kaufman, Samuel<br>• Oerline, Mary<br>• Dall, Christopher<br>• Srivastava, Arnav<br>• Caram, Megan<br>• Shahinian, Vahakn<br>• Hollenbeck, Brent | 2024 | The 340B Drug Pricing Program and Management of Advanced Prostate Cancer | Cancer Medicine | Hospitals | 2012-2019 | • OPAIS Covered Entity Data (HRSA)<br>• Healthcare Cost Report Information System (CMS)<br>• Medicare Claims and Enrollment Data (CMS)<br>• Social Vulnerability Index (CDC) | Chi-squared tests; ANOVA tests; cumulative hazard function; Cox model | • 43,558 men aged 66 years or older with advanced prostate cancer from a 20% national sample of beneficiaries with traditional Medicare | • "The use of a targeted therapy did not vary with 340B penetration (adjusted HR 1.1, 95% CI 0.96–1.2) for high versus low penetration."<br><br>• "While socially vulnerable areas were associated with significantly lower use of oral specialty drugs, 340B penetration did not attenuate these differences."<br><br>• The study defines 340B penetration as "the percentage of all outpatient hospital revenue in a hospital referral region generated by a 340B hospital." | V.D.3.b |
| [13] | • Faraj, Kassem<br>• Kaufman, Samuel<br>• Oerline, Mary<br>• Herrel, Lindsey<br>• Maganty, Avinash<br>• Caram, Megan<br>• Shahinian, Vahakn<br>• Hollenbeck, Brent | 2024 | The 340B Program and Oral Specialty Drugs for Advanced Prostate Cancer | Cancer | Hospitals | 2012-2019 | • OPAIS Covered Entity Data (HRSA)<br>• Medicare Claims and Enrollment Data (CMS)<br>• Social Vulnerability Index (CDC) | Chi-squared tests; logistic and linear regression models | • A 20% national sample of beneficiaries with traditional Medicare, resulting in "3,337 men [aged 66 years or older] with advanced prostate cancer who received their androgen deprivation therapy in a [nonprofit or government-owned] hospital (or hospital-based outpatient department) that was eligible for the 340B program" | • "Hospital 340B participation was not associated with the use of an oral specialty drug [for advanced prostate cancer] ([…]; odds ratio [OR], 0.94; 95% confidence interval [CI], 0.76–1.16; $p$ = .58)."<br><br>• "[A]mong those who were started on therapy, 340B was associated with increased treatment adherence in more socially vulnerable men." | V.D.3.b |

E-4

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| [14] | • Faraj, Kassem<br>• Oerline, Mary<br>• Kaufman, Samuel<br>• Dall, Christopher<br>• Srivastava, Arnav<br>• Caram, Megan<br>• Shahinian, Vahakn<br>• Hollenbeck, Brent | 2024 | The 340B Program and High-Risk Prescribing of Oral Targeted Therapies for Advanced Prostate Cancer | Urology Practice | Hospitals | 2012-2019 | • OPAIS Covered Entity Data (HRSA)<br>• Medicare Claims and Enrollment Data (CMS) | Chi-squared tests; cumulative hazard function; Cox model; logistic regression model | • 3,337 men aged 66 years or older "from a 20% national sample of beneficiaries with traditional Medicare diagnosed with advanced prostate cancer," as identified by "the initiation of chronic androgen deprivation therapy," who "were treated in a hospital (or hospital-based outpatient department) eligible for the 340B program at any time" | • "Among men with high noncancer mortality risk, targeted therapy use did not differ between 340B participating and nonparticipating hospitals (hazard ratio [HR] 1.1, 95% CI 0.67–1.5 [...])."<br><br>• "There was no difference in androgen biosynthesis inhibitor use in men with a prior cardiac event (HR 0.96, 95% CI 0.70–1.3) or androgen receptor inhibitor use in men with a prior neurocognitive event (HR 1.5, 95% CI 0.65–3.4) between 340B participating and nonparticipating hospitals."<br><br>• "Therapy use in the last 14 days of life did not vary by 340B participation (odds ratio 1.3, 95% CI 0.86–1.9)." | V.D.3.b |
| [15] | • Han, Dan | 2023 | The Impact of the 340B Drug Pricing Program on Critical Access Hospitals: Evidence From Medicare Part B | Journal of Health Economics | Critical access hospitals | 2008-2013 | • OPAIS Covered Entity Data (HRSA)<br>• Healthcare Cost Report Information System (CMS)<br>• Medicare Claims and Enrollment Data (CMS) | Event-study difference-in-differences | • Medicare outpatient hospital claims from a 5% sample of Medicare fee-for-service beneficiaries over 65 years old | • "[I]n areas with a higher CAH outpatient share before the ACA, the 340B expansion led to disproportionate reductions in Part B drug spending but little changes in utilization."<br><br>• There is no "evidence that the 340B expansion affected Part B drug utilization in terms of the probability of receiving Part B drugs or the number of Part B drug events per patient."<br><br>• A 10-percentage point increase in CAH market share before the ACA was associated with a post-ACA decrease in copayments of $24 per patient. | V.D.3.b |
| [16] | • Horn, Danea | 2025 | The Incentive to Treat: Physician Agency and the Expansion of the 340B Drug Pricing Program | Journal of Health Economics | Physicians linked to covered entity sites | 2013-2019 | • OPAIS Covered Entity Data (HRSA)<br>• Doctors and Clinicians National Downloadable File (CMS)<br>• Medicare Claims and Enrollment Data (CMS)<br>• Medicare Physician & Other Practitioners - by Provider and Service Files (CMS) | Event-study difference-in-differences | • "7,895 providers caring for 77,425 unique patients" from a 20% sample of Medicare fee-for-service beneficiaries over 65 years old | • "[P]articipation in the 340B program increases the share of patients prescribed pharmaceutical cancer treatment in a physician's practice by 4.3 percentage points across all providers, a 26.2% increase from the prescribing mean."<br><br>• 340B participation increases the share of patients with at least one inpatient admission by 0.70 percentage points (a 4.6 percent increase over the baseline that is significant at the 5% level) but has no effect on hospice use.<br><br>• Participation in the 340B program is associated with slightly lower 1-year mortality rate, but the effect is not statistically significant (95% CI -0.57 to 0.29 percentage points). | V.D.2 |

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [17] | • Horn, Danea<br>• Schulman, Kevin | 2026 | Impact of 340B Exposure on Treatment Utilization and Cost for Medicare Patients With Cancer | Health Services Research | Oncologists linked to covered entity sites | 2013-2019 | • OPAIS Covered Entity Data (HRSA)<br>• Cancer Medications Enquiry Database (NCI)<br>• Chronic Conditions Warehouse Data (CCW)<br>• Medicare Claims and Enrollment Data (CMS)<br>• Medicare Physician & Other Practitioners - by Provider and Service Files (CMS)<br>• Medicare Master Beneficiary Summary File (CMS) | Linear and logistic regression models | • Medicare fee-for-service beneficiaries aged 66–100 diagnosed with lung (N = 35,334) or breast cancer (N = 83,721) | • "[E]xposure to the 340B program is correlated with a significant increase in the probability of having an inpatient admission (lung: +10.8 pp., 95% CI: 9.3 pp. to 12.3 pp.; breast: +3.0 pp., 95% CI: 2.5 pp. to 3.7 pp)."<br><br>• "[B]eing exposed to the 340B program is significantly associated with an increased probability of being prescribed Part B pharmaceutical cancer treatments (lung: +10.7 pp., 95% CI, 9.2 pp. to 12.3 pp.; breast: +14.8 pp., 95% CI, 13.9 pp. to 15.6 pp). This is a relative increase of 19.6% and 43.1% for patients with lung and breast cancer, respectively, compared to prescribing rates of patients not exposed to 340B. There is also an increased association with prescribing ancillary drugs to treat the side effects of cancer treatment (lung: +10.5 pp., 95% CI, 8.9 pp. to 12.0 pp.; breast: +17.0 pp., 95% CI: 16.1 pp. to 17.9 pp)."<br><br>• "Exposure is [...] associated with lower hospice use, although the estimate for lung cancer is not statistically significant (lung: −1.3 pp., 95% CI: −2.9 pp. to 0.2 pp.; breast: −0.9 pp., 95% CI: −1.4 pp. to −0.4 pp)."<br><br>• "Within the first year after diagnosis, patients exposed to the 340B program lived 0.9 months longer for lung cancer (95% CI, 0.75 to 1.05) and 0.20 months longer for breast cancer (95% CI, 0.15 to 0.24)."<br><br>• "For patients who survive to the 13th month after diagnosis, additional survival in the second year is not significant for lung cancer patients and equates to just 1.3 days for breast cancer patients (lung: −0.09 months, 95% CI: −0.27 to 0.09; breast: +0.05 months, 95% CI: 0.01 to 0.09)." | V.D.2;<br>V.D.3.b |

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [18] | • Jung, Jeah<br>• Xu, Wendy<br>• Kalidindi, Yamini | 2018 | Impact of the 340B Drug Pricing Program on Cancer Care Site and Spending in Medicare | Health Services Research | Hospital outpatient departments and physician offices | 2010-2013 | • OPAIS Covered Entity Data (HRSA)<br>• American Community Survey (US Census Bureau)<br>• Medicare Claims and Enrollment Data (CMS) | Difference-in-differences | • 78,076 beneficiaries with cancer from a random sample of Medicare fee-for-service claims data | • "[N]o significant 340B effect on the probability of a patient receiving provider-administered cancer drugs in any setting."<br><br>• "Per-patient spending on other cancer care [(e.g., lab tests, radiology)] increased $1,162 more in new 340B markets than in markets with no 340B hospital."<br><br>• "[T]he probability of a patient receiving cancer drug administration in HOPDs versus Offices increased 7.8 percentage points more in new 340B markets than in markets with no 340B hospital (a 34.8 percent increase)." | V.D.3.b |
| [19] | • Lin, John<br>• Li, Pengxiang<br>• Doshi, Jalpa<br>• Desai, Sunita | 2022 | Assessment of US Pharmacies Contracted With Health Care Institutions Under the 340B Drug Pricing Program by Neighborhood Socioeconomic Characteristics | JAMA Health Forum | Pharmacies | 2006-2019 | • OPAIS Covered Entity Data (HRSA)<br>• American Community Survey (US Census Bureau)<br>• National Plan and Provider Enumeration System (HHS) | Descriptive statistics | • "91,740 US pharmacies," capturing "all US pharmacies from 2006 to 2019" | • The share of all pharmacies participating in the 340B Program grew from 5.9 percent in 2011 to 29.9 percent in 2019.<br><br>• Growth in 340B pharmacy participation was concentrated in wealthier, predominantly White neighborhoods.<br><br>• "Although the percentage of 340B pharmacies in the lowest income neighborhoods declined by 5.6%, the percentage of non-340B pharmacies in the same neighborhoods increased by 1.3% (differential change -7.0% [95% CI, -8.6% to -5.4%])." | V.C |
| [20] | • Liu, Benjamin<br>• Russo, Massimiliano<br>• Kesselheim, Aaron<br>• Knox, Ryan<br>• Sarpatwari, Ameet<br>• Feldman, William | 2025 | Expansion of 340B Disproportionate Share Hospitals in the United States From 2010 to 2022 | Health Services Research | DSH hospitals, affiliated clinics, and contract pharmacies | 2010-2022 | • OPAIS Covered Entity Data (HRSA)<br>• American Community Survey (US Census Bureau)<br>• Zip Code Distance Database (NBER) | Linear regression model; Kruskal–Wallis test; chi-squared test; ANOVA test | • "775 newly registered 340B DSHs, 29,475 child sites, and 48,214 contract pharmacies" | • "340B DSHs have increasingly registered new child sites and contract pharmacies in areas of greater socioeconomic advantage (as measured by the Social Deprivation Index [SDI])."<br><br>• On the other hand, "[t]he SDI of newly registered DSHs remained stable during the study period."<br><br>• Additionally, "[n]ewly registered DSHs were located in neighborhoods with lower uninsured populations (−0.74% per year, 95% CI −0.85, −0.63), lower rates of unemployment, (−0.41% per year, 95% CI −0.48, −0.35), and lower proportions below the federal poverty level (−0.26% per year, 95% CI −0.43, −0.09) over time." | V.C |

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [21] | • McGlave, Claire<br>• Bruno, John<br>• Watts, Elizabeth<br>• Nikpay, Sayeh | 2024 | 340B Contract Pharmacy Growth by Pharmacy Ownership: 2009–2022 | Health Affair Scholars | Contract pharmacies | 2009-2022 | • OPAIS Covered Entity Data (HRSA)<br>• dataQ (National Council for Prescription Drug Programs)<br>• National Plan and Provider Enumeration System (HHS) | Descriptive statistics | • "182,021 pharmacy-year observations over the 2009–2022 study period"<br><br>• 57,916 pharmacies include the top four chains (Walgreens, CVS, Walmart, and Rite Aid), small chains, grocery store, institutional, and independent pharmacies, of which 26,980 were participating in the 340B program | • Retail pharmacy participation in the 340B program grew from 601 in 2009 to 26,885 in 2022, with the majority of contracts held by large chains—Walgreens (26%), CVS (25%), Walmart (11%), and Rite Aid (8%)—which also had the highest participation rate across pharmacy types.<br><br>• "The median number of contracts per pharmacy was approximately twice as high for the top 4 pharmacy chains and grocery stores as the number of other pharmacy ownership types. However, the largest retail pharmacies tended to have contracts that were located farther away than independent pharmacies."<br><br>• The four largest chains held a higher proportion of contracts with core safety-net providers compared to other retail pharmacy types (75 percent vs. 63 percent for grocery stores, 49 percent for small chains, 61 percent for institutional pharmacies, and 69 percent for independent pharmacies). | V.C |
| [22] | • Nikpay, Sayeh<br>• McGlave, Claire | 2026 | Association Between 340B Contract Pharmacy Growth and Payer-Specific Drug Coverage | American Journal of Managed Care | Contract pharmacies | 2010-2021 | • OPAIS Covered Entity Data (HRSA)<br>• dataQ (National Council for Prescription Drug Programs)<br>• Managed Market Surveyor Data (Clarivate) | Linear regression model | • 17,577 county-year observations in micropolitan or metropolitan areas | • "On average, the share of retail pharmacies in the county with at least one 340B contract increased between 2010 and 2021 (from 1.5% to 43.7%)."<br><br>• "County-level Medicare and Medicaid drug coverage are positively correlated with contract pharmacy growth."<br><br>• "Contract pharmacy growth is concentrated in counties in states where Medicaid agencies allow the use of contract pharmacies compared with states where the use of contract pharmacy is not allowed by Medicaid agencies."<br><br>• "County-level uninsured and commercial drug coverage were negatively correlated with contract pharmacy growth." | V.C |

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [23] | • Nikpay, Sayeh<br>• Buntin, Melinda<br>• Conti, Rena | 2018 | Diversity of Participants in the 340B Drug Pricing Program for US Hospitals | JAMA Internal Medicine | Nonprofit and public general acute care hospitals | 1992-2015 | • OPAIS Covered Entity Data (HRSA)<br>• Healthcare Cost Report Information System (CMS)<br>• US Census Bureau | Linear regression model | • 1,224 nonprofit and public general acute care hospitals with at least 100 beds that were in the HRSA provider list in 2015, 660 of which were 340B participants and 564 of which were non-participating | • 340B Program participants that joined in 2004 or later were less likely than earlier participants to be located in counties with low income levels and high uninsured rates.<br><br>• Compared to nonparticipants, 340B participants that joined before 2004 were more likely to offer low-profit services (+8.79 percentage points) and spend more on uncompensated care (+2.04 percentage points).<br><br>• 340B Program participants who joined in 2004 or later spent less of their budgets on uncompensated care and were more financially stable compared to earlier participants and were no more likely than nonparticipants to offer low-profit services. | V.C; V.D.1 |
| [24] | • Nikpay, Sayeh<br>• Buntin, Melinda<br>• Conti, Rena | 2020 | Relationship Between Initiation of 340B Participation and Hospital Safety-Net Engagement | Health Services Research | General acute care hospitals | 2011-2015 | • OPAIS Covered Entity Data (HRSA)<br>• American Hospital Association Annual Survey (AHA)<br>• Healthcare Cost Report Information System (CMS)<br>• Form 990 Nonprofit Hospital Tax Returns (IRS) | Difference-in-differences | • Charity and other community benefit spending: "846 independent hospitals and hospital systems, or 4,195 hospital-year observations" from IRS Form 990, Schedule H data<br><br>• Low-profit service-line provision: "1,516 general acute care, nonprofit and public hospitals," or "6,775 hospital-year observations" from AHA data (2012 to 2015) | • "New 340B participation was not associated with a change in uncompensated care, but was associated with a 28.9 percent increase in charity care spending (SE = 8.8), or about $880,000 per hospital. However, total community benefit spending (including charity care) did not change."<br><br>• "[340B] [p]articipation was not associated with the probability of offering low-profit medical care services."<br><br>• The increase in charity care spending "appear[ed] to be fully offset by reductions in other community benefit programs." | V.D.1 |

E-9

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [25] | • Nikpay, Sayeh<br>• Gracia, Gabriela<br>• Geressu, Hannah<br>• Conti, Rena | 2022 | Association of 340B Contract Pharmacy Growth With County-Level Characteristics | American Journal of Managed Care | Contract pharmacies | 2009-2019 | • OPAIS Covered Entity Data (HRSA)<br>• HRSA Medical Underservice Files (HRSA)<br>• Medicare Geographic Variation Data (CMS)<br>• Small Area Health Insurance Estimates (US Census Bureau)<br>• Small Area Income and Poverty Estimates (US Census Bureau) | Linear probability regression model | • "2,806 counties of the 3,142 total possible counties in the United States and territories" | • "The odds of gaining a pharmacy contract with a 340B hospital were lower among counties with higher uninsured rates than those with lower ones ([odds ratio], 0.19; 95% CI, 0.04-0.90)."<br><br>• "The odds of gaining a contract with a 340B hospital were significantly lower among medically underserved areas (MUAs) than non-MUAs (OR, 0.84; 95% CI, 0.77-0.92)."<br><br>• "In contrast, there was no association between the odds of gaining a pharmacy contract with a hospital and the county-level poverty rate in the previous year." | V.C |
| [26] | • Nikpay, Sayeh<br>• McGlave, Claire<br>• Bruno, John<br>• Yang, Haishan<br>• Watts, Elizabeth | 2023 | Trends in 340B Drug Pricing Program Contract Growth Among Retail Pharmacies From 2009 to 2022 | JAMA Health Forum | Pharmacies | 2009-2022 | • OPAIS Covered Entity Data (HRSA)<br>• dataQ (National Council for Prescription Drug Programs) | Descriptive statistics; chi-squared tests; pairwise correlations | • 893,952 pharmacy-year observations from 2009 to 2022 | • "The number of retail pharmacies participating in 340B increased from 789 in 2009 to 25,775 in 2022 or from 1.3% to 40.9% of all retail pharmacies, respectively."<br><br>• "In 2009, 81% of contract pharmacies had only 1 contract, and by 2022, 40% had 1, 23% had 2, 27% had 3 to 5, 7% had 6 to 9, and 3% had 10 or more (P < .001)."<br><br>• "In 2009, the farthest [covered entity] was within the same zip code for 48% of pharmacies, less than 5 miles for 19%, 5 to 15 miles for 17%, and 16 miles or more for 16%. By 2022, only 9% of the farthest [covered entities] were in the same zip code, and for 51% of pharmacies it was 16 miles away or more (P < .001)."<br><br>• In 2009, 95 percent of pharmacies contracted exclusively with safety-net providers. By 2022, this figure dropped to 54 percent, and 16 percent of pharmacies had no contracts with safety-net providers at all. | V.C |

E-10

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [27] | • Owsley, Kelsey<br>• Bradley, Cathy | 2023 | Access to Oncology Services in Rural Areas: Influence of the 340B Drug Pricing Program | Health Affairs | Rural general acute care hospitals | 2011-2020 | • OPAIS Covered Entity Data (HRSA)<br>• American Community Survey (US Census Bureau)<br>• American Hospital Association Annual Survey (AHA)<br>• CMS Provider of Services Files (CMS)<br>• Healthcare Cost Report Information System (CMS)<br>• Kaiser Family Foundation | Event-study difference-in-differences | • "563 unique [rural general acute care] hospitals: 426 hospitals that newly participated in the program during 2012–18 and 137 hospitals that never participated during the study period (2011–20)" | • "Compared with hospitals that remained unenrolled in the 340B program through 2020, hospitals that enrolled during 2012–18 were 8.3 percentage points more likely to have added oncology services as of 2020."<br><br>• "The newly participating hospitals that added oncology services were disproportionately located in Medicaid expansion states and in counties with lower uninsurance rates." | V.D.3.b |
| [28] | • Owsley, Kelsey<br>• Karim, Saleema | 2024 | Community Social Vulnerability and the 340B Drug Pricing Program: Evaluating Predictors of 340B Participation Among Critical Access Hospital | Journal of Rural Health | Rural general acute care and critical access hospitals | 2018-2019 | • OPAIS Covered Entity Data (HRSA)<br>• American Hospital Association Annual Survey (AHA)<br>• CMS Provider of Services Files (CMS)<br>• Healthcare Cost Report Information System (CMS)<br>• Kaiser Family Foundation<br>• Social Determinants of Health Database (Agency for Healthcare Research and Quality)<br>• Social Vulnerability Index (CDC) | Linear probability regression model | • 1,311 "general, acute care, and nonfederal [Critical Access Hospitals "CAHs"] in the United States" | • "CAHs located in areas of high community vulnerability are less likely to participate in the 340B program."<br><br>• Higher hospital operating margins and hospitals without a multi-hospital system affiliation were each associated with increased 340B participation.<br><br>• "There was a nonsignificant [negative] association between Medicaid or Medicare share and 340B participation status." | V.C |

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [29] | • Owsley, Kelsey<br>• Hasnain-Wynia, Romana<br>• Rooks, Ronica<br>• Tung, Gregory<br>• Mays, Glen<br>• Lindrooth, Richard | 2024 | US Hospital Service Availability and New 340B Program Participation | JAMA Health Forum | Non-federal general acute care hospitals | 2010-2019 | • OPAIS Covered Entity Data (HRSA)<br>• American Community Survey (US Census Bureau)<br>• American Hospital Association Annual Survey (AHA)<br>• CMS Provider of Services Files (CMS)<br>• Social Determinants of Health Database (Agency for Healthcare Research and Quality)<br>• Social Vulnerability Index (CDC)<br>• Wide-Ranging Online Data for Epidemiological Research (CDC) | Event-study difference-in-differences | • 2,152 "nonprofit and public (state and locally owned) short term, general, and acute care US hospitals," 1,074 newly participating and 1,078 not participating in 340B | • "New 340B hospitals were [...] more likely to be in rural areas (389 [51.0%] vs 214 [23.3%]; $P < .001$) and in states that expanded Medicaid compared with nonparticipating nonprofit hospitals (542 [71.1%] vs 604 [65.7%]; $P = .02$)."<br><br>• "At public hospitals, participation in the 340B program was associated with a significant increase in total unprofitable services (0.21; 95% CI, 0.04 to 0.38; $P = .02$) and marginal increases in substance use [...] and inpatient psychiatric [...] services."<br><br>• "Among nonprofit hospitals, there was no significant association between 340B and service offerings (profitable and unprofitable) except for an increase in oncologic services (2.5 pp; 95% CI, 0.0 pp to 5.0 pp; $P = .05$)."<br><br>• "[N]onprofit hospitals located in socially vulnerable areas were not more likely to provide unprofitable services after 340B participation despite a possibly high need." | V.C; V.D.1 |
| [30] | • Robinson, James<br>• Kosorukov, Ari<br>• Whaley, Christopher | 2026 | Hospital Adoption and Pricing for Oncology Biosimilars | JAMA | Hospitals | 2020-2024 | • OPAIS Covered Entity Data (HRSA)<br>• American Hospital Association Annual Survey (AHA)<br>• Blue Cross Blue Shield Insurance Claims Data (BCBS)<br>• Dartmouth Atlas Project Hospital Referral Regions<br>• Medicare Part B Drug Average Sales Price Data (CMS) | Linear probability regression model | • 66,139 patients receiving oncology biologics and biosimilars across 1,541 hospitals | • "Hospitals eligible for federal 340B acquisition price discounts were associated with a lower probability to adopt biosimilars than noneligible hospitals for trastuzumab and rituximab."<br><br>• Eligibility for 340B acquisition price discounts is associated with coefficients of −0.009 (95% CI: −0.043 to 0.026) for bevacizumab, −0.033 (95% CI: −0.062 to −0.003) for trastuzumab, and −0.035 (95% CI: −0.071 to 0.001) for rituximab. | V.D.3.a |

**Appendix E**
**Details of Studies Summarized in Review of 340B Literature**

| Row | Author(s) | Publication Year | Title | Journal | Participant Type(s) Studied | Year(s) Covered | Data Source(s) | Empirical Method | Details on Sample(s) Analyzed | Description of Results | Section(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [31] | • Smith, Kyle<br>• Padmanabhan, Prianca<br>• Chen, Alan<br>• Glied, Sherry<br>• Desai, Sunita | 2023 | The Impacts of the 340B Program on Health Care Quality for Low-Income Patients | Health Services Research | General acute care hospitals | 2008-2014 | • OPAIS Covered Entity Data (HRSA)<br>• American Hospital Association Annual Survey (AHA)<br>• Healthcare Cost and Utilization Project State Inpatient Data (Agency for Healthcare Research and Quality)<br>• Healthcare Cost Report Information System (CMS) | Regression discontinuity | • 35,751,276 "inpatient admissions across [503] nonprofit and public general acute care hospitals," limited to hospitals "with a DSH percentage within 10 percentage points of the eligibility threshold on either side" | • There are no "discontinuities in inpatient care quality across the Program eligibility threshold for Medicaid and uninsured patients," suggesting that "340B Program participation has not demonstrated improved quality of inpatient care among Medicaid or uninsured patients." | V.D.2 |

E-13